IH-32                                                                    Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

ISAAC SOLOMON, Individually and on
Behalf of All Others Similarly Situated

| Plaintiff | Case Number |
|---|---|
| vs. | |
| SPRINT CORPORATION, MICHEL COMBES, and ANDREW DAVIES, | |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

ERICK MENESES, Individually and on
Behalf of All Others Similarly Situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 19-cv-03549-ALC |
| SPRINT CORPORATION, MICHEL COMBES, and ANDREW DAVIES, | |
| Defendant | |

IH-32                                                                                  Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| ☐ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| ☑ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Complaint filed on 4/22/2019, summons issued, Judge Andrew L. Carter, Jr. assigned, Case designated ECF.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases allege similar facts and federal securities fraud claims against the same or similar defendants, thus cases are related.

Signature: /s/Jeremy A. Lieberman          Date: 6/5/2019

Firm:      Pomerantz LLP