**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
ISAAC SOLOMON, *individually and on behalf of all others similarly situated,*

                    Plaintiff,

-against-

SPRINT CORPORATION, MICHEL COMBES, and ANDREW DAVIES,

                    Defendants.
------------------------------------- x



ORDER

19 Civ. 5272 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's motion for appointment of Issac Solomon as Lead Plaintiff, (ECF No. 9), filed on June 21, 2019 in *Meneses v. Sprint Corporation et al.*, No. 19 Civ. 3549 (ALC) shall be deemed timely filed for purposes of this action.

Plaintiff shall file a copy of the motion on the docket of this case by February 4, 2020.

Dated: New York, New York
       January 28, 2020

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge