UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC SOLOMON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT CORPORATION, MICHAEL COMBES, and ANDREW DAVIES,<br><br>Defendants. | Case No.  1:19-cv-05272-GBD<br><br><br>RESPONSE TO ORDER |

PLEASE TAKE NOTICE that Isaac Solomon ("Solomon") hereby responds to the Court's Order, dated January 28, 2020 (Dkt. No. 19), directing Solomon to file a copy of his motion for appointment as Lead Plaintiff (the "Lead Plaintiff Motion"), originally filed in *Meneses v. Sprint Corporation et al.*, No. 1:19-cv-03549-ALC (the "*Meneses* Action") on June 21, 2019.

Solomon respectfully submits for the Court's consideration his Lead Plaintiff Motion and all supporting papers as originally filed in the *Meneses* Action, appended as Exhibits A-H to the Declaration of Jeremy A. Lieberman, Esq., submitted herewith.

Dated:  February 4, 2020

Respectfully submitted,
POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

*Counsel for Plaintiff Isaac Solomon*

1