UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC SOLOMON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT CORPORATION, MICHAEL COMBES, and ANDREW DAVIES,<br><br>Defendants. | Case No.  1:19-cv-05272-GBD<br><br><br>DECLARATION OF JEREMY A. LIEBERMAN, ESQ. |

I, Jeremy A. Lieberman, Esq. hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Isaac Solomon ("Solomon"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Solomon's motion for appointment as Lead Plaintiff and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following submissions originally filed on Solomon's behalf on June 21, 2019 in the action *Meneses v. Sprint Corporation et al.*, No. 1:19-cv-03549-ALC (the "*Meneses* Action"):

> Exhibit A:    Notice of Motion of Isaac Solomon for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel;
>
> Exhibit B:    Memorandum of Law in Support of Motion of Isaac Solomon for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel;
>
> Exhibit C:    [Proposed] Order Consolidating Actions, Appointing Lead Plaintiff and Approving Selection of Counsel;
>
> Exhibit D:    Declaration of Jeremy A. Lieberman in Support of Motion of Isaac Solomon for Consolidation, Appointment as Lead Plaintiff and Approval of Lead Counsel ("Lieberman Declaration");

1

2

Exhibit E:    Press release announcing the pendency of the *Meneses* Action (filed as Exhibit A to the Lieberman Declaration);

Exhibit F:    Shareholder Certification of Solomon (filed as Exhibit B to the Lieberman Declaration);

Exhibit G:    Loss chart of Solomon (filed as Exhibit C to the Lieberman Declaration); and

Exhibit H:    Firm resume of Pomerantz (filed as Exhibit D to the Lieberman Declaration)

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 4, 2020, at Boston, Massachusetts.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

2