# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERICK MENESES, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES,<br><br>        Defendants. | Case No. 1:19-cv-03549-ALC<br><br>DECLARATION IN SUPPORT OF MOTION OF ISAAC SOLOMON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| ISAAC SOLOMON, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES,<br><br>        Defendants. | Case No. 1:19-cv-05272-UA |

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf Isaac Solomon ("Solomon"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Solomon's motion for consolidation, appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

        Exhibit A:    Press release announcing the pendency of the first-filed of the above captioned actions;

        Exhibit B:    Shareholder Certification of Solomon;

1

Exhibit C:      Loss chart of Solomon; and

Exhibit D:      Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 21, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman