# EXHIBIT E

Case 1:19-cv-03549-ALC   Document 12-1   Filed 06/21/19   Page 1 of 2

# EXHIBIT A

Case 1:19-cv-05272-MKV   Document 20-6   Filed 02/04/20   Page 3 of 3
Case 1:19-cv-03549-ALC   Document 12-1   Filed 06/21/19   Page 2 of 2

**BLOCK & LEVITON LLP**

*Source: Block & Leviton LLP*

*April 22, 2019 16:59 ET*

# Block & Leviton LLP Announces It Has Filed A Securities Class Action Against Sprint

BOSTON, April 22, 2019 (GLOBE NEWSWIRE) -- Block & Leviton LLP ([www.blockesq.com](http://www.blockesq.com)), a Boston based securities litigation firm representing investors nationwide, has filed a securities fraud class action against Sprint Corporation ("Sprint" or the "Company") (NYSE: S) and certain of its officers alleging violations of the federal securities laws.

The lawsuit charges that Sprint misrepresented the number of net postpaid subscriber additions in its Form 10-Q for the period ending December 31, 2018. In a subsequent letter to the FCC, Sprint admitted that its Form 10-Q disclosures were "incomplete" and that the reported net subscriber increase included those offered "free lines."

If you purchased Sprint shares between January 31, 2019 and April 16, 2019 (the "Class Period") and wish to serve as a lead plaintiff, you must move the Court no later than June 21, 2019. As a member of the class, you may seek to file a motion to serve as a lead plaintiff or take no action and remain an absent class member. If you wish to become involved in the litigation or have questions about your legal rights, you are encouraged to contact Block & Leviton LLP at (617) 398-5660, by email at [info@blockesq.com](mailto:info@blockesq.com), or by visiting [http://shareholder.law/sprint](http://shareholder.law/sprint).

The complaint in this case was filed in the United States District Court, Southern District of New York (Manhattan), located at 500 Pearl Street, New York, New York, 10007, and is captioned *Meneses v. Sprint Corporation et al.*, No. 1:19-cv-03549. A judge has not yet been assigned to the case.

Block & Leviton LLP was recently ranked 4th among securities litigation firms by ISS for recoveries in 2017. The firm represents many of the nation's largest institutional investors and numerous individual investors in securities litigation throughout the country. Indeed, its lawyers have recovered billions of dollars for its clients.

This notice may constitute attorney advertising.

CONTACT:

BLOCK & LEVITON LLP
(617) 398-5660 phone
260 Franklin Street, Suite 1860
Boston, MA 02110
[info@blockesq.com](mailto:info@blockesq.com)