# EXHIBIT G

# EXHIBIT C

**Sprint Corporation (S)**
**Class Period: January 31, 2019 to April 16, 2019**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Solomon, Isaac | 4/3/2019 | 500 | $5.6500 | ($2,825) | 4/16/2019 | (500) | $5.5200 | $2,760 | 500 | ($65) |