UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:___6/3/2020____ |

ISAAC SOLOMON, individually, and on
behalf of all others similarly situated,

                              Plaintiff,

              -against-

SPRINT CORPORATION, MICHEL
COMBES, and ANDREW DAVIES,

                              Defendants.

1:19-cv-05272 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        The Court has reviewed the Parties' proposed schedule for the filing of an Amended Complaint

and briefing on Defendants' anticipated motion to dismiss [ECF #25].

        IT IS HEREBY ORDERED that Plaintiff must file his Consolidated Amended Complaint on or

before July 1, 2020.

        IT IS FURTHER ORDERED that Defendants shall move, answer, or otherwise respond to the

Consolidated Amended Complaint on or before August 14, 2020.

        IT IS FURTHER ORDERED that if Defendants move to dismiss the Consolidated Amended

Complaint, Plaintiff's opposition is due September 4, 2020.  Defendants' reply, if any, is due September

18, 2020.

SO ORDERED

Dated: New York, New York
        June 3, 2020

_____
MARY KAY VYSKOCIL
United States District Judge