

**Leigh Handelman Smollar**
Partner

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2020
```

June 19, 2020

**VIA ECF & Email**

Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street,
New York, NY 10007-1312

Re:  **Isaac Solomon v. Sprint, et al., No. 19-cv-05272 (MKV)**

Dear Judge Vyskocil:

     We write on behalf of Lead Plaintiff Isaac Solomon ("Lead Plaintiff") in the above captioned action to request a thirty (30) day extension of the Court's Order on the briefing of Lead Plaintiff's amended complaint. ECF No. 26. On June 3, 2020, the Court entered an Order requiring Lead Plaintiff to file a Consolidated Amended Complaint on July 1, 2020; Defendants to file a response on August 14, 2020; Lead Plaintiff to file an opposition to Defendants' motion to dismiss on September 4, 2020 and Defendants' to file a reply on September 18, 2020. *Id.* Due to complications from COVID-19, including operational and staffing related issues, Lead Plaintiff respectfully requests the Court to extend all deadlines by thirty (30) days.

     This is Lead Plaintiff's first request for an extension. Lead Plaintiff has conferred with Defendants' counsel, who takes no position on the briefing extension. Accordingly, Lead Plaintiff respectfully requests that the Court extend the briefing schedule as follows:

1. Lead Plaintiff to file a Consolidated Amended Complaint on July 31, 2020;

2. Defendants to file a response on September 11, 2020;

3. Lead Plaintiff to file an opposition to Defendants' motion to dismiss on October 2, 2020; and

4. Defendants' to file a reply on October 16, 2020.

lsmollar@pomlaw.com
10 South LaSalle Street, Suite 3505, Chicago, IL 60603   tel: 312.377.1181   www.pomerantzlaw.com
NEW YORK    CHICAGO    LOS ANGELES    WESTON, FL



Respectfully submitted,

**POMERANTZ LLP**

*/s/ Leigh Handelman Smollar*
Leigh Smollar

Patrick V. Dahlstrom
Leigh Handelman Smollar
Pomerantz LLP
Ten South La Salle Street
Suite 3505
Chicago, IL 60603
pdahlstrom@pomlaw.com
lsmollar@pomlaw.com

cc: All counsel of record via ECF

---

GRANTED.  However, there will be no further extensions of the schedule absent a compelling reason. SO ORDERED.

Date: 6/22/2020
New York, New York

Mary Kay Vyskocil
United States District Judge