SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK, NEW YORK 10001
———
TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL

212-735-7852

EMAIL ADDRESS

SCOTT.MUSOFF@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

September 1, 2020

**Via ECF**

The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 9/2/2020

Re:    *Solomon v. Sprint, et al.*, No. 19-cv-05272 (MKV)

Dear Judge Vyskocil:

　　We represent defendants Sprint Corporation, Michel Combes, Andrew Davies, Marcelo Claure, and Tarek Robbiati ("Defendants") in the above-referenced action.  We respectfully write to seek clarification as to whether a pre-motion letter is required and to adjust the briefing schedule in light of the addition of two defendants and new claims in the amended complaint.

　　In light of the Court's prior order setting a motion to dismiss briefing schedule, (ECF No. 28), Defendants seek clarification as to whether they should file a pre-motion letter, which we recognize is generally required for motions to dismiss under Your Honor's Individual Rules of Practice, or proceed with the filing of a motion to dismiss.

　　If a pre-motion letter is not required, then we respectfully request a modification to the current briefing schedule because the amended complaint adds two individual defendants, both of whom are former Sprint officers, (ECF No. 29), extends the putative class period by over 22 months (*see id.* ¶ 169), and raises a whole new theory based on Sprint's Lifeline program (*see id.* ¶¶ 16-25, 46-56, 89-168).  We have agreed to accept service on behalf of the new defendants to expedite matters.  In order to submit one unified motion to dismiss the newly added allegations, we respectfully request that all Defendants' time to answer, move or otherwise respond be October 2, 2020, with the following briefing schedule to follow:

Hon. Mary Kay Vyskocil
September 1, 2020  -  Page 2

Opposition Papers:    October 23, 2020

Reply Papers:         November 6, 2020

This is the original Defendants' first request for an extension of time.[1]  Defendants have conferred with Plaintiffs, who consent to the modified briefing schedule.

Respectfully submitted,

/s/  Scott D. Musoff

Scott D. Musoff

cc: All counsel via ECF

GRANTED.  Briefing on the anticipated motion to dismiss will proceed on the schedule laid out herein. No pre-motion letter is necessary for that motion.  SO ORDERED.

Date: 9/2/2020
New York, New York

Mary Kay Vyskocil
United States District Judge

---

[1]    The Court previously granted Plaintiffs' request to extend the time to file an Amended Complaint by thirty days indicating that no further extensions will be granted absent a compelling reason.  (ECF No. 28.)