**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                    :
ISAAC SOLOMON, FRANCINE CANION,                                     :
Individually and on behalf of all others similarly                  :     1:19-cv-5272 (MKV)
situated,                                                           :
                                                                    :
                              Plaintiffs,                           :
                                                                    :
              v.                                                    :
                                                                    :
SPRINT CORPORATION, MICHEL COMBES,                                 :
ANDREW DAVIES, MARCELO CLAURE and                                   :
TAREK ROBBIATI,                                                     :
                                                                    :
                              Defendants.                           :
                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### DECLARATION OF SCOTT D. MUSOFF IN SUPPORT OF
### DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

SCOTT D. MUSOFF, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants Sprint Corporation ("Sprint"), Michel Combes, Andrew Davies, Marcelo Claure and Tarek Robbiati (together with Sprint, "Defendants") in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in support of the Motion:

|  | DESCRIPTION |
| --- | --- |
| Exhibit A | Excerpts from Sprint's Annual Report for year ended March 31, 2018, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K on May 24, 2018.  (Cited in Amended Complaint ("AC") ¶¶ 106, 108.) |
| Exhibit B | Transcript of Sprint's Earnings Call dated January 31, 2019.  (Cited in AC ¶ 140.) |
| Exhibit C | Morningstar, Sprint Posts Customer Losses as Promotions End; FVE Remains $5.75, October 31, 2018. |
| Exhibit D | Excerpt from Raymond James & Associates, FY18 Guidance Unchanged, January 31, 2019. |
| Exhibit E | Twitter, #SwitchtoSprint THIS WEEKEND & get the whole family - FIVE LINES - #unlimited data, talk & text for $90/MO!!, Marcelo Claure (@marceloclaure), Feb. 11, 2017, 6:37 PM. |
| Exhibit F | USA Today, Sprint Goes Bold: Offers Free Service to Lure Switchers From Verizon, by Eli Blumenthal, June 13, 2017. |
| Exhibit G | CNET, Sprint Pushes Crazy-Cheap Deal, But There's a Catch, by David Carnoy, February 10, 2017. |
| Exhibit H | Transcript of Sprint's Earnings Call dated August 1, 2018.  (Cited in AC ¶ 114.) |
| Exhibit I | Morgan Stanley, Model Update: Trimming Estimates Following F3Q Results, February 1, 2019.  (Cited in AC ¶ 10.) |
| Exhibit J | J.P. Morgan, Sprint Corp: In-Line Sub Trends on Better Churn, Steady Financials - ALERT, January 31, 2019.  (Cited in AC ¶ 10.) |
| Exhibit K | Excerpts from Sprint's Amended Annual Report for year ended March 31, 2019, as filed with the SEC on Form 10-K/A on November 12, 2019.  (Cited in AC ¶¶ 24, 167, 168.) |
| Exhibit L | Publicly available letter from Sprint to the Secretary of the Federal Communications Commission ("FCC"), April 15, 2019, "Redacted – For Public Inspection."  (Cited in AC ¶¶ 6, 11–14, 60, 82–88, 135, 158, 159.) |
| Exhibit M | Excerpts from Sprint's Quarterly Report for quarter ended September 30, 2018, as filed with the SEC on Form 10-Q on November 7, 2018.  (Cited in AC ¶¶ 130, 132.) |

| | DESCRIPTION |
|---|---|
| Exhibit N | Excerpts from Sprint's Quarterly Report for quarter ended December 31, 2018, as filed with the SEC on Form 10-Q on January 31, 2019.  (Cited in AC ¶¶ 142, 144.) |
| Exhibit O | FCC Press Release, FCC Approves Merger of T-Mobile and Sprint, November 5, 2019. |
| Exhibit P | Stock Price Chart. |
| Exhibit Q | Transcript of Sprint's Earnings Call dated May 2, 2018. |
| Exhibit R | Excerpts from Sprint's Annual Report for year ended March 31, 2019, as filed with the SEC on Form 10-K on May 29, 2019.  (Cited in AC ¶¶ 148, 150.) |
| Exhibit S | Wall Street Journal, Sprint Overcounted Subsidized Customers for Years, by Sarah Krouse, December 3, 2019.  (Cited in AC ¶¶ 25, 89.) |
| Exhibit T | Wall Street Journal, T-Mobile-Sprint Deal Runs Into Resistance From DOJ Antitrust Staff, by Drew FitzGerald and Brent Kendall, April 16, 2019. (Cited in AC ¶¶ 14, 159.) |
| Exhibit U | CNBC, 'A Competitor Will Be Removed' From the Market if Sprint and T-Mobile Are Allowed to Merge: Analyst, by Kellie Ell, April 30, 2018. |
| Exhibit V | KeyBanc Capital Markets, S: F2Q18 Earnings Above Expectations, Remain Sector Weight, October 31, 2018. |
| Exhibit W | Morningstar, Sprint's Fiscal 3Q Not as Bad as Feared; Firm's Position Remains Precarious, January 31, 2019. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        October 2, 2020

/s/ Scott D.  Musoff
Scott D. Musoff

3