# Exhibit B

**S&P Global**
Market Intelligence

# Sprint Corporation NYSE:S
# FQ3 2019 Earnings Call Transcripts

## Thursday, January 31, 2019 2:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2019- | | | -FQ4 2019- | -FY 2019- | -FY 2020- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.02) | 0.02 | NM | 0.00 | 0.11 | 0.04 |
| **Revenue (mm)** | 8415.94 | 8601.00 | ▲2.20 | 8218.34 | 33166.62 | 33530.58 |

Currency: USD
Consensus as of  Jan-31-2019 1:36 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

▲ Positive EPS Normalized surprise     ▼ Negative EPS Normalized surprise     ● Neutral EPS Normalized surprise

- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2018** | (0.02) | 0.08 | NM |
| **FQ1 2019** | 0.01 | 0.07 | ▲ 600.00 % |
| **FQ2 2019** | (0.01) | 0.08 | NM |
| **FQ3 2019** | (0.02) | 0.02 | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 1:19-cv-05272-MKV    Document 44-2    Filed 10/02/20    Page 3 of 17

# Table of Contents

Call Participants ......................................................................................... 3

Presentation ............................................................................................... 4

Question and Answer ............................................................................... 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Andrew Mark Davies**
*Chief Financial Officer*

**John C. B. Saw**
*Chief Technology Officer*

**Jud Henry**
*VP & Head of Investor Relations*

**Michel Combes**
*President, CEO & Director*

**ANALYSTS**

**Amy Yong**
*Macquarie Research*

**Brett Joseph Feldman**
*Goldman Sachs Group Inc.,*
*Research Division*

**John Christopher Hodulik**
*UBS Investment Bank, Research*
*Division*

**Joshua Matthew Frantz**
*BofA Merrill Lynch, Research*
*Division*

**Matthew Niknam**
*Deutsche Bank AG, Research*
*Division*

**Michael Rollins**
*Citigroup Inc, Research Division*

**Philip A. Cusick**
*JP Morgan Chase & Co, Research*
*Division*

**Simon William Flannery**
*Morgan Stanley, Research Division*

**Vivek Stalam**
*New Street Research LLP*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, and thank you for standing by. Welcome to the Sprint Fiscal Third Quarter 2018 Conference Call. [Operator Instructions]

I would now like to turn the conference over to Mr. Jud Henry, Vice President of Investor Relations. Please go ahead, sir.

**Jud Henry**
*VP & Head of Investor Relations*

Good morning, and welcome to Sprint's Third Quarter Fiscal 2018 Conference Call. Joining me on the call today are Sprint's President and CEO, Michel Combes; our CFO, Andrew Davies; and our CTO, Dr. John Saw.

Before we get underway, let me remind you that our release, quarterly investor update and presentation slides that accompany this call are all available on the Sprint Investor Relations website at www.sprint.com/investors.

Slide 2 is our cautionary statement. I want to point out that in our remarks this morning, we will be discussing forward-looking information, which involves a number of risks and uncertainties that may cause actual results to differ materially from our forward-looking statements. We provide a comprehensive list of risk factors in our SEC filings, which I encourage you to review.

Throughout our call, we will refer to several non-GAAP metrics, as shown on Slide 3. Reconciliations of our non-GAAP measures to the appropriate GAAP measures for the quarter can be found on our Investor Relations website.

Lastly, like last quarter, we have included reconciliations and qualitative disclosures in the tables that accompany our release and investor update to provide additional clarity regarding the adoption of the new revenue recognition standard on our quarterly results. For the remainder of this call, we will discuss results, excluding the impact of this accounting change, to provide clearer comparability with prior periods, unless otherwise noted.

I will now turn the call over to Michel to provide an update on our results.

**Michel Combes**
*President, CEO & Director*

Thank you, Jud, and good morning, everyone. Our fiscal third quarter results on Slide 4 demonstrates our focus on executing our strategy as we work towards government's approval of our merger with T-Mobile. First, we delivered year-over-year growth in wireless service revenue for the second consecutive quarter. We generated the highest adjusted EBITDA for a third quarter in 12 years as we continued to execute on our cost-reduction initiatives. Meanwhile, we delivered operating income for the 12th consecutive quarter. We delivered postpaid net additions for the sixth consecutive quarter. We continued our digital transformation, increasing our digital sales and the implementation of artificial intelligence. In addition, we doubled our network CapEx year-over-year, and our network continued to improve as we have more LTE coverage and faster download speeds year-over-year.

Turning to Slide 5. We continued to make good progress in our Next-Gen Network deployments to provide customers a Network Built for Unlimited. As I have said previously, we remain full steam ahead on our Next-Gen Network deployments during the merger review process as shown by the doubling of our capital spending year-over-year in the quarter. First, we upgraded thousands of our existing macro sites to add LTE on 800, 1.9 and 2.5 to sites that lack those bands previously as we work to deploy all 3 of our spectrum bands to provide improved coverage and capacity across our footprint. We now have 2.5 deployed on roughly 75% of our macro sites compared to about 50% a year ago. In addition, we

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have added 800 megahertz to thousands of sites, primarily in the Southwest market, as we completed additional rebanding which will provide additional coverage for our customers. In addition, we have deployed thousands of outdoor small cells in the quarter and now have 27,000 small cells on air compared to only 3,000 this time last year. This ramp in small cells includes more than doubling the number of mini-macro sites on air year-over-year and a very successful rollout of strand mounts which are delivering significant improvement in coverage, capacity and time on LTE to improve the customer experience in specific locations. We also continued our small cell innovation with the recently announced Sprint TREBL Magic Box, the world's first smart home small cell solution providing advanced LTE coverage, integrated Alexa voice assistant and exceptional Harman Kardon sound quality. Sprint TREBL Magic Box continues a winning streak for the company's all-wireless Magic Box portfolio with a prestigious CES Innovation Award for 2019 in the Smart Home product category.

As a pioneer in unlimited better plans, it's important that we deliver a network that stays ahead of the demand curve. With download traffic growing more than 50% in the last 2 years, we are proud to have met these demands by adding more capacity and speed to our network, resulting in national average download speeds of 93% over the past 2 years as seen in Ookla Speedtest Intelligence data for the end of December.

We were also recognized for fastest download speeds in major markets, such as Manhattan, where many of you are likely joining from today; as well as Los Angeles, Boston, Seattle and Denver, according to RootMetrics walk testing for the second half of 2018. The indoor and outdoor testing was conducted during peak usage hours during the day in the busiest areas of the cities to see how well carriers perform. When expanding, our 2.5 footprint is delivering positive results. We have recently rolled out what most carriers called LTE Advanced or 5GE, as AT&T wrongly calls it, which would further enhance the customer experience. More and more Sprint customers with typical devices are benefiting from faster data speed than before as we utilize some of the most advanced technologies in wireless, such as High Performance User Equipment, 256-QAM, 4x4 MIMO, multiple carrier aggregations and more.

Our Massive MIMO deployment continues to build momentum, delivering significant improvements in LTE performance and providing the building block for our mobile 5G launch in the coming months. We now have hundreds of Massive MIMO sites commercially on air in a few markets where we are seeing very promising results, including a 4x average increase in capacity and speed with peak increases up to 10x of a traditional LTE. In the world's first independent benchmark study on Massive MIMO, Signals Research Group recently found the benefits of our Dallas-area 64T64R commercial deployments, and I quote, "real and meaningful, generating significant increases in downlink and uplink throughput." Also, as you may recall, Atlanta is one of our Massive MIMO markets preparing for 5G launch in the coming months. That means fans in town for the Big Game will see exceptional network performance in the highest traffic locations, whether they are inside or outside the stadium, at a nearby museum or hotel or traveling around the city to one of the many special events planned this weekend.

We're also preparing to launch our mobile 5G network in the first half of 2019. Our Massive MIMO radios are software upgradable to 5G NR, as you know, allowing us to fully utilize our spectrum for both LTE and 5G simultaneously while we enhance capacity even further with 5G and begin to support new 5G use cases.

We celebrated an important milestone earlier this month on our path towards launching mobile 5G service in the first half of this year when we completed the world's first over-the-air 5G data transmission using 2.5 and Massive MIMO on Sprint's live commercial network.

We have also announced 3 5G devices, including smartphones from both LG and Samsung as well as a feature-rich mobile hotspot from HTC. The other carriers are not standing still, but our significant network investments, spectrum resources and cutting-edge technologies will help us continue to improve our network, and we expect to deliver a robust 5G experience in major metro areas. Nevertheless, we're hopeful to complete our merger with T-Mobile, which is the only path to dealings of breadth and depth of spectrum which will allow us to provide a truly consistent, nationwide 5G experience to Americans. As a standalone company, we like to scale to keep pace with the bigger carriers, AT&T and Verizon, in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sustained capital investments. And without additional low-band spectrum, we will face challenges to provide customers with coverage comparable to that of the big 2 carriers.

Turning to Slide 6. We continued our Unlimited for All approach to deliver retail net additions for the sixth consecutive quarters. Our postpaid net additions were 309,000 in the third quarter, improving 53,000 year-over-year. This is a result of executing our strategy to grow our relationship with customers for data devices, such as tablets, watches and the successful launch of our Sprint Drive connected car product, which was partially offset by slight losses in phones. Postpaid gross adds were up slightly year-over-year as we increase sales of data devices. Postpaid phone gross adds went down year-over-year as Sprint was less promotional in our service plans compared to a year ago. Competitor offers were more aggressive, particularly the richer device offers from AT&T and Verizon as well as from impact on sales from the merger. Postpaid churn was up year-over-year as we had foreshadowed last quarter as customers rolling off introductory promotions have been the primary driver of the year-over-year increase in transition.

We recently launched the My Sprint Rewards app to put discounts on the product and services customers love right at their fingertips as our way of saying thanks for choosing Sprint. We believe that the investments we are making in our network and customer experience will improve churn and help to lessen the perception gap that impact gross adds today, but it takes time to shift perception.

As we're embarking on a multiyear capital program on our Next-Gen Network to improve LTE and prepare for 5G, it's important for Sprint to be able to deliver service revenue growth over time. In addition to selling additional data services to customers, we are also executing our strategy to grow revenue from smartphones by providing customers the option to upgrade to our feature-rich Unlimited Plus and Unlimited Premium plans. We have seen more than 20% lift in postpaid phone monthly recurring charges on new account gross adds coming to Sprint compared to last year. At the same time, we are also focusing on selling value-added services such as Sprint Complete, our industry-leading equipment protection plan; and our innovative Safe & Found service. The ARPU stabilization from both base customers and new gross adds has helped to deliver year-over-year growth in wireless service revenue for the past 2 quarters. Optimizing the balance of gross adds, churn and ARPU is expected to deliver a better financial outcome over the long term. We have stabilized our total number of postpaid accounts year-over-year while growing both the number of lines per accounts and the average revenue per account year-over-year. However, if AT&T and Verizon continue with the aggressive promotional activity we have recently seen, it may slow our path to reduce churn, drive new accounts, gross adds to Sprint and stabilize ARPU, which will make it difficult to continue our current year-over-year growth in wireless service revenue in fiscal '19.

In addition, our business segment continues to be a growth engine with gross adds up year-over-year for the seventh consecutive quarter and the third-lowest churn on record bearing postpaid net additions from business for 10 consecutive quarters. Likewise, we're excited about the future of our Curiosity IoT platform with over $115 million of total contract value signed year-to-date after launching the Curiosity Core and operating system, in addition to [ Chatham ] in the fiscal third quarter.

Turning to prepaid. We faced pressures in the quarter, both from industry decisions continuing to shift to postpaid and aggressive offers from bigger competitors in the market. Boost continued to deliver positive net adds before migrations to postpaid driven by year-over-year growth in gross additions for the sixth consecutive quarter. The strength in Boost was offset by losses from our other prepaid brands.

Turning to Slide 7. We are driving a digital transformation of our company as I highlighted last quarter in detail. Because we lack the scale of the biggest wireless carriers, we must be more innovative by leveraging digital capabilities and employing advanced analytics, artificial intelligence and intelligent automation in our operations to further optimize our cost structure. Our digital transformation is based on 3 main pillars: increase digital revenue for improvement in gross adds and upgrades through digital channels, provide intelligent customer experience by leveraging AI analytics and data-driven decisions and improve digital engagement with our in-house digital marketing agency and enhanced app functions.

From a digital sales perspective, benchmarks show that we are the leading wireless carrier in the U.S. in terms of both the mix of sales for digital and the conversion of web traffic. Postpaid gross adds for digital were up nearly 70% year-over-year in the third quarter. This is driven by best-in-class traffic conversion for complete redesign of the end-to-end digital customer experience. In addition, we saw 1

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

in every 6 upgrades coming through digital in the third quarter. Likewise, we are ramping our rollout of a cutting-edge intelligent customer experience, leveraging AI and analytics. We are seeing growth in digital customer engagement for chats. And on top of that, we have ramped to 30% of chats being handled by virtual agents, and the experience continues to show improving SPS or customer satisfaction. We have even enabled artificial intelligence within the My Sprint app, creating a simple and seamless experience from start to finish so customers can easily and quickly complete a device upgrade.

Furthermore, connecting with Sprint recently got even easier with the availability of Apple Business Chat. More than 50% of customers engage with service providers through live chats or mobile apps and now consumers can chat directly with Sprint 24/7 by sending a message through the Messages app on iPhone and iPad. Sprint customers can use Apple Business Chat to message an agent, learn about Sprint plans and more any time of the day. Customers can even start and stop a message anytime and pick up right where they left off. This is complementary to our overall customer experience as the automation of a simple customer request allows our live agents to spend more time helping customers resolve their more complex issues.

Lastly, our in-house digital marketing agency is delivering solid early results compared to our previously outsourced model with Web conversions up year-over-year while online media spend and cost per click are down significantly. This digital transformation and data-driven culture is expected to contribute to the evolution of our customer experience and the next wave of cost reductions for the future.

I will now turn the call over to Andrew to take you through our financial results.

**Andrew Mark Davies**
*Chief Financial Officer*

Thank you, Michel. As Jud mentioned in his opening remarks, for better comparability, I'm going to discuss results based on prior revenue recognition standards beginning with revenue on Slide 8. Consolidated net operating revenues were $8.5 billion for the quarter, an increase of approximately $250 million year-over-year. Wireless service revenue of $5.6 billion in the quarter increased year-over-year for the second consecutive quarter, mostly due to growth in our retail customer base and stabilizing ARPU trends. Additionally, postpaid service revenue inflected this quarter, growing year-over-year for the first time in 5 years. While the near-term trends are encouraging, the pressure we are currently seeing in retail customer growth will likely start to impact wireless service revenue growth in fiscal 2019, as Michel has already mentioned. Postpaid ARPU of $44.60 remained relatively stable as the 1% year-over-year decline was the smallest in nearly 5 years and was impacted by our strategy of driving more data device net additions which generate additional service revenue for the company but do put some pressure on ARPU. Postpaid phone ARPU was essentially flat year-over-year as base customers rolling off promotions and increasing their monthly spend with us, again with other pricing actions offset the impact of other promotional discounts. Prepaid service revenue of $1 billion grew year-over-year for the fifth consecutive quarter as our prepaid ARPU remained flat, and we saw a continued customer growth within our Boost brand.

Now let's turn to costs and profitability on Slide 9. We continued to execute on our cost transformation in the quarter as we realized nearly $100 million in net reductions year-over-year in combined operating expenses across cost of services and SG&A costs when adjusted for $67 million of merger-related costs that were included within SG&A expenses. Cost of services of $1.7 billion in the quarter were down $62 million year-over-year as lower wireline network expenses were partially offset by some incremental costs associated with our increased network investment. SG&A costs were $2.1 billion in the quarter. When adjusted for merger costs, which are not included within adjusted EBITDA, SG&A was down $30 million year-over-year, mostly due to more efficient marketing spend. Excluding the impact of the new revenue recognition standard and merger costs, we have delivered approximately $800 million of combined year-over-year gross reductions in cost of services and SG&A costs in the first 3 quarters of fiscal 2018 and net reductions of about $300 million year-to-date. For the full fiscal year, we continue to expect to deliver gross reductions of more than $1 billion for the fifth consecutive year with net reductions of just less than $500 million after reinvestments in our Next-Gen Network, digital capabilities and other initiatives.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Adjusted EBITDA of $2.8 billion for the quarter were the highest fiscal third quarter result in 12 years and improved by $126 million year-over-year.

Turning to Slide 10. Operating income was $223 million in the quarter, marking the 12th consecutive quarter of positive operating income. The current quarter had several nonrecurring items, including $105 million related to a loss on asset dispositions, $67 million related to merger costs, $50 million related to a litigation settlement and $30 million of severance and lease exit costs. These led to a net loss of $343 million compared to net income of $7.2 billion in the year-ago quarter. However, as a reminder, we had a $7.1 billion noncash benefit from tax reform included in last year's results.

Turning to Slide 11 on CapEx and free cash flow. Network cash capital expenditures of $1.4 billion more than doubled year-over-year and were up roughly $150 million sequentially as we continued to execute our Next-Gen Network plan. As expected, adjusted free cash flow dipped into negative territory and $908 million this quarter as network investments continued to ramp and we had unfavorable working capital outflows associated with a seasonally heavy sales quarter. As a reminder, the year-ago period also included more than $300 million of benefit related to a cash settlement of a patent infringement lawsuit. We continued to have strong liquidity with nearly $9 billion of general purpose availability, including about $6.8 billion of cash, cash equivalents and short-term investments. We continued to optimize the capital structure this quarter as we repaid $1.8 billion of higher coupon debt and raised $1.1 billion of low interest rate debt via an add-on to our existing term loan B. Importantly, as part of this transaction, we also amended the credit agreement to allow a significant upsize to the spectrum [ note ] program if the merger with T-Mobile is not approved. Going forward, we will continue to be optimistic in looking at the capital markets and will certainly maintain flexibilities through the duration of the merger review process.

Let's move to our latest outlook on Slide 12. The team remains focused on executing our operating plan for fiscal 2018. As a result, we are not making any changes to our guidance for the year. We continue to expect adjusted EBITDA to be in the range of $12.4 billion to $12.7 billion for the full year. However, excluding the impact of the new revenue recognition standard, we expect adjusted EBITDA to be in the range of $11.7 billion to $12 billion. With regard to network cash capital expenditures, we continue to expect $5 billion to $5.5 billion for the year as we continue to ramp our investments and prepare for our mobile 5G launch in the first half of 2019. Additionally, we continue to expect adjusted free cash flow to be in the range of negative $500 million to negative $1 billion for the full year.

Thank you. And with that, I will now turn the call back to Jud to begin the Q&A.

**Jud Henry**
*VP & Head of Investor Relations*
Thanks, Andrew. In just a moment, we'll begin the Q&A.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] First question is from Jonathan Chaplin from New Street.

**Vivek Stalam**
*New Street Research LLP*

It's Vivek on for Jonathan. Just real quick on the churn side. Churn increase has slowed this quarter year-over-year, but you're still quite a bit higher than peers. It seems like 2019 is the year that churn really starts to drop off. Should we think about this as just sort of winning back what you've seen in the last year in terms of increases? Or is it more about underlying network reduction to get in line with peers?

**Michel Combes**
*President, CEO & Director*

In terms of churn, so as you rightly highlighted, we foresee that postpaid phone churn of 1.84%, which is up sequentially and year-over-year as it was expected and flagged. Sequentially increase is mostly due to seasonality that we see every year in the Q3, and year-over-year increase is mostly due to customers rolling off promotions. You know that we have those promotions which have been introduced in our days in the past few quarters and which now, let's say, allows the customers or makes the customers rolling out of them and so which trigger a bit of churn. Keep in mind as well, this was also in the past, that leasing, which is our value proposition, has a structurally higher churn than IB. And so that's one of the reason why our churn is higher than the competitors. The market remains active and competitive, and Verizon and AT&T have also experienced a year-over-year increase in churn this quarter. So I guess that we are, more or less, on track with the market in terms of evolution quarter-on-quarter. Of course, if AT&T and Verizon continue with aggressive promotional activity, as we have seen recently, it may slow our path to reduce churn, which is what I have flagged for the past few quarters. Our aim is to reduce churn moving forward, and I believe that our increased network investment plus our investment in customer experience will help to reduce the churn moving forward. Of course, we have to take care also the competitive environment. So that's where we are. And that's, let's say, the way we are going to move forward.

**Operator**

Next question is from John Hodulik from UBS Securities LLC.

**John Christopher Hodulik**
*UBS Investment Bank, Research Division*

Great. Maybe just some clarification on the prepared comments, maybe first for Andrew. The -- you mentioned some pressure on retail, I think, postpaid customers. And then I think earlier, Michel talked about some lower sales from the deal. Can you talk about those 2 issues? I mean, so at this point, are you guys trying to say that you've seen a change in trend in terms of your postpaid handset adds? And then could you just sort of, if possible, sort of maybe disaggregate sort of the -- what's really being impacted? Are we saying -- can you quantify maybe how much lower the gross adds might have been from the deal? Or are we talking -- and is that just driven by customer decisions or churn in your retail workforce? And then, I guess, just lastly, are you guys, at this point, expecting service revenues to return to negative given what you've seen sort of thus far through the quarter?

**Michel Combes**
*President, CEO & Director*

So let me remind you, so what is our strategy? Our strategy this year was to stabilize our postpaid accounts base while growing both lines and revenue per accounts. And I would say that we see the positive results of the strategy as we have stabilized our total number of postpaid accounts year-over-year and we grew the lines per accounts and the ARPA year-over-year, so which means that we are just on track with our strategy to optimize the balance of growth churn in ARPU to deliver a better financial

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

outcome over the long term. What we have said is that from a gross adds perspective, so we are up year-on-year in terms of total postpaid gross adds, so which means that we have been able to offset some pressure that we have had on phone gross adds by a strong improvement in non-phone gross adds, whether it's tablets, watches and/or our Sprint Drive value proposition. So that's what we have seen. On top of that, I should say that we have also seen a good momentum in the business market from a postpaid gross adds point of view, so which has -- also helps. So that's where we stand. So strategy is just right, and we are just where we were expecting to be. It's fair to say that the market remained competitive so that's what is putting some pressure on our phones gross adds and net adds, meaning that we have been slightly less competitive than previous year from a service kind of point of view when our major competitors have elected to be much more competitive in Q3 compared to last year. So of course, that has put some pressure on our ability to drive gross adds as well as on our churn, as I have already mentioned. So that's what you have seen in our figures. What we have just mentioned, it's obvious that the deal has a kind of, let's say, shadow impact on our commercial executions as -- when customers from morning to the evening listen to messages saying that the 2 companies are going to merge, I mean, most likely it reduced a bit the appetite to come to Sprint's doors. But that's very difficult to explain exactly, let's say, the amount of traffic or whatever which is impacted by that. So that's why, for me, is a major, major piece are the ones that I've highlighted before.

**Operator**

The next question is from Philip Cusick from J.P. Morgan Securities, Inc.

**Philip A. Cusick**
*JP Morgan Chase & Co, Research Division*

I like the formality. Can you talk about customers coming off of those aggressive promotions? Churn was up, but maybe not as much as we'd feared. How should we think about the pace of those rolling off from here? How many are left?

**Michel Combes**
*President, CEO & Director*

Well, Phil, customers on introductory prices plan such as 50% off of Unlimited Freedom with 3 lines continue to roll off these promotions, and they will continue over the next several quarters as customers join Sprint under these promotions over time. So I mean, that's something which has impacted this quarter and which will continue to impact the quarters to come. As you know, these promotions were structured to have a lower introductory rate that would then step up at a later date, so very similar to what has been implemented in the cable industry. And so that is what is, let's say, happening right now. And whether we have seen some incremental churn pressure, many customers do stay after the promotional period ends. So it has helped our wireless service revenue trend. So it's fair to say that these will continue to impact our churn moving forward. We have implemented some other actions in order to mitigate this point of pressure. That's only investments that we are making in network, in customer experience with digital in removing some of the irritants that we had in the days for our customers. But that takes time. So that's why one side was this short-term pressure. And on the midterm, we have those structural moves that we are doing. And all that, of course, is impacted also by the competitive environment in which we are. So that's why we see these continued pressure. That's why we feel higher than the rest of the industry slightly better than what was expected and just remaining cautious. I know that it will continue to be tough until it goes better, thanks to the structural moves that we are implementing right now. And so depending on the competitive market in the quarters to come, it can be -- we can have slightly more pressure or slightly less pressure, it will depend of what our major competitors will do.

**Philip A. Cusick**
*JP Morgan Chase & Co, Research Division*

And just to clarify, the slower or declining revenue is a function of subscribers, correct, not any hedging on the ARPU tailwind? Can we expect ARPU to continue higher?

**Michel Combes**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President, CEO & Director*

So I guess that from an ARPU point of view, we are, more or less, flat year-over-year and sequentially so the postpaid phone ARPU was relatively flat, essentially flat year-over-year as these customers rolling off promotions and increasing their monthly spending with us, along with other pricing actions offset the impact of other promotional discounts. So we -- as you have seen, we have posted for the first time in 5 years growth in postpaid wireless service revenue so which is driven by the stabilization of the ARPU and the increase in our base that we have had in the past few quarters. As we see a slowdown in our base growth, I mean, you can expect that moving forward, if the environment was to remain so competitive, we might have also some pressure on our revenue prospective in '19, not in '18.

**Operator**

Next question is from Brett Feldman from Goldman Sachs & Company, Inc.

**Brett Joseph Feldman**
*Goldman Sachs Group Inc., Research Division*

You've mentioned in your prepared remarks that you're now 75% through the process of upgrading your macro sites with 2.5 gigahertz. I just want to get an update on when you think you'll have that deployed across your full footprint of macro sites. And then just thinking beyond that, you had a lot of projects, not just deploying the 2.5, focusing on small cells, some of the LTE Advanced features. What's the time line for kind of completing some of this renewed investment in the network? And how do you think about what happens to your CapEx once you start to move past that?

**Michel Combes**
*President, CEO & Director*

Okay. Maybe I will ask John to update you on our network plans.

**John C. B. Saw**
*Chief Technology Officer*

Sure. Hey, Brett. We expect to be substantially done with adding 2.5 to where we needed it in another quarter, towards spring this year. And like we have said, we have made significant progress. A year ago, we were only at 50% of our sites having 2.5 gigahertz. Small cells, again a lot of momentum recently, 27,000 small cells. A year ago, we only have 3,000. So the permits are starting to come in. Some of our infrastructure that we're leveraging, especially with the cable companies, is making it easier for us to deploy small cells faster. LTE Advanced is rolled out in more than 270 cities, and this is why we are starting to make an impression, even in the big markets, where our customer experience speeds have improved significantly because of LTE Advanced. We expect the LTE Advanced upgrades to complete around spring this year as well. Small cells will continue to be a focus for us because we need to continue to densify our network, even with 5G. Our network is never done, Brett. So we are also rapidly transitioning to focusing on 5G as well. As you know, a lot of our radios that we're deploying today with Massive MIMO allows us to simultaneously support LTE and 5G, and that is the -- going to be the main focus for the rest of this year for 5G.

**Michel Combes**
*President, CEO & Director*

Just on the question that you raised as well in terms of CapEx, I guess that what we had said is that you can -- you were -- we were expecting, sorry, an increase of our CapEx for '18, '19 and '20 between $5 billion and $6 billion per year in order to catch up and to deliver this plans and then coming back to benchmarks to get to the other operators based on the number of customers that were in the base.

**Operator**

Next question is from Michael Rollins from Citigroup Investment Research U.S.

**Michael Rollins**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Citigroup Inc, Research Division*

Two, if I could. First, when you look at device leasing in the marketplace, does Sprint see that as a differentiator to get gross add? Or is it really just a preference for how Sprint wants to finance the devices for the customers? And then secondly, and separate from device leasing, can you talk about what's happening with the credit profile for your customers? And are you taking a different look at how to measure credit for customers in an environment where devices are unbundled and some customers even bring their own devices?

**Michel Combes**
*President, CEO & Director*

So I'll let Andrew take the second question on credit profile, and I will come back on device leasing.

**Andrew Mark Davies**
*Chief Financial Officer*

Yes. So thanks for the question, Mike. So we -- our credit profiling and the categorization, if you will, of our customer base by the different types of credit classes or tiers is relatively stable over time actually. We don't see any material changes. Yes, in terms of how we assess credit risk, we continue to monitor that on a regular basis. I'm talking daily and weekly and not just monthly. And we -- when we see the need to make refinements to our methodologies, we do so. But they are really -- when we make refinements, it is pretty peripheral stuff. We haven't made any material changes to how we profile, assess customer credit risk for quite some time. And we -- I see that -- I don't see that changing anytime in the near future.

**Michel Combes**
*President, CEO & Director*

On your first question concerning device leasing, I guess it's fair that it's an economically driven decision that we felt was appropriate for Sprint in the context in which Sprint was. We are always assessing the pros and cons of this scheme as we know that it delivers financial benefits. But on the other side, as we have seen in some of the previous questions, it has impact on churn and on the customer experience. So we assess that on a permanent basis and figuring out whether we should stick to leasing or whether at some stage, we might open some other ways of device financing, having in mind that all that is also looked at in the context of what's happening in the marketplace where the life cycle of devices is extending so maybe leasing might be less actually in the long run from a financial point of view.

**Operator**

Next question is from Michael (sic) [ Matthew ] Niknam from Deutsche Bank.

**Matthew Niknam**
*Deutsche Bank AG, Research Division*

It's Matt Niknam from DB. So 2 questions. One, on the other postpaid devices, so non-phone, what do you think is driving the strength here? Is it just a healthier consumer? Is it Sprint maybe promoting these a little more actively? But broadly trying to get a sense of what's driving some of the strength there and whether you're seeing the benefits in terms of stickier accounts. And then secondly, as you sort of get closer to your mobile 5G launch first half of this year, any color you can shed on the pricing and go-to-market strategy? Is this a revenue -- incremental revenue opportunity? Or is this a little bit more of a churn-reducing retention tool?

**Michel Combes**
*President, CEO & Director*

On your first question, to be fair, I guess it's purely sales execution and sales focus. Meaning that at the end of the day, we have shifted a little bit the focus of our retail. Meaning that -- and that's part of our strategy, which is let's make sure that we bring additional line on the existing accounts. And there was an opportunity that we have not captured in the past and even tell you that we are less promotional than we used to be in that field a few years ago. And despite the fact that we are less promotional, we are much

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

more efficient because all the execution is focused on that. And on top of that, as you know, we have introduced a new product, which is Sprint Drive. So now we have a portfolio of products from tablets to watches to Sprint Drive, so I think that we see there an opportunity. And when I benchmark us with other operators or other competitors, it's clear that we are not at par with our competitors in this area. So that's something, which is good. And on top of that, it has a similar ARPU as a phone at the line with a device cost which is lower, so which means that it has good profitability for Sprint. So from a strategic point of view, it's good profitability, it helps to reduce churn. And on top of that, there is a strong opportunity ahead of us that we have decided to capture. So that's the way I see it. For 5G, as you can expect, that's commercially sensitive, so I will not unveil any commercial secret there. But for us, 5G is the way to change the network perception of Sprint, which has been one of our weaknesses in the past. So being in the lead seat to launch 5G will help to transform network perception. On top of that, of course, it will be a better experience to the customer, so it might at least support the move-up of our customers to our high-end plans. You know that we have now several levels of plans, and so we expect that we'll be able to push our customers to the high-end plans, and of course, on top of that, I expect that with a better experience will reduce churn as well for our customers. So that's a mix of all of that, that we intend to grab from a benefit point of view.

**Operator**

Next question is from Simon Flannery from Morgan Stanley.

**Simon William Flannery**
*Morgan Stanley, Research Division*

Great. Just coming back to the network. I wonder if, Dr. Saw, could you just talk about Massive MIMO and what's the plan for 2019? Is this something that you're going to start putting on thousands of cell sites or is it sort of targeted? And then, Michel, any impact from the government shutdown on the timing for the merger decision?

**Michel Combes**
*President, CEO & Director*

Dr. Saw first.

**John C. B. Saw**
*Chief Technology Officer*

Simon, I can go on all day about Massive MIMO. But you are correct. We are very encouraged with the testing results we have seen with Massive MIMO, both with LTE and 5G. So the plan is to, like you say, roll out thousands of Massive MIMO sites. That is our bridge to 5G from LTE. With the spectrum that we have in the top 100 markets, we are able to simultaneously, over the same Massive MIMO radios, support both LTE and 5G. So it's a very efficient way for us to enhance our LTE coverage experience and add Massive MIMO to the same site and also offer the same level of coverage, both for LTE and 5G, at the same time. So with the results we are seeing so far, the plan is to continue moving ahead with deploying Massive MIMO. And as we look ahead at the merger scenario, if it's approved, I believe it's also going to be a technology that would be also very helpful for the new company as well.

**Michel Combes**
*President, CEO & Director*

On your second question, we don't expect the impact of the government shutdown on the time line. We continue to work through the regulatory process and continue to expect the deal to close in the first half of '19, as we have always said. The city transaction clerk resumed on January 29, the day after government reopened, and we look forward to picking up where we left off before the shutdown. So no major impact to be expected.

**Operator**

And your next question is from Amy Yong from Macquarie.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Amy Yong**
*Macquarie Research*

Maybe 2 questions, if I could squeeze it in. First, on prepaid. It seems like there's been a greater focus from your competitors on this market. Can you talk about some of the churn trends this quarter and how you're positioning Boost and Virgin? And then my second question is on your relationship with your cable partners. Any meaningful updates? Obviously, you're leveraging that partnership with Altice pretty well. Do you anticipate any competition from them as they prepare to launch their MVNO?

**Michel Combes**
*President, CEO & Director*

So on prepaid, we continued to see strength in Boost, offset by losses in other brands that has been deemphasized. So if I look, really, at Boost, which is our major brand in this area, we delivered our eighth consecutive quarter of Boost net adds before migrations. And Boost gross adds grew year-over-year for the sixth consecutive quarter, so which means that our offers remain appealing, and we continue to have a quite solid, say, nice journey there. Fair to say that we have had some pressure from the competitive environment, which means that the churn has, let's say, slightly increased year-over-year as the market was extremely competitive. But that's what I can report on prepaid. Prepaid service revenue grew year-over-year for the fifth consecutive quarter. And excluding new revenue standard, prepaid ARPU, we've been stable, both sequentially and year-over-year. So that's for prepaid. For your second question, I think that we're continuing to have a good relation with Altice and Cox. As it was reported by Dr. Saw earlier on, that's part of our deployment strategy, and so we are increasing the number of strand mounts sales. That has been delivered. And so we have, let's say -- we are very happy with the agreements that we have with those 2 cable operators.

**Operator**

Your next question is from David Barden from Bank of America.

**Joshua Matthew Frantz**
*BofA Merrill Lynch, Research Division*

It's Josh Frantz on for Dave. First on the migrations, how do you guys qualify the customers? Is it more proactive? Or is it more of a savings tool? Any more on the process there would be helpful. And then second quickly on tax season. Do you have any plans that we should be thinking about? And do you think the government shutdown is going to really stretch this out more than expected?

**Michel Combes**
*President, CEO & Director*

So on -- the migration for this program was introduced to reward prepaid customers with access to postpaid financing offers under their respective brands. So that's a specific program which is offered for customers which have been with us for more than a year and which have been good payers with Sprint so which have a profile of postpaid customers, if I can say so. And so we are offering or we are giving them access to postpaid financing under their brands that they can benefit from this type of financing. Prepaid to non-Sprint branded postpaid migrations were slightly above 100,000 in fiscal Q3, and we expect migrations to be relatively similar to this quarter going forward. We are, of course, monitoring the churn of those customers, which is very similar to the churn of our postpaid customers. On your second question, we don't currently expect any delay in tax refunds this year.

**Jud Henry**
*VP & Head of Investor Relations*

That's all the time we have for questions, everyone.

But before we end the call, I'd like to turn the call back to Michel for some closing comments. If you have any additional questions following the call, please contact the Sprint Investor Relations team. Michel?

**Michel Combes**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President, CEO & Director*

Thanks, Jud. So I want to thank everyone for joining us today and for supporting Sprint. Our third quarter results demonstrate continued execution of our plan to balance customer growth and profitability while improving network performance. We continued to deliver retail net adds for the sixth consecutive quarter. We improved profitability, delivering operating income for 12 consecutive quarters with our highest third quarter adjusted EBITDA in 12 years. In addition, we are aggressively executing our Next-Gen Network deployment to deliver Network Built for Unlimited, building the foundation for our mobile 5G network that will launch commercially in the coming months. We continued to enhance our value proposition and continued to transform our cost structure and customer experience with digital artificial intelligence, advanced analytics and automation.

Thank you, and have all a very great day.

**Operator**
Ladies and gentlemen, this concludes today's conference call. You may now disconnect. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.