# Exhibit D

# RAYMOND JAMES

US RESEARCH | PUBLISHED BY
RAYMOND JAMES & ASSOCIATES

## SPRINT CORP. (S-NYSE)

Telecommunications Services | Wireless
**Ric Prentiss** | (727) 567-2567 | ric.prentiss@raymondjames.com
**Chase Donovan, Res. Assoc.** | (312) 612-7716 | chase.donovan@raymondjames.com

**January 31 2019 | 8:34 AM EST**
**COMPANY BRIEF**

### FY18 Guidance Unchanged

**Outperform 2**

| | |
|---|---|
| Suitability | High Risk/ Growth |

**FY18 Guidance: Unchanged**. Adj. EBITDA midpoint stays at $12.55B and the range is still $12.4-12.7B , with RJE at $12.5B and Street at $12.6B. Adj. EBITDA still includes an ASC606 benefit of ~$0.7B plus a significant positive accounting benefit (RJE $4.6B) from device leasing (i.e., booked as depreciation vs. cost of equipment). Network capex (excludes device leasing capex) was also maintained at $5.0-5.5B vs. RJE and Street at $5.3B.

**FY3Q18**: **Postpaid Phone Losses Not as Bad as Feared and Beat Both Wireless and Total EBITDA.** Postpaid phone net adds of -26K was better than expected (RJE -100K and the Street -28K), with churn moving up to 1.84% (FY3Q17 at 1.71% and FY2Q18 1.73%). Total postpaid adds of 309K were above estimates (RJE 75K and the Street 121K) driven by sales of wearables and tablets. Prepaid net adds were light at -173K vs. RJE 0K and the Street -23K with churn of 4.83% (vs. RJE 4.75%). Wireless service revenues of $5.449B were below both RJE $5.483B and the Street at $5.527B, and was down slightly q/q ($5.498B). Postpaid phone ARPU of $50.01 was in-line (vs. RJE $50.23 and the Street $50.06) but prepaid ARPU was lower than expected at $34.53 (RJE $35.50 and Street $35.42) as ASC606 continues to impact results. We note Sprint restarted its 3rd, 4th, 5th line free promotion in late December so we will watch the impact on postpaid phone ARPU going forward. Total Adj. EBITDA of $3.101B was better than RJE $2.897B and the Street at $2.999B driven by wireless EBITDA of $3.111B (RJE $2.922B) with the beat primarily in lower than expected wireless cost of equipment. The handset upgrade rate of 7.7% was slightly lower than expected (vs. RJE 8.0%). Cash network capex of $1.416B was in line with RJE ($1.425B) but slightly below the Street's $1.481B. Lastly, Adj. Free Cash Flow was -$908M for the quarter and -$234M cumulatively for the last five quarters. The burning of cash combined with a lack of scale is a driving force in the proposed merger with TMUS as the industry rushes to start deploying 5G.

### MARKET DATA

| | |
|---|---:|
| Current Price (Jan-30-19) | $6.04 |
| Market Cap (mln) | $24,751 |
| Current Net Debt (mln) | $31,763 |
| Enterprise Value (mln) | $58,503 |
| Shares Outstanding (mln) | 4,077.6 |
| 30-Day Avg. Daily Value (mln) | $74.9 |
| Dividend | $0.00 |
| Dividend Yield | 0.0% |
| 52-Week Range | $4.81 - $6.62 |

### KEY FINANCIAL METRICS

| | 1Q | 2Q | 3Q | 4Q |
|---|---:|---:|---:|---:|
| EBITDA (mln) ($) | | | | |
| 2017A | | | | |
| | 2,853 | 2,729 | 2,719 | 2,768 |
| 2018E | | | | |
| | 3,279 A | 3,257 A | 2,897 | 3,064 |
| 2019E | | | | |
| | 3,242 | 3,134 | 3,087 | 3,277 |
| 2020E | | | | |
| | 3,332 | 3,215 | 3,164 | 3,375 |

| | 2017A | 2018E | 2019E | 2020E |
|---|---:|---:|---:|---:|
| EBITDA (mln) ($) | | | | |
| | 11,069 | 12,498 | 12,741 | 13,086 |
| EV/EBITDA | | | | |
| | 5.3x | 4.7x | 4.6x | 4.5x |
| GAAP EPS ($) | | | | |
| | 1.82 | (0.04) | (0.29) | (0.55) |
| C-EBITDA (mln) ($) | | | | |
| | 7,459 | 8,009 | 7,975 | 8,009 |
| CY C-EBITDA (mln) ($) | | | | |
| | 7,511 | 7,834 | 7,849 | 7,984 |
| Net Customer Adds (000) | | | | |
| | 787 | 646 | 400 | 475 |
| Revenue (mln) ($) | | | | |
| | 32,406 | 33,492 | 34,012 | 34,482 |

*Source: Thomson One, Raymond James & Associates . Quarterly figures may not add to full year due to rounding.*

**Please read domestic and foreign disclosure/risk information beginning on page 2 and Analyst Certification on page 3.**

INTERNATIONAL HEADQUARTERS: THE RAYMOND JAMES FINANCIAL CENTER | 880 CARILLON PARKWAY | ST. PETERSBURG FLORIDA 33716