# Exhibit E

Case 1:19-cv-05272-MKV    Document 44-5    Filed 10/02/20    Page 2 of 2

✕

**MarceloClaure** ✔
@marceloclaure

( Follow )  ∨

#SwitchtoSprint THIS WEEKEND & get the whole family - FIVE LINES - #unlimited data, talk & text for $90/MO!! 🔵🔵🔵🔵🔵 bit.ly/2lBYjcj



3:37 PM - 11 Feb 2017

**86** Retweets   **97** Likes   

💬     ⟲ **86**      **97**

 **Dí** @blackmanoncomm · 12 Feb 2017    ∨
Replying to @dakotathekat @marceloclaure
5 BRAND NEW IPHONE 7s with unlimited Data plans. The deal is untouchable, savings in one year is astronomical

💬     ⟲      **2**

 **Dí** @blackmanoncomm · 12 Feb 2017    ∨
Replying to @dakotathekat @marceloclaure
So you got 5 Lines w/ unlimited data and 5 iPhone 7s and your only going to pay 250?!?! THATS A DEAL!