# Exhibit G

Galarian Slowking    |    Presidential debate 2020    |    Prime Day tips    |    Baby Yoda with $350 Razor Crest    |    Second stimulus check payment schedule



COVID-19

BEST ›

REVIEWS ›

NEWS ›

HOW TO ›

FINANCE ›

HEALTH ›

CARS ›

DEALS ›

5G

JOIN / SIGN IN

# Sprint pushes crazy-cheap deal, but there's a catch

The carrier is offering new customers five lines of unlimited data, talk and text for $90 a month. The only problem is that prices go up after a year.

 **David Carnoy**
Feb. 10, 2017 7:43 a.m. PT

 **Watch this:** Jumping on AT&T's cheaper unlimited plan? Not so fast... ▶ 2:46

Sprint's doing its best to lure in customers with a new plan that seems pretty enticing, especially if you're paying for several lines as part of a family plan. But there's a big catch: You're only locked into those prices for about a year.



Sprint's new value plan has an expiration date.
Sprint

The mobile carrier said Friday that when you sign up, you can get unlimited data, talk time and texts for $50 per month for the first line when you select automatic payments. You can pick up a second line for $90 per month in total, and then you can add third, fourth and fifth lines for free. Translation: A family of five will pay $90 a month for five lines -- until March 31, 2018. After that, it's $30 a month each for lines three, four and five.

Here's the breakdown of the deal, according to Sprint:

- New customers get the first line for $50 per month.

- A second line for, say, a spouse, partner or friend, costs $90 a month total for both lines.

- Add more people to the plan, such as family members or friends, and receive lines three, four and five for free.

- After March 31, 2018, you pay $60 a month for line one, $40 for line two and $30 a month each for lines three to five, still with AutoPay.

- Data deprioritization kicks in during times of network congestion.

- The deal requires electronic billing and a new account.

- The offer is available for a limited time, though Sprint didn't specify when it ends.

Phones  |  Mobile Payments