# Exhibit K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-K/A
# (Amendment No. 2)

_____

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended March 31, 2019

or

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from  to

Commission File number 1-04721

_____

# SPRINT CORPORATION
*(Exact name of registrant as specified in its charter)*

_____

| | |
|---|---|
| **Delaware** | **46-1170005** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **6200 Sprint Parkway, Overland Park, Kansas** | **66251** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**Registrant's telephone number, including area code: (913) 794-1091**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.01 par value | S | New York Stock Exchange |

_____

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐    No ☒

Aggregate market value of voting and non-voting common stock equity held by non-affiliates of Sprint Corporation at September 30, 2018 was $4,088,584,646

**COMMON STOCK OUTSTANDING AT MAY 28, 2019:** 4,090,807,600 shares

**DOCUMENTS INCORPORATED BY REFERENCE**

None.

**SPRINT CORPORATION**

TABLE OF CONTENTS

| Item | | PART II | Page Reference |
|---|---|---|---|
| 8. | Financial Statements and Supplementary Data | | 4 |
| 9A. | Controls and Procedures | | 4 |
| | | PART IV | |
| 15. | Exhibits and Financial Statement Schedules | | 6 |

Table of Contents

## EXPLANATORY NOTE

Sprint Corporation (the "Company," "we," "us" or "our") filed its Annual Report on Form 10-K for the fiscal year ended March 31, 2019 (Form 10-K) with the U.S. Securities and Exchange Commission (SEC) on May 29, 2019 and Amendment No. 1 on July 26, 2019. The Company is filing Amendment No. 2 (Amendment) to the Form 10-K (Form 10-K/A) for the purpose of (i) amending the Report of Independent Registered Public Accounting Firm in "Part II, Item 8. Financial Statements and Supplementary Data" to reflect the identification of a material weakness in internal control over financial reporting, and (ii) amending the Controls and Procedures disclosure included in "Part II, Item 9A. Controls and Procedures" of the Form 10-K to address management's re-evaluation of disclosure controls and procedures and reflect the identification of a material weakness in internal control over financial reporting.

Pursuant to Rule 12b-15 under the Securities Exchange Act of 1934, as amended (Exchange Act), this Form 10-K/A also contains new certifications by the principal executive officer and the principal financial officer as required by Section 302 of the Sarbanes-Oxley Act of 2002. We are also filing an updated Consent of Independent Registered Public Accounting Firm. Accordingly, "Part IV, Item 15. Exhibits and Financial Statement Schedules" is amended to include the currently dated certifications and consent as exhibits.

This Amendment does not modify, amend or update in any way the financial statements and other disclosures set forth in the Form 10-K and there have been no changes to the XBRL data filed in Exhibit 101 of the Form 10-K. In addition, except as specifically described above, this Amendment does not reflect events occurring after the filing of the Form 10-K, nor does it modify or update disclosures therein in any way other than as required to reflect the revisions described above. Among other things, forward-looking statements made in the Form 10-K have not been revised to reflect events that occurred or facts that became known to us after the filing of the Form 10-K, and any such forward looking statements should be read in their historical context. Accordingly, this Amendment should be read in conjunction with the Form 10-K.

In addition to this Amendment, we intend to file an amendment to our Quarterly Report on Form 10-Q for the first quarter ended June 30, 2019 to amend our disclosures under "Part I, Item 4. Controls and Procedures" therein.

Table of Contents

## PART II

**Item 8.          Financial Statements and Supplementary Data**

The consolidated financial statements required by this item begin on page F-1 of this Annual Report on Form 10-K/A and are incorporated herein by reference.

**Item 9A.          Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Disclosure controls are procedures that are designed with the objective of ensuring that information required to be disclosed in our reports under the Exchange Act, such as the Annual Report on Form 10-K, is reported in accordance with the SEC's rules. Disclosure controls are also designed with the objective of ensuring that such information is accumulated and communicated to management, including the Chief Executive Officer and Chief Financial Officer, to allow timely decisions regarding required disclosure.

In connection with the preparation of the Annual Report on Form 10-K as of March 31, 2019, under the supervision and with the participation of our management, including our Chief Executive Officer and Chief Financial Officer, we carried out an evaluation of the effectiveness of the design and operation of our disclosure controls and procedures. Previously, based on this evaluation, the Chief Executive Officer and Chief Financial Officer concluded that the design and operation of the disclosure controls and procedures were effective as of March 31, 2019 in providing reasonable assurance that information required to be disclosed in reports we file or submit under the Exchange Act is accumulated and communicated to management, including the Chief Executive Officer and Chief Financial Officer, to allow timely decisions regarding required

disclosure and in providing reasonable assurance that the information is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms. However, due to the material weakness in internal control over financial reporting described below, our Chief Executive Officer and Chief Financial Officer have concluded that our disclosure controls and procedures were not effective as of March 31, 2019.

**Management's Report on Internal Control over Financial Reporting (revised)**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting. Our internal control system was designed to provide reasonable assurance to our management and board of directors regarding the reliability of financial reporting and the preparation of financial statements for external purposes.

Our management conducted an assessment of the effectiveness of our internal control over financial reporting as of March 31, 2019. This assessment was based on the criteria set forth by *Internal Control— Integrated Framework*, issued in 2013 by the Committee of Sponsoring Organizations of the Treadway Commission. Based on its assessment, management concluded that, as of March 31, 2019, our internal control over financial reporting was effective.

Subsequent to the assessment, the Company determined that we have a material weakness in internal control over financial reporting related to an issue with the functionality that determined qualifying subscriber usage under the Lifeline program. A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of the Company's annual or interim consolidated financial statements will not be prevented or detected on a timely basis. The material weakness is the result of deficiencies in the operating effectiveness of the controls over testing changes to this functionality that determines qualifying subscriber usage and the validation of the ongoing qualifying subscriber usage under the Lifeline program. Therefore, our management has concluded that our internal control over financial reporting was not effective as of March 31, 2019. The Company provides service to eligible Lifeline subscribers under the Assurance Wireless brand for whom it seeks reimbursement from the Universal Service Fund. In 2016, the FCC enacted changes to the Lifeline program, which required Sprint to update how it determined qualifying subscriber usage. An inadvertent coding issue in the system used to identify qualifying subscriber usage occurred in July 2017 while the system was being updated to address the required changes. Sprint claimed monthly subsidies for serving Lifeline subscribers that may not have met Sprint's usage requirements under the Lifeline program. This control deficiency did not result in a material misstatement of the Company's consolidated financial statements. However, this control deficiency could result in a material misstatement of the interim or annual consolidated financial statements and disclosures in future periods that would not be prevented or detected. While Sprint supports our Lifeline subscribers through our Assurance Wireless prepaid brand, beginning in April 2017 we excluded the Lifeline subscribers from our reported prepaid subscriber base due to regulatory changes resulting in tighter program restrictions.

4

Table of Contents

Notwithstanding the material weakness described above, management has concluded that our consolidated financial statements as originally filed for the fiscal year ended March 31, 2019, and as included in this Annual Report on Form 10-K/A, are fairly stated in all material respects in accordance with generally accepted accounting principles in the United States of America for each of the periods presented and that these financial statements may be relied upon.

Our independent registered public accounting firm has issued a revised report on the effectiveness of our internal control over financial reporting as of March 31, 2019. This revised report appears on page F-2.

**Remediation Plan**

When the Company became aware of the issue, we immediately investigated and proactively raised the identified issue with the FCC and the appropriate state regulators. We corrected the functionality and assessed the impact of identified changes. Management, with oversight of the Audit Committee, has been actively engaged in developing remediation plans to address the material weakness noted above. As part of the remediation plans, the Company is assessing the change management policies and controls and designing and implementing additional processes and controls for validating ongoing subscriber qualifications under the Lifeline program. Subsequent testing of the operational effectiveness of the modified systems and validation controls will be necessary to conclude that the material weakness has been fully remediated. We are committed to reimbursing federal and state governments for any subsidy payments that were collected incorrectly as a result of the system issue as well as successfully implementing the remediation plans.

**Changes in Internal Control over Financial Reporting**

Internal controls over our financial reporting continue to be updated as necessary to accommodate modifications to our business processes and accounting procedures. Other than the material weakness noted above, there have been no changes in our internal control over financial reporting that occurred during the three-month period ended March 31, 2019 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. During the three-month period ended June 30, 2018, we completed the implementation of internal controls designed to address the impact of the new revenue recognition standard, which we adopted on a modified retrospective basis effective April 1, 2018.

5

Table of Contents

**PART IV**