# Exhibit M

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2018

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

Commission File number 1-04721

# SPRINT CORPORATION
*(Exact name of registrant as specified in its charter)*

| **Delaware** | **46-1170005** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **6200 Sprint Parkway, Overland Park, Kansas** | **66251** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**Registrant's telephone number, including area code: (913) 794-1091**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.    ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.)    Yes ☐    No ☒

**COMMON SHARES OUTSTANDING AT NOVEMBER 6, 2018:**

| Sprint Corporation Common Stock | 4,077,576,840 |
|---|---|

Table of Contents

**SPRINT CORPORATION**
**TABLE OF CONTENTS**

| Item | | Page Reference |
|---|---|---|
| | **PART I — FINANCIAL INFORMATION** | |
| 1. | Financial Statements | 1 |
| | Consolidated Balance Sheets | 1 |
| | Consolidated Statements of Comprehensive Income (Loss) | 2 |
| | Consolidated Statements of Cash Flows | 3 |
| | Consolidated Statements of Changes in Equity | 4 |
| | Notes to the Consolidated Financial Statements | 5 |
| 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 44 |
| 3. | Quantitative and Qualitative Disclosures About Market Risk | 66 |
| 4. | Controls and Procedures | 66 |
| | **PART II — OTHER INFORMATION** | |
| 1. | Legal Proceedings | 67 |
| 1A. | Risk Factors | 67 |
| 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 68 |
| 3. | Defaults Upon Senior Securities | 68 |
| 4. | Mine Safety Disclosures | 68 |
| 5. | Other Information | 69 |
| 6. | Exhibits | 70 |
| | Signature | 71 |

Table of Contents

## PART I — FINANCIAL INFORMATION

**Item 1.**    *Financial Statements (Unaudited)*

### SPRINT CORPORATION
### CONSOLIDATED BALANCE SHEETS

| | September 30, 2018 | March 31, 2018 |
|---|---|---|
| | *(in millions, except share and per share data)* | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 5,726 | $ 6,610 |
| Short-term investments | 3,186 | 2,354 |
| Accounts and notes receivable, net of allowance for doubtful accounts and deferred interest of $321 and $409, respectively | 3,555 | 3,711 |
| Device and accessory inventory | 859 | 1,003 |
| Prepaid expenses and other current assets | 1,121 | 575 |
| Total current assets | 14,447 | 14,253 |
| Property, plant and equipment, net | 20,816 | 19,925 |
| Costs to acquire a customer contract | 1,379 | — |
| Intangible assets | | |
| Goodwill | 6,598 | 6,586 |
| FCC licenses and other | 41,373 | 41,309 |
| Definite-lived intangible assets, net | 2,075 | 2,465 |
| Other assets | 1,163 | 921 |

Under the Sprint brand, we currently offer our devices through leasing and installment billing programs, and within limited plan offerings devices may be subsidized in exchange for a service contract. Our Sprint branded leasing and installment billing programs do not require a service contract but offer devices tied to service plans at lower monthly rates when compared to subsidy plans. The installment billing program requires the subscriber to pay full or a discounted retail price based on promotional activities for the device over the installment period. The leasing program requires the subscriber

44

Table of Contents

to pay a rental fee over the lease term. In July 2017, we introduced the Sprint Flex program, which gives customers the opportunity to enjoy their phone before deciding what option (upgrade, continue leasing, return, or buy) works best for their lifestyle. Depending on device type, certain leases carry an option to upgrade to a new device annually prior to expiration of the lease. The terms of our lease and installment billing contracts require that customers maintain service otherwise the balance of the remaining contractual obligation on the device is due upon termination of their service. The subsidy program, which has been de-emphasized, requires a service contract and allows for a subscriber to purchase a device generally at a discount. Additionally, in our non-Sprint branded postpaid plan we offer devices through an installment billing program while requiring service to be purchased on a prepaid basis. The majority of Sprint's current handset activations occur on our Sprint Flex leasing program.

*Prepaid*

Our prepaid portfolio currently includes multiple brands, each designed to appeal to specific subscriber uses and demographics. Additionally, a subsidy program is available within limited prepaid plan offerings. In our indirect channel, customers who activate service under certain prepaid plan offerings are able to purchase devices at a discount. Sprint Forward (formerly Sprint Prepaid) primarily serves as a complementary offer to our Sprint Postpaid offer for those subscribers who want plans that are affordable, simple and flexible without a long-term commitment. Boost Mobile primarily serves subscribers that are looking for value without data limits. Virgin Mobile primarily serves subscribers that are looking to optimize spend but need solutions that offer control, flexibility and connectivity through various plans with high speed data options. Virgin Mobile is also designated as a Lifeline-only Eligible Telecommunications Carrier. Under the Assurance Wireless brand, Virgin Mobile provides service to Lifeline eligible subscribers (for whom it seeks reimbursement from the federal Universal Service Fund) and subscribers who have lost their Lifeline eligibility and retain Assurance Wireless retail service. The Lifeline program requires applicants to meet certain eligibility requirements and existing subscribers must recertify as to those requirements annually. While Sprint will continue to support our Lifeline subscribers through our Assurance Wireless prepaid brand, we have excluded these subscribers from our reported prepaid customer base for all periods presented due to regulatory changes resulting in tighter program restrictions.

*Wholesale*

We have focused our wholesale business on enabling our diverse network of customers to successfully grow their business by providing them with an array of network, product, and device solutions. This allows our customers to customize this full suite of value-added solutions to meet the growing demands of their businesses. As part of these growing demands, some of our wholesale mobile virtual network operators (MVNO) are also selling prepaid services under the Lifeline program. While Sprint will continue to support our Lifeline subscribers through our wholesale MVNOs, we have excluded these subscribers from our reported wholesale customer base for all periods presented due to regulatory changes resulting in tighter program restrictions.

We continue to support the open development of applications, content, and devices on the Sprint network. In addition, we enable a variety of business and consumer third-party relationships through our portfolio of machine-to-machine solutions, which we offer on a retail postpaid and wholesale basis. Our machine-to-machine solutions portfolio provides a secure, real-time and reliable wireless two-way data connection across a broad range of connected devices.

**Wireline**

We provide a suite of wireline communication services to other communications companies and targeted business subscribers. In addition, our Wireline segment provides data and IP communication services to our Wireless segment. We provide long distance services and operate all-digital global long distance and Tier 1 IP networks.

## Business Strategies and Key Priorities

Our business strategy is to be responsive to changing mobility demands of existing and potential customers, and to expand our business into new areas of customer value and economic opportunity through innovation and differentiation. To help lay the foundation for these future growth opportunities, our strategy revolves around targeted investment in the following key priority areas:

- Sprint's Next-Gen network plan will deliver competitive coverage, faster speeds and more capacity;
- Create a compelling unlimited value proposition;
- Provide the best digital customer experience; and
- Engage our partners by making Sprint a great place to work.

45

Table of Contents

We plan to invest in our network during the next few years targeting to launch 5G in the first half of 2019. We aim to use our wealth of spectrum to build our 5G network, with focus on designing an incredibly dense network with thousands of small cells. 5G includes faster speeds and, more importantly, low latency. We expect to also expand coverage using a hybrid plan that combines traditional macros, mini macros, air strands and Sprint Magic Boxes.

We plan to create a compelling unlimited value proposition by leveraging our spectrum holdings while remaining the price leader on

Unlimited plan offerings and taking our brand to the next level.

We plan to invest in digital capabilities and artificial intelligence to improve the customer experience. We are focused on finding the right balance between physical and digital retail to serve customers wherever and whenever they want.

We have recruited leaders in our industry from around the globe and employ an organizational focus to ensure Sprint has a work environment employees recommend.

*Network*

We continue to increase coverage and capacity by densifying and evolving our existing network toward 5G. Densification, which includes increasing the number of small cells and antennas, is intended to enhance coverage and capacity across the network. We are also deploying new technologies, such as Massive MIMO and carrier aggregation, which allows us to move more data at faster speeds over the same spectrum and migrate customers to an all data service. Additionally, our introduction of tri-band devices, including those with 5G capabilities, allows us to manage and operate our network more efficiently and at a lower cost. We have continued to see positive results from these infrastructure upgrades in key U.S. markets. While Sprint will build 5G in a number of cities throughout the country, its current 5G build plans will result in coverage that is limited to major cities and the surrounding areas rather than coverage that blankets the entire geography of the United States. Sprint's ability to expand this 5G network build plan may be limited by its financial resources, lack of scale and profitability. Moreover, Sprint plans to offer a "mobile" 5G network and customer experience, meaning that its focus will be on creating a 5G ecosystem for smartphones and mobile devices rather than stationary devices.

The 2.5 GHz spectrum band carries the highest percentage of Sprint's LTE data traffic. We have significant additional capacity to grow the use of our 2.5 GHz spectrum holdings into the future. Sprint believes it is well-positioned with spectrum holdings of more than 160 MHz of 2.5 GHz spectrum in the top 100 markets in the U.S. Sprint's broad spectrum holdings allow us to introduce 5G in parallel with 4G service over the same 2.5 GHz spectrum band, supporting the early introduction of 5G devices without disrupting the capacity needed to support our 4G users.

Overall, our densification and introduction of 5G technologies are expected to continue to enhance the customer experience by adding data capacity, increasing the wireless data speeds available to our customers, and improving network performance for both voice and data services. While circumstances may change in the future, we believe that our substantial spectrum holdings are sufficient to allow us to continue to provide consistent network reliability, capacity, and speed. As part of the evolution of our existing network toward 5G, we plan to modify our existing backhaul architecture to enable increased capacity to our network at a lower cost by either negotiating lower vendor pricing for existing Ethernet technology or replacing Ethernet with fiber. We expect to incur termination costs associated with Ethernet contractual commitments with third party vendors ranging between approximately $175 million to $225 million, of which the majority are expected to be incurred by December 31, 2020.

Sprint has plans to launch 5G service beginning in 2019 in nine major cities, becoming one of the first to offer 5G. Once 5G equipment is in place, customers in those cities will have access to Sprint's 5G network if they are in range of a cell site that has been equipped with a 5G radio supported by available 2.5 GHz spectrum and have a 5G-capable device. As more and more sites are 5G-enabled, customers will be able to have an increasing percentage of their mobile experiences on 5G rather than on LTE or 3G.

If the merger with T-Mobile is not completed, it is expected that Sprint will not be able to deploy a nationwide 5G network on the same scale and on the same timeline as the combined company. For example, Sprint's standalone 5G network would be geographically limited due to both Sprint's limited current network footprint on which to build 5G sites and the cost of utilizing 2.5 GHz spectrum for 5G.

46

Table of Contents

## RESULTS OF OPERATIONS

### Consolidated Results of Operations

The following table provides an overview of the consolidated results of operations.

| | Three Months Ended September 30, | | Six Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | *(in millions)* | | | |
| Wireless segment earnings | $ 3,276 | $ 2,764 | $ 6,594 | $ 5,630 |
| Wireline segment loss | (20) | (29) | (62) | (40) |
| Corporate, other and eliminations | — | (6) | 4 | (8) |
| Consolidated segment earnings | 3,256 | 2,729 | 6,536 | 5,582 |
| Depreciation - network and other | (1,021) | (997) | (2,044) | (1,974) |
| Depreciation - equipment rentals | (1,181) | (888) | (2,317) | (1,742) |
| Amortization | (159) | (209) | (330) | (432) |
| Other, net | (117) | (34) | (252) | 330 |
| Operating income | 778 | 601 | 1,593 | 1,764 |
| Interest expense | (633) | (595) | (1,270) | (1,208) |
| Other income (expense), net | 79 | 44 | 121 | (8) |
| Income tax expense | (17) | (98) | (64) | (390) |

| Net income (loss) | $ | 207 | $ | (49) | $ | 380 | $ | 158 |

### Depreciation Expense - Network and Other

Depreciation expense - network and other increased $24 million, or 2%, and $70 million, or 4%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017, primarily due to increased depreciation on new asset additions, partially offset by decreases associated with fully depreciated or retired assets.

### Depreciation Expense - Equipment Rentals

Depreciation expense - equipment rentals increased $293 million, or 33%, and $575 million, or 33%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017, primarily due to increased depreciation on new leased devices as a result of the continued growth of the device leasing program. This increase was partially offset by decreased depreciation for fully depreciated or retired leased devices combined with favorable changes to residual values.

### Amortization Expense

Amortization expense decreased $50 million, or 24%, and $102 million, or 24%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017, primarily due to customer relationship intangible assets that are amortized using the sum-of-the-months'-digits method, which results in higher amortization rates in early periods that decline over time.

### Other, net

The following table provides additional information regarding items included in "Other, net" for the three and six-month periods ended September 30, 2018 and 2017.

| | Three Months Ended September 30, | | Six Months Ended September 30, | |
| | 2018 | 2017 | 2018 | 2017 |
| | (in millions) | | | |
|---|---|---|---|---|
| Severance and exit costs | $ (25) | $ — | $ (33) | $ — |
| Litigation and other contingencies | — | — | — | 55 |
| Loss on disposal of property, plant and equipment, net | (68) | — | (68) | (175) |
| Contract terminations | — | — | (34) | 5 |
| Gains from asset dispositions and exchanges | — | — | — | 479 |
| Merger costs | (56) | — | (149) | — |
| Hurricane-related reimbursements (costs) | 32 | (34) | 32 | (34) |
| Total | $ (117) | $ (34) | $ (252) | $ 330 |

47

Table of Contents

Other, net represented an expense of $117 million and $252 million for the three and six-month periods ended September 30, 2018, respectively. During the three and six-month periods ended September 30, 2018, we recognized severance and exit costs of $25 million and $33 million, respectively, primarily due to reductions in work force, access termination charges and lease exit costs. During the three-month period ended September 30, 2018, we recorded a $68 million loss on disposal of property, plant and equipment primarily related to cell site construction costs and other network costs that are no longer recoverable as a result of changes in our network plans. During the three-month period ended June 30, 2018, we recognized $34 million associated with the purchase of certain leased spectrum assets, which upon termination of the related spectrum leases resulted in the accelerated recognition of the unamortized favorable lease balances. In addition, during the three and six-month periods ended September 30, 2018, we incurred merger-related costs of $56 million and $149 million, respectively, which were recorded as selling, general and administrative expenses in the consolidated statements of comprehensive income (loss). We also recorded $32 million of hurricane-related reimbursements during the three-month period ended September 30, 2018, which were recorded as revenue in net operating revenues, cost of services, selling, general and administrative expenses, and other, net in the consolidated statements of comprehensive income (loss).

Other, net represented an expense of $34 million and a benefit of $330 million for the three and six-month periods ended September 30, 2017, respectively. We incurred hurricane-related costs of $34 million during the three-month period ended September 30, 2017, which were recorded as contra-revenue, cost of services, selling, general and administrative expenses, and loss on disposal of property, plant and equipment in the consolidated statements of comprehensive income (loss). During the six-month period ended September 30, 2017, we recorded a $479 million non-cash gain as a result of spectrum license exchanges with other carriers, a $55 million reduction of an accrual related to favorable developments in pending legal proceeding, and a $5 million benefit in contract terminations. In addition, during the three-month period ended June 30, 2017, we recorded a $175 million net loss on disposal of property, plant and equipment, which consisted of a $181 million loss related to cell site construction costs that are no longer recoverable as a result of changes in our network plans, slightly offset by a $6 million gain.

### Interest Expense

Interest expense increased $38 million, or 6%, and $62 million, or 5%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017. The effective interest rate, which includes capitalized interest, on the weighted average long-term debt balance of $40.0 billion and $40.2 billion was 6.5% for both the three and six-month periods ended September 30, 2018, respectively. The effective interest rate, which includes capitalized interest, on the weighted average long-term debt balance of $38.8 billion and $39.4 billion was 6.2% for both the three and six-month periods ended September 30, 2017, respectively. See "Liquidity and Capital Resources" for more information on the Company's financing activities.

*Other income (expense), net*

Other income (expense), net was income of $79 million and $121 million for the three and six-month periods ended September 30, 2018, respectively. Interest income during the three and six-month periods ended September 30, 2018 was $47 million and $90 million, respectively. In addition, during the three and six-month periods ended September 30, 2018 we recognized other income of $24 million as a result of a tax-related legal settlement.

Other income (expense), net was income of $44 million and expense of $8 million for the three and six-month periods ended September 30, 2017, respectively. Income for the three-month period ended September 30, 2017 was primarily related to $33 million of interest income. The expense in the six-month period ended September 30, 2017 included $65 million of loss on early extinguishment of debt related to the retirement of portions of the Sprint Communications 8.375% Notes due 2017 and 9.000% Guaranteed Notes due 2018, partially offset by $52 million of interest income.

### *Income Taxes*

The U.S. federal statutory tax rates for the three and six-month periods ended September 30, 2018 and 2017 were 21% and 35%, respectively. The Tax Cuts and Jobs Act (the Tax Act) enacted in December 2017, reduced the corporate income tax rate effective January 1, 2018.

Income tax expense of $17 million and $64 million for the three and six-month periods ended September 30, 2018, respectively, represented a consolidated effective tax rate of 7% and 14%, respectively. During the three-month period ended September 30, 2018, we recognized a $35 million tax benefit for the impact of state law changes enacted during the period. The tax benefit was driven by changes to the carrying value of our deferred tax assets and liabilities on temporary differences. During the six-month period ended September 30, 2018, we recognized a $59 million tax benefit for the impact of state law changes enacted during the period, partially offset by a $13 million tax expense attributable to organizational restructuring.

48

Table of Contents

These adjustments were primarily driven by the change in carrying value of our deferred tax assets and liabilities on temporary differences.

Income tax expense of $98 million and $390 million for the three and six-month periods ended September 30, 2017, respectively, represented consolidated effective tax rates of 196% and 71%, respectively. Income tax expense for the three-month period ended September 30, 2017 was primarily attributable to taxable temporary differences from the tax amortization of FCC licenses and tax expense recorded from changes in state income tax laws enacted during the period. Income tax expense for the six-month period ended September 30, 2017 was primarily attributable to taxable temporary differences from the tax amortization of FCC licenses and tax expense on pre-tax gains from spectrum license exchanges during the period. We also increased our deferred state income tax liability by $65 million for changes in business activities causing us to become subject to income tax in additional tax jurisdictions. This resulted in a change in the measurement of the carrying value of our deferred tax liability on temporary differences, primarily FCC licenses.

## Segment Earnings - Wireless

Wireless segment earnings are a function of wireless net operating revenues inclusive of wireless service revenue, the sale of wireless devices (handsets and tablets), broadband devices, connected devices, leasing wireless devices, and commissions on the device insurance and accessory programs. Combined with wireless net operating revenues, Wireless segment earnings are also a function of costs of equipment sales and rentals, costs to acquire subscribers, and network and interconnection costs to serve those subscribers, as well as other Wireless segment operating expenses. The cost of equipment sales and equipment rentals primarily include equipment costs associated with our installment billing and subsidy programs, and loss on disposal of property, plant and equipment, net of recoveries, resulting from the write-off of leased devices where customers did not return the devices to us. The costs to acquire our subscribers also includes marketing and sales costs incurred to attract those subscribers. Network costs primarily represent switch and cell site costs, backhaul costs, and interconnection costs, which generally consist of per-minute usage fees and roaming fees paid to other carriers. The remaining costs associated with operating the Wireless segment include the costs to operate our customer care organization and administrative support. Wireless service revenue, costs to acquire subscribers, and variable network and interconnection costs fluctuate with the changes in our subscriber base and their related usage, but some cost elements do not fluctuate in the short-term with these changes.

As shown by the table above under "Consolidated Results of Operations," Wireless segment earnings represented almost all of our total consolidated segment earnings for the three and six-month periods ended September 30, 2018 and 2017. Within the Wireless segment, postpaid wireless services represent the most significant contributor to earnings, and is driven by the number of postpaid subscribers utilizing our services, as well as average revenue per user (ARPU). The wireless industry is subject to competition to retain and acquire subscribers of wireless services. All markets in which we operate have high rates of penetration for wireless services.

### *Device Financing Programs*

We offer a leasing program whereby qualified subscribers can lease a device for a contractual period of time, and an installment billing program that allows subscribers to purchase a device by paying monthly installments, generally over 24 months. In July 2017, we introduced the Sprint Flex program, which gives customers the opportunity to enjoy their phone before deciding what option (upgrade, continue leasing, return, or buy) works best for their lifestyle. Depending on device type, certain leases carry an option to upgrade to a new device annually prior to expiration of the lease. At the end of the lease term, the subscriber has the option to return the device, continue leasing the device, or purchase the device.

As of September 30, 2018, substantially all of our device leases were classified as operating leases and predominantly all of our subscribers choose the leasing option under the Sprint Flex program. As a result, the leased devices are classified as property, plant and equipment when made available to subscribers through Sprint's direct channels. For leases in the indirect channel, we purchase the devices at lease inception from the dealer, which are then capitalized to property, plant and equipment. Lease revenue is recorded monthly over the term of the lease and the cost of the device is depreciated to its estimated residual value, generally over the lease term. As these devices are classified as property, plant and equipment, the cost of the device is not recorded as cost of equipment sales compared to when sold under the installment billing or the traditional

subsidy program, which results in a significant positive impact to Wireless segment earnings. Depreciation expense incurred on leased devices for the three and six-month periods ended September 30, 2018 and 2017, was $1.2 billion, $2.3 billion, $888 million and $1.7 billion, respectively. If the mix of leased devices within our subscriber base continues to increase, we expect this positive impact on the financial results of Wireless segment earnings to continue and depreciation expense to increase.

49

Table of Contents

Under the installment billing program, we recognize a majority of the revenue associated with future expected installment payments at the time of sale of the device to Sprint branded customers. As compared to our traditional subsidy program, this results in alignment of the revenue with the cost of the device. The impact to Wireless earnings from the sale of devices under our installment billing program is generally neutral except for the impact from promotional offers.

Our device leasing and installment billing programs require a greater use of cash flow in the early part of the device contracts as our subscribers will generally pay less upfront than a traditional subsidy program. The accounts receivables facility discussed in "Liquidity and Capital Resources" was designed to mitigate the significant use of cash from purchasing devices from original equipment manufacturers (OEMs) to fulfill our leasing and installment billing programs.

### Wireless Segment Earnings Trends

Sprint offers lower monthly service fees without a traditional contract as an incentive to attract subscribers to certain of our service plans. These lower rates for service are available whether the subscriber brings their own device, pays the full or discounted retail price of the device, leases their device through our Sprint Flex leasing program, or purchases the device under our installment billing program. We expect our postpaid ARPU to stabilize in fiscal year 2018 due to less dilution from promotional activities as subscribers exit existing promotional offers and increase their monthly spending with us, combined with an increase in acquisition ARPU due to less promotional discounts on multi-lines. We continue to expect higher equipment rentals and equipment sales associated with the leasing and installment billing programs. Since inception, the combination of lower-priced plans and our leasing and installment billing programs have been accretive to Wireless segment earnings. We expect that trend to continue with the magnitude of the impact being dependent upon subscriber adoption rates.

We began to experience net losses of postpaid handset subscribers in mid-2013. Since the release of our price plans associated with device financing options, results have shown improvement in trends of handset subscribers starting with the quarter ended September 30, 2015; however, there can be no assurance that this trend will continue. We have taken initiatives to provide the best value in wireless service while continuing to enhance our network performance, coverage and capacity in order to attract and retain valuable handset subscribers. In addition, we continue to evaluate our cost model to operationalize a more effective cost structure.

The following table provides an overview of the results of operations of our Wireless segment.

| | Three Months Ended September 30, | | Six Months Ended September 30, | |
|---|---|---|---|---|
| **Wireless Segment Earnings** | **2018** | **2017** | **2018** | **2017** |
| | (in millions) | | | |
| Postpaid [(1)] | $ 4,252 | $ 4,371 | $ 8,440 | $ 8,837 |
| Prepaid [(1)] | 954 | 994 | 1,936 | 1,993 |
| Retail service revenues | 5,206 | 5,365 | 10,376 | 10,830 |
| Wholesale, affiliate and other | 289 | 296 | 579 | 555 |
| Total service revenue | 5,495 | 5,661 | 10,955 | 11,385 |
| Equipment sales | 1,418 | 994 | 2,591 | 2,181 |
| Equipment rentals | 1,253 | 966 | 2,465 | 1,865 |
| Total net operating revenues | 8,166 | 7,621 | 16,011 | 15,431 |
| Cost of services (exclusive of depreciation and amortization) | (1,472) | (1,407) | (2,901) | (2,819) |
| Cost of equipment sales | (1,517) | (1,404) | (2,787) | (2,949) |
| Cost of equipment rentals (exclusive of depreciation) | (151) | (112) | (275) | (224) |
| Selling, general and administrative expense | (1,750) | (1,934) | (3,454) | (3,809) |
| Total net operating expenses | (4,890) | (4,857) | (9,417) | (9,801) |
| Wireless segment earnings | $ 3,276 | $ 2,764 | $ 6,594 | $ 5,630 |

_____

(1) Postpaid service revenue in the three and six-month periods ended September 30, 2018 excludes $3 million of hurricane-related revenue reimbursements. Postpaid service revenue and prepaid service revenue excludes $8 million and $4 million, respectively, of hurricane-related contra-revenue in the three and six-month periods ended September 30, 2017.

### Service Revenue

Our Wireless segment generates service revenue from the sale of wireless services and the sale of wholesale and other services. Service revenue consists of fixed monthly recurring charges, variable usage charges and miscellaneous fees

50

Table of Contents

such as activation fees, international long distance and roaming, commissions on the device insurance program, late payment and administrative fees, and certain regulatory-related fees, net of service credits. The ability of our Wireless segment to generate service revenue is primarily a function of:

- revenue generated from each subscriber, which in turn is a function of the types and amount of services utilized by each subscriber and the rates charged for those services; and
- the number of subscribers that we serve, which in turn is a function of our ability to retain existing subscribers and acquire new subscribers.

Retail comprises those subscribers to whom Sprint directly provides wireless services, whether those services are provided on a postpaid or a prepaid basis. We also categorize our retail subscribers as prime and subprime based upon subscriber credit profiles. We use proprietary scoring systems that measure the credit quality of our subscribers using several factors, such as credit bureau information, subscriber credit risk scores and service plan characteristics. Payment history is subsequently monitored to further evaluate subscriber credit profiles. Wholesale and affiliates are those subscribers who are served through MVNO and affiliate relationships and other arrangements. Under the MVNO relationships, wireless services are sold by Sprint to other companies that resell those services to subscribers.

Retail service revenue decreased $159 million, or 3%, and $454 million, or 4% for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017. The decrease was primarily due to lower average revenue per postpaid subscriber driven by an increase in subscribers on lower price plans and promotional activities, combined with a lower amount of revenue allocated to service revenue following the adoption of Topic 606. The decrease was partially offset by an increase in average postpaid and prepaid subscribers.

Wholesale, affiliate and other revenues decreased $7 million, or 2%, and increased $24 million, or 4% for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017. The decrease in the three-month period was primarily due to a decrease in imputed interest associated with installment billing on devices, partially offset by an increase in lifeline subscribers and fees earned under an accessories arrangement with Brightstar, which commenced during the quarter ending September 30, 2017. The increase in the six-month period was primarily due to the fees earned under an accessories arrangement with Brightstar and the increase in lifeline subscribers, partially offset by a decrease in imputed interest associated with installment billing on devices. Approximately 82% of our total wholesale and affiliate subscribers represent connected devices. These devices generate revenue which varies based on usage.

### *Average Monthly Service Revenue per Subscriber and Subscriber Trends*

The table below summarizes average number of retail subscribers. Additional information about the number of subscribers, net additions (losses) to subscribers, and average rates of monthly postpaid and prepaid subscriber churn for each quarter since the quarter ended June 30, 2017 may be found in the tables on the following pages.

| | Three Months Ended September 30, | | Six Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | *(subscribers in thousands)* | | | |
| Average postpaid subscribers | 32,242 | 31,618 | 32,146 | 31,545 |
| Average prepaid subscribers | 8,984 | 8,719 | 9,006 | 8,714 |
| Average retail subscribers | 41,226 | 40,337 | 41,152 | 40,259 |

The table below summarizes ARPU. Additional information about ARPU for each quarter since the quarter ended June 30, 2017 may be found in the tables on the following pages.

| | Three Months Ended September 30, | | Six Months Ended September 30, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| ARPU[1]: | | | | |
| Postpaid | $ 43.99 | $ 46.00 | $ 43.77 | $ 46.65 |
| Prepaid | $ 35.40 | $ 37.83 | $ 35.83 | $ 38.04 |
| Average retail | $ 42.09 | $ 44.24 | $ 42.02 | $ 44.79 |

---

(1)  *ARPU is calculated by dividing service revenue by the sum of the monthly average number of subscribers in the applicable service category. Changes in average monthly service revenue reflect subscribers for either the postpaid or prepaid service category who change rate plans, the level of voice and data usage, the amount of service credits which are offered to subscribers, plus the net effect of average monthly revenue generated by new subscribers and deactivating subscribers.*

51

Table of Contents

Postpaid ARPU for the three and six-month periods ended September 30, 2018 decreased compared to the same periods in 2017 primarily due to lower service revenue resulting from subscriber migrations to lower price plans, increased promotional activities and lower revenue allocated to service revenue following the adoption of Topic 606. Prepaid ARPU decreased for the three and six-month periods ended September 30, 2018 compared to the same periods in 2017 primarily due to the lower service revenue resulting from promotional activities and lower revenue allocated to service revenue following the adoption of Topic 606. (See *"Subscriber Results"* below for more information.)

The following table shows (a) net additions (losses) of wireless subscribers, (b) our total subscribers, and (c) end of period connected

device subscribers as of the end of each quarterly period beginning with the quarter ended June 30, 2017.

| | June 30, 2017 | Sept 30, 2017 | Dec 31, 2017 | March 31, 2018 | June 30, 2018 | Sept 30, 2018 |
|---|---|---|---|---|---|---|
| **Net additions (losses) (in thousands)[1]** | | | | | | |
| Postpaid | (39) | 168 | 256 | 39 | 123 | 109 |
| Prepaid | 35 | 95 | 63 | 170 | 3 | (14) |
| Wholesale and affiliates | 65 | 115 | 66 | (165) | (69) | (115) |
| **Total Wireless** | 61 | 378 | 385 | 44 | 57 | (20) |
| | | | | | | |
| **End of period subscribers (in thousands)[1]** | | | | | | |
| Postpaid[2][4][5][6] | 31,518 | 31,686 | 31,942 | 32,119 | 32,187 | 32,296 |
| Prepaid[2][3][4][7][8] | 8,719 | 8,765 | 8,997 | 8,989 | 9,033 | 9,019 |
| Wholesale and affiliates[3][4][5][9][10] | 13,461 | 13,576 | 13,642 | 13,517 | 13,347 | 13,232 |
| **Total Wireless** | 53,698 | 54,027 | 54,581 | 54,625 | 54,567 | 54,547 |
| | | | | | | |
| **Supplemental data - connected devices** | | | | | | |
| **End of period subscribers (in thousands)[5]** | | | | | | |
| Retail postpaid | 2,091 | 2,158 | 2,259 | 2,335 | 2,429 | 2,585 |
| Wholesale and affiliates | 11,100 | 11,221 | 11,272 | 11,162 | 10,963 | 10,838 |
| Total | 13,191 | 13,379 | 13,531 | 13,497 | 13,392 | 13,423 |

(1)  A subscriber is defined as an individual line of service associated with each device activated by a customer. Subscribers that transfer from their original service category classification to another service category are reflected as a net loss to the original service category and a net addition to their new service category. There is no net effect for such subscriber changes to the total wireless net additions (losses) or end of period subscribers.

(2)  During the three-month period ended March 31, 2018, a non-Sprint branded postpaid offering was introduced allowing prepaid customers to purchase a device under our installment billing program. As a result of the extension of credit, approximately 167,000 prepaid subscribers were migrated from the prepaid subscriber base into the postpaid subscriber base. During the three-month period ended June 30, 2018, we ceased selling devices in our installment billing program under one of our brands and as a result, 45,000 subscribers were migrated back to prepaid.

(3)  Sprint is no longer reporting Lifeline subscribers due to regulatory changes resulting in tighter program restrictions. We have excluded these subscribers from our subscriber base for all periods presented, including our Assurance Wireless prepaid brand and subscribers through our wholesale Lifeline MVNOs.

(4)  As a result of our affiliate agreement with Shentel, certain subscribers have been transferred from postpaid and prepaid to affiliates. During the three-month period ended June 30, 2017, 17,000 and 4,000 subscribers were transferred from postpaid and prepaid, respectively, to affiliates. During the three-month period ended March 31, 2018, 29,000 and 11,000 subscribers were transferred from postpaid and prepaid, respectively, to affiliates. During the three-month period ended June 30, 2018, 10,000 and 4,000 subscribers were transferred from postpaid and prepaid, respectively, to affiliates.

(5)  End of period connected devices are included in retail postpaid or wholesale and affiliates end of period subscriber totals for all periods presented.

(6)  During the three-month period ended June 30, 2017, 2,000 Wi-Fi connections were adjusted from the postpaid subscriber base.

(7)  During the three-month period ended September 30, 2017, the Prepaid Data Share platform It's On was decommissioned as the Company continues to focus on higher value contribution offerings resulting in a 49,000 reduction to prepaid end of period subscribers.

(8)  During the three-month period ended December 31, 2017, prepaid end of period subscribers increased by 169,000 in conjunction with the PRWireless transaction.

(9)  Subscribers through some of our MVNO relationships have inactivity either in voice usage or primarily as a result of the nature of the device, where activity only occurs when data retrieval is initiated by the end-user and may occur infrequently. Although we continue to provide these subscribers access to our network through our MVNO relationships, approximately 2,340,000 subscribers at September 30, 2018 through these MVNO relationships have been inactive for at least six months, with no associated revenue during the six-month period ended September 30, 2018.

(10) On April 1, 2018, 115,000 wholesale subscribers were removed from the subscriber base with no impact to revenue.

52

Table of Contents

The following table shows our average rates of monthly postpaid and prepaid subscriber churn as of the end of each quarterly period beginning with the quarter ended June 30, 2017.

| | June 30, 2017 [2] | Sept 30, 2017 | Dec 31, 2017 | March 31, 2018 | June 30, 2018 | Sept 30, 2018 |
|---|---|---|---|---|---|---|
| **Monthly subscriber churn rate[1]** | | | | | | |
| Postpaid | 1.65% | 1.72% | 1.80% | 1.78% | 1.63% | 1.78% |
| Prepaid | 4.57% | 4.83% | 4.63% | 4.30% | 4.17% | 4.74% |

(1)  Churn is calculated by dividing net subscriber deactivations for the quarter by the sum of the average number of subscribers for each month in the quarter. For postpaid accounts comprising multiple subscribers, such as family plans and enterprise accounts, net deactivations are defined as deactivations in excess of subscriber activations in a particular account within 30 days. Postpaid and Prepaid churn consist of both voluntary churn, where the subscriber makes his or her own determination to cease being a subscriber, and involuntary churn, where the subscriber's service is terminated due to a lack of payment or other reasons.

(2)  In the quarter ended June 30, 2017, the Company enhanced subscriber reporting to better align certain early-life gross activations and deactivations associated with customers who have not paid us after the initial subscriber transaction. This enhancement had no impact to net additions, but did result in reporting lower gross additions and lower deactivations in the quarter. Without this enhancement, total postpaid churn in the quarter would have been 1.73% versus 1.65%.

The following table shows our postpaid and prepaid ARPU as of the end of each quarterly period beginning with the quarter ended June 30, 2017.

| | | June 30, 2017 | | Sept 30, 2017 | | Dec 31, 2017 | | March 31, 2018 | | June 30, 2018 | | Sept 30, 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ARPU** | | | | | | | | | | | | | |
| Postpaid | | $ | 47.30 | $ | 46.00 | $ | 45.13 | $ | 44.40 | $ | 43.55 | $ | 43.99 |
| Prepaid | | $ | 38.24 | $ | 37.83 | $ | 37.46 | $ | 37.15 | $ | 36.27 | $ | 35.40 |

### Subscriber Results

Retail Postpaid — During the three-month period ended September 30, 2018, net postpaid subscriber additions were 109,000 compared to 168,000 in the same period in 2017. The net additions in the current quarter were primarily driven by net subscriber additions of other data devices and non-Sprint branded retail postpaid phones. The Company's non-Sprint branded postpaid offering allows prepaid customers to purchase a device under our installment billing program. This program provides prepaid customers with access to this offer under their respective brands. Qualified customers on this non-Sprint branded postpaid offering receive an extension of credit to purchase their device. The subscriber will remain classified as postpaid at the conclusion of their installment billing payments. During the quarter ended September 30, 2018, net subscriber additions under the non-Sprint branded postpaid plan offering were 81,000 and are included in total retail postpaid subscribers above.

Retail Prepaid — During the three-month period ended September 30, 2018, we lost 14,000 net prepaid subscribers compared to adding 95,000 in the same period in 2017. The net losses in the quarter were primarily due to losses in the Virgin Mobile prepaid brand primarily due to continued competitive pressures in the market, partially offset by subscriber growth in the Boost Mobile prepaid brand.

Wholesale and Affiliate Subscribers — Wholesale and affiliate subscribers represent customers that are served on our networks through companies that resell our wireless services to their subscribers, customers residing in affiliate territories and connected devices that utilize our network. Of the 13.2 million subscribers included in wholesale and affiliates, approximately 82% represent connected devices. Wholesale and affiliate subscriber net losses were 115,000 during the three-month period ended September 30, 2018 compared to net additions of 115,000 during the same period in 2017, inclusive of net losses of connected devices totaling 125,000 and net additions totaling 121,000, respectively. The net losses in the three-month period ended September 30, 2018 were primarily attributable to a decline in connected devices, slightly offset by an increase in subscribers through our prepaid resellers.

### Cost of Services

Cost of services consists primarily of:

- costs to operate and maintain our networks, including direct switch and cell site costs, such as rent, utilities, maintenance, labor costs associated with network employees, and spectrum frequency leasing costs;

- fixed and variable interconnection costs, the fixed component of which consists of monthly flat-rate fees for facilities leased from local exchange carriers and other providers based on the number of cell sites and switches in service in a particular period and the related equipment installed at each site, and the variable component which generally consists of per-minute use fees charged by wireline providers for calls terminating on their networks, which fluctuate in relation to the level and duration of those terminating calls;

53

Table of Contents

- long distance costs paid to other carriers, and the Wireline segment through fiscal year 2017;
- costs to service and repair devices;
- regulatory fees;
- roaming fees paid to other carriers; and
- fixed and variable costs relating to payments to third parties for the subscriber use of their proprietary data applications, such as messaging, music and cloud services and connected vehicle fees.

Cost of services increased $65 million, or 5%, and $82 million, or 3%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017, primarily due to higher network costs including rent and backhaul. This increase was partially offset by a decrease in long distance due to the migration off of the Wireline network, and lower service and repair costs.

### Equipment Sales and Cost of Equipment Sales

Our devices are sold to customers through installment billing and subsidy programs. We recognize equipment sales and corresponding costs of equipment sales when title and risk of loss passes to the indirect dealer or end-use subscriber, assuming all other revenue recognition criteria are met. Under the installment billing program, the device is generally sold at full or a discounted retail price and we recognize most of the future expected installment payments at the time of sale of the device. Under the subsidy program, which has been de-emphasized, we offer certain incentives, such as new devices at heavily discounted prices, to retain and acquire subscribers. The cost of these incentives is recorded as a reduction of the total transaction price and allocated to performance obligations.

Cost of equipment sales includes equipment costs (primarily devices and accessories), order fulfillment related expenses, and write-downs of device and accessory inventory related to shrinkage and obsolescence. Additionally, cost of equipment sales is reduced by rebates that are earned from the equipment manufacturers. Cost of equipment sales in excess of the net revenue generated from equipment sales is referred to in the industry as equipment net subsidy. As postpaid subscribers migrate from acquiring devices through our subsidy program to our leasing or installment billing programs, equipment net subsidy continues to decline. We also make incentive payments to certain indirect dealers who purchase devices directly from OEMs or other device distributors. Under Topic 606, these incentive payments are included as a reduction of the total transaction price of customer contracts, resulting in a contract asset that is amortized to service revenue over the term of the contract.

The net impact to equipment sales revenue and cost of equipment sales from the sale of devices under our installment billing program is relatively neutral except for the impact from promotional offers.

Equipment sales increased $424 million, or 43%, and $410 million, or 19%, for the three and six-month periods ended September 30, 2018,

respectively, compared to the same periods in 2017. The increase in equipment sales for the three and six-month periods ended September 30, 2018 was primarily due to a higher amount of revenue allocated to equipment sales following the adoption of Topic 606 and higher average sales price per postpaid and prepaid devices sold. These increases were partially offset by a decline in the number of postpaid devices sold, lower accessory revenue due to an accessories arrangement with Brightstar and a decrease in the volume of used postpaid devices sold to third parties. The fees earned under the arrangement with Brightstar are recorded as other revenue and included in wholesale, affiliate and other revenues. Cost of equipment sales increased $113 million, or 8%, and decreased $162 million, or 5%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017. The increase in the three-month period was primarily due to a higher average cost per postpaid and prepaid devices sold. The increase was partially offset by a decrease in the volume of used devices sold to third parties, a decline in the number of postpaid devices sold combined with lower accessory costs due to an accessories arrangement with Brightstar. The decrease in the six-month period was primarily due to a decline in postpaid devices sold as a result of the higher mix of postpaid subscribers choosing to lease their devices combined with a decline in the volume of used devices sold to third parties and lower accessory costs due to an accessories arrangement with Brightstar. These decreases were partially offset by higher average cost per postpaid and prepaid devices sold.

### Equipment Rentals and Cost of Equipment Rentals

Under our leasing program, we recognize revenue from equipment rentals over the term of the operating lease. Cost of equipment rentals includes losses on disposal of property, plant and equipment, net of recoveries, resulting from the write-off of leased devices. The losses on disposal of property, plant and equipment, net of recoveries, result from the write-off of leased devices associated with lease cancellations prior to the scheduled customer lease terms where customers did not return the devices to us. We expect to incur losses in future periods as a result of customers who do not return devices under our leasing program.

54

Table of Contents

We expect that the revenues derived from leasing our devices to customers will be less than the costs of the devices as the life of the device exceeds the contractual lease period. We offer the Sprint Flex program to customers as an incentive to attract and retain subscribers who purchase wireless services that utilize our wireless network. While revenue derived from providing devices to customers contributes to our consolidated earnings, wireless service is the major contributor. Therefore, we believe the evaluation of the Company's central operations, which is to provide wireless service to customers, are best viewed at the consolidated level. Accordingly, we believe consolidated level metrics such as operating income and cash flows from operations are the best indicators of our overall ability to generate cash.

Equipment rentals increased $287 million, or 30%, and $600 million, or 32%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017, primarily due to higher revenue from the leasing program as more subscribers are choosing to lease their device. In addition, the increase in equipment rentals also benefited from a pricing change due to a shorter lease term under the Sprint Flex Program and the mix of devices leased. Cost of equipment rentals increased $39 million, or 35%, and $51 million, or 23%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017, primarily due to an increase in loss on disposal of property, plant and equipment, net of recoveries associated with non-returned leased devices.

### Selling, General and Administrative Expense

Sales and marketing costs primarily consist of subscriber acquisition costs, including commissions paid to our indirect dealers, third-party distributors and retail sales force for new device activations and upgrades, residual payments to our indirect dealers, commission payments made to OEMs or other device distributors for direct source handsets, payroll and facilities costs associated with our retail sales force, marketing employees, advertising, media programs and sponsorships, including costs related to branding. Upon the adoption of Topic 606, commission costs determined to be incremental, recoverable and directly associated with subscriber contracts are deferred and amortized to sales and marketing expense. General and administrative expenses primarily consist of costs for billing, customer care and information technology operations, bad debt expense and administrative support activities, including collections, legal, finance, human resources, corporate communications, and strategic planning.

Sales and marketing expense decreased $152 million, or 12%, and $292 million, or 12%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017, primarily due to lower commission costs as a result of the adoption of Topic 606 combined with lower marketing costs.

General and administrative costs decreased $32 million, or 5%, and $63 million, or 5%, for the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017, primarily due to a decrease in other general and administrative costs, partially offset by an increase in customer care costs.

Bad debt expense increased $11 million, or 11%, for the three-month period ended September 30, 2018 and decreased $33 million, or 17%, for the six-month period ended September 30, 2018, each as compared to the same period in 2017. The increase in the three-month period was primarily related to higher reserves associated with iconic devices launched in September 2018. The decrease in the six-month period was primarily related to lower installment billing reserves due to fewer subscribers entering into installment notes. We reassess our allowance for doubtful accounts quarterly.

### Segment Earnings - Wireline

We provide a suite of wireline communications services to other communications companies and targeted business subscribers. In addition, we provide data and IP communication services to our Wireless segment. We provide long distance services and operate all-digital global long distance and Tier 1 IP networks. Our services and products include domestic and international data communications using various protocols such as multiprotocol label switching technologies (MPLS), IP, managed network services, Voice over Internet Protocol (VoIP), and Session Initiated Protocol (SIP). Our IP services can also be combined with wireless services. Such services include our Sprint Mobile Integration service, which enables a wireless handset to operate as part of a subscriber's wireline voice network, and our DataLink[SM] service, which uses our wireless networks to connect a subscriber location into their primarily wireline wide-area IP/MPLS data network, making it easy for businesses to adapt their

network to changing business requirements.

We continue to assess the portfolio of services provided by our Wireline business and are focusing our efforts on IP-based data services. Standalone voice services have been discontinued and we continue to de-emphasize and shutdown non-IP-based data services. Our Wireline segment markets and sells its services primarily through direct sales representatives.

Wireline segment earnings are primarily a function of wireline service revenue, network and interconnection costs, and other Wireline segment operating expenses. Network costs primarily represent special access costs and interconnection costs, which generally consist of domestic and international per-minute usage fees paid to other carriers. The

55

Table of Contents

remaining costs associated with operating the Wireline segment include the costs to operate our customer care and billing organizations in addition to administrative support. Wireline service revenue and variable network and interconnection costs fluctuate with the changes in our customer base and their related usage, but some cost elements do not fluctuate in the short-term with changes in our customer usage. Our wireline services provided to our Wireless segment are generally accounted for based on market rates, which we believe approximate fair value. The Company generally re-establishes these rates at the beginning of each fiscal year. The impact of intercompany pricing rate changes to our Wireline segment earnings does not affect our consolidated results of operations as our Wireless segment has an equivalent offsetting impact in cost of services.

The following table provides an overview of the results of operations of our Wireline segment.

| | Three Months Ended September 30, | | | | Six Months Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Wireline Segment Earnings** | **2018** | | **2017** | | **2018** | | **2017** | |
| | *(in millions)* | | | | | | | |
| Total net service revenues | $ | 328 | $ | 409 | $ | 666 | $ | 842 |
| Cost of services (exclusive of depreciation) | | (295) | | (372) | | (606) | | (759) |
| Selling, general and administrative expense | | (53) | | (66) | | (122) | | (123) |
| Total net operating expenses | | (348) | | (438) | | (728) | | (882) |
| Wireline segment loss | $ | (20) | $ | (29) | $ | (62) | $ | (40) |

### *Service Revenue*

Service revenues for the three and six-month periods ended September 30, 2018 decreased $81 million, or 20%, and $176 million, or 21%, respectively, compared to the same periods in 2017. The decrease was driven by lower voice volumes as the Company has discontinued standalone voice services combined with fewer customers using IP-based data services.

### *Costs of Services*

Costs of services include access costs paid to local phone companies, other domestic service providers and foreign phone companies to complete calls made by our domestic subscribers, costs to operate and maintain our networks, and costs of customer premise equipment. Costs of services decreased $77 million, or 21%, and $153 million, or 20%, in the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017. The decrease was primarily due to lower access expense as the result of savings initiatives and discontinuing standalone voice services.

### *Selling, General and Administrative Expense*

Selling, general and administrative expense decreased $13 million, or 20%, and $1 million, or 1%, in the three and six-month periods ended September 30, 2018, respectively, compared to the same periods in 2017. The decrease was primarily due lower shared administrative and employee-related costs required to support the Wireline segment as a result of the decline in revenue, partially offset by higher sales expense. Total selling, general and administrative expense as a percentage of net services revenue was 16% and 18% for the three and six-month periods ended September 30, 2018, respectively, as compared to 16% and 15% for the three and six-month periods ended September 30, 2017, respectively.

## LIQUIDITY AND CAPITAL RESOURCES

### Cash Flow

| | Six Months Ended September 30, | | | |
| --- | --- | --- | --- | --- |
| | **2018** | | **2017** | |
| | *(in millions)* | | | |
| Net cash provided by operating activities | $ | 5,357 | $ | 4,726 |
| Net cash used in investing activities | $ | (6,287) | $ | (237) |
| Net cash provided by (used in) financing activities | $ | 44 | $ | (2,560) |

On January 1, 2018, the Company adopted authoritative guidance regarding *Statement of Cash Flows: Classification of Certain Cash Receipts and Cash Payments*. The Company adopted this standard with retrospective application to the consolidated statements of cash flows. The standard impacted the presentation of cash flows related to beneficial interests in securitization transactions, which is the deferred purchase price associated with our Accounts Receivable Facility (Receivables Facility), resulting in reclassifications of cash inflows from operating activities to investing activities of $640 million for the six-month period ended September 30, 2017 in our consolidated statements of cash flows.

Table of Contents

We continue to record collections of installment billing receivables associated with the historical deferred purchase price for installment notes entered into prior to the amendment to our Receivables Facility in February 2017 as cash inflows in investing activities. The standard also impacted the presentation of cash flows related to separately identifiable cash flows and application of the predominance principal primarily related to direct channel leased devices and resulted in material reclassifications of cash outflows from operating activities to investing activities of $2.0 billion for the six-month period ended September 30, 2017 in our consolidated statements of cash flows.

### Operating Activities

Net cash provided by operating activities of $5.4 billion for the six-month period ended September 30, 2018 increased $631 million from the same period in 2017. The increase was primarily due to $906 million of increased cash received from customers, of which $417 million is related to an increase in installment billing receivables collected due to an amendment to our Receivables Facility in February 2017. All cash collected on the underlying receivables generated after the amendment is reflected in operating activities as described below in *Accounts Receivable Facility*. The increased cash received from customers was partially offset by increased vendor- and labor-related payments of $308 million.

### Investing Activities

Net cash used in investing activities for the six-month period ended September 30, 2018 increased by $6.1 billion compared to the same period in 2017, primarily due to increased net purchases of short-term investments of $4.7 billion, increased network and other capital expenditures of $555 million and increased leased device purchases of $459 million. In addition, we had a decrease of $417 million due to an amendment to our Receivables Facility in February 2017. All cash collected on the underlying receivables generated after the amendment is reflected in operating activities as described below in *Accounts Receivable Facility*.

### Financing Activities

Net cash provided by financing activities of $44 million for the six-month period ended September 30, 2018 was primarily due to Receivables Facility borrowings of $2.9 billion and proceeds from issuance of common stock, net of $276 million primarily related to SoftBank exercising its warrant in full to purchase 55 million shares of Sprint common stock in July 2018. These proceeds were partially offset by principal repayments of $2.3 billion, $438 million and $94 million for the Receivables Facility, the 2016 Spectrum Transaction and the secured equipment credit facilities, respectively. Additionally, we paid $248 million in debt financing costs primarily due to fees related to the consent solicitations as a result of the Business Combination Agreement with T-Mobile.

Net cash used in financing activities of $2.6 billion for the six-month period ended September 30, 2017, which was primarily due to the retirement of $1.3 billion principal amount of outstanding Sprint Communications 8.375% Notes due 2017 and $1.2 billion principal amount of outstanding Sprint Communications 9.000% Guaranteed Notes due 2018. We also paid $129 million of call redemption premiums and tender expenses associated with the early retirement of the Sprint Communications debt. In addition, we repaid $296 million, $121 million, $1.1 billion and $117 million for the Handset Sale-Leaseback Tranche 2, secured equipment credit facilities, Receivables Facility, network equipment sale-leaseback transactions, respectively. These repayments were partially offset by Receivables Facility borrowings of $1.6 billion and secured equipment credit facilities draws of $242 million.

### Working Capital

We had working capital of $1.5 billion and $3.5 billion as of September 30, 2018 and March 31, 2018, respectively. The change in working capital was primarily due to increases in the current portion of long-term debt, financing and capital lease obligations of $1.9 billion related to $1.7 billion aggregate principal amount of Sprint Capital Corporation 6.90% Notes due 2019 and $200 million aggregate principal amount of Sprint Communications 9.25% debentures due 2022. The defeasance of the Sprint Communications 9.25% debentures will be effective in December 2018. The remaining balance was due to changes to other working capital items.

## Long-Term Debt and Other Funding Sources

Our device leasing and installment billing programs require a greater use of operating cash flow in the early part of the device contracts as our subscribers will generally pay less upfront than through our traditional subsidy program. The Receivables Facility described below was designed in large part to mitigate the significant use of cash from purchasing devices from OEMs to fulfill our installment billing and leasing programs.

Table of Contents

### Accounts Receivable Facility

Our Receivables Facility provides us the opportunity to sell certain wireless service receivables, installment receivables, and future amounts due from customers who lease certain devices from us to unaffiliated third parties (the Purchasers). The maximum funding limit under the Receivables Facility is $4.5 billion. In February 2017, the Receivables Facility was amended and Sprint regained effective control over the receivables transferred to the Purchasers by obtaining the right, under certain circumstances, to repurchase them. Subsequent to the February 2017 amendment, all proceeds received from the Purchasers in exchange for the transfer of our wireless service and installment receivables are recorded as borrowings. Repayments and borrowings under the Receivables Facility are reported as financing activities in the consolidated statements of cash flows. All cash collected on repurchased receivables continues to be recognized in investing activities in the consolidated statements of cash flows. In October 2017, the Receivables Facility was amended to, among other things, extend the maturity date to November 2019. In June 2018, the Receivables Facility was further amended to, among other things, extend the maturity date to June 2020, increase the maximum funding limit by $200 million, reduce financing costs and add month-to-month lease receivables as eligible receivables for leases that extend past their original lease term.

While we have the right to decide how much cash to receive from each sale, the maximum amount of cash available to us varies based on a number of factors and, as of September 30, 2018, represents approximately 50% of the total amount of the eligible receivables sold to the Purchasers. As of September 30, 2018, the total amount of borrowings under our Receivables Facility was $3.0 billion and the total amount available to be drawn was $454 million. However, subsequent to September 30, 2018, Sprint repaid $700 million under the Receivables Facility reducing amounts outstanding to $2.3 billion. During the six-month period ended September 30, 2018, we borrowed $2.9 billion and repaid $2.3 billion to the Purchasers, which were reflected as financing activities in the consolidated statements of cash flows. Sprint contributes certain wireless service, installment and future lease receivables, as well as the associated leased devices, to Sprint's wholly-owned consolidated bankruptcy-remote special purpose entities (SPEs). At Sprint's direction, the SPEs have sold, and will continue to sell, wireless service, installment and future lease receivables to Purchasers or to a bank agent on behalf of the Purchasers. Leased devices will remain with the SPEs, once sales are initiated, and continue to be depreciated over their estimated useful life. As of September 30, 2018, wireless service, installment and lease receivables contributed to the SPEs and included in "Accounts and notes receivable, net" in the consolidated balance sheets were $2.6 billion and the long-term portion of installment receivables included in "Other assets" in the consolidated balance sheets was $140 million. As of September 30, 2018, the net book value of devices contributed to the SPEs was $6.2 billion.

### Spectrum Financing

In October 2016 certain subsidiaries of Sprint Communications, which were not "Restricted Subsidiaries" under Sprint Communications' and Sprint Capital Corporation's indentures, transferred certain directly held and third-party leased spectrum licenses (collectively, Spectrum Portfolio) to wholly-owned bankruptcy-remote special purpose entities (collectively, Spectrum Financing SPEs). The Spectrum Portfolio, which represented approximately 14% of Sprint's total spectrum holdings on a MHz-pops basis, was used as collateral to raise an initial $3.5 billion in senior secured notes (2016 Spectrum-Backed Notes) bearing interest at 3.36% per annum under a $7.0 billion securitization program. The 2016 Spectrum-Backed Notes are repayable over a five-year term, with interest-only payments over the first four quarters and amortizing quarterly principal payments thereafter commencing December 2017 through September 2021. During the six-month period ended September 30, 2018, we made scheduled principal repayments of $438 million, resulting in a total principal amount outstanding related to the 2016 Spectrum-Backed Notes of $2.6 billion as of September 30, 2018, of which $875 million was classified as "Current portion of long-term debt, financing and capital lease obligations" in the consolidated balance sheets.

In March 2018, we amended the transaction documents governing the securitization program to allow for the issuance of more than $7.0 billion of notes outstanding pursuant to the securitization program subject to certain conditions, which, among other things, may require the contribution of additional spectrum. Also in March 2018, we issued approximately $3.9 billion in aggregate principal amount of senior secured notes under the existing $7.0 billion securitization program, consisting of two series of senior secured notes. The first series of notes totaled $2.1 billion in aggregate principal amount, bears interest at 4.738% per annum, have quarterly interest-only payments until June 2021, and amortizing quarterly principal amounts thereafter commencing in June 2021 through March 2025. The second series of notes totaled approximately $1.8 billion in aggregate principal amount, bears interest at 5.152% per annum, have quarterly interest-only payments until June 2023, and amortizing quarterly principal amounts thereafter commencing in June 2023 through March 2028. The Spectrum Portfolio, which also serves as collateral for the 2016 Spectrum-Backed Notes, remains substantially identical to the original portfolio from October 2016.

58

Table of Contents

Simultaneously with the October 2016 offering, Sprint Communications entered into a long-term lease with the Spectrum Financing SPEs for the ongoing use of the Spectrum Portfolio. The spectrum lease is an executory contract, which for accounting purposes is treated in a similar manner to an operating lease. Sprint Communications is required to make monthly lease payments to the Spectrum Financing SPEs at a market rate. The lease payments, which are guaranteed by Sprint Corporation and certain subsidiaries (none of which were "Restricted Subsidiaries" under Sprint's indentures) of Sprint Communications (and are secured together with the obligations under another transaction document by substantially all of the assets of such entities on a pari passu basis up to an aggregate cap of $3.5 billion with the grant of security under the secured term loan and revolving bank credit facility and EDC (as defined below) agreement), are sufficient to service all outstanding series of the senior secured notes and the lease also constitutes collateral for the senior secured notes. Because the Spectrum Financing SPEs are wholly-owned Sprint subsidiaries, these entities are consolidated and all intercompany activity has been eliminated.

Each Spectrum Financing SPE is a separate legal entity with its own separate creditors who will be entitled, prior to and upon the liquidation of the Spectrum Financing SPEs, to be satisfied out of the Spectrum Financing SPEs' assets prior to any assets of the Spectrum Financing SPEs becoming available to Sprint. Accordingly, the assets of the Spectrum Financing SPEs are not available to satisfy the debts and other obligations owed to other creditors of Sprint until the obligations of the Spectrum Financing SPEs under the spectrum-backed senior secured notes are paid in full.

In June 2018, we obtained the consent of the control party under the spectrum-backed senior secured notes indenture to amend the indenture such that the proposed merger transaction with T-Mobile, if consummated, will not constitute a change of control as defined in the indenture.

### Credit Facilities

#### Secured Term Loan and Revolving Bank Credit Facility

On February 3, 2017, we entered into a credit agreement for $6.0 billion, consisting of a $4.0 billion, seven-year secured term loan that matures in February 2024 and a $2.0 billion secured revolving bank credit facility that expires in February 2021. The bank credit facility requires a ratio (Leverage Ratio) of total indebtedness to trailing four quarters earnings before interest, taxes, depreciation and amortization and other non-recurring items, as defined by the bank credit facility (adjusted EBITDA), not to exceed 4.75 to 1.0 through the fiscal quarter ending December 31, 2018. For each fiscal quarter ending March 31, 2019 through December 31, 2019, the Leverage Ratio must not exceed 3.75 to 1.0. The Leverage Ratio must not exceed 3.5 to 1.0 for the fiscal quarter ended March 31, 2020 and each fiscal quarter ending thereafter through expiration of the facility. The term loan has an interest rate equal to LIBOR plus 250 basis points and the secured revolving bank credit facility has an interest rate equal to LIBOR plus a spread that varies depending on the Leverage Ratio.

*PRWireless Term Loan*

During the three-month period ended December 31, 2017, Sprint and PRWireless PR, Inc. completed a transaction to combine their operations in Puerto Rico and the U.S. Virgin Islands into a new entity. Prior to the formation of the new entity, PRWireless PR, Inc. had incurred debt under a secured term loan, which became debt of the new entity upon the transaction close. The term loan bears interest at 5.25% plus LIBOR and expires in June 2020. Any amounts repaid early may not be drawn again. During the six-month period ended September 30, 2018, the joint venture made principal repayments totaling $1 million, resulting in a total principal amount outstanding of $181 million as of September 30, 2018, with an additional $20 million remaining available. Sprint has provided an unsecured guarantee of repayment of the secured term loan obligations. The secured portion of the facility is limited to assets of the new entity as the borrower.

*Export Development Canada (EDC) Agreement*

As of September 30, 2018, the EDC agreement provided for security and covenant terms similar to our secured term loan and revolving bank credit facility. However, under the terms of the EDC agreement, repayments of outstanding amounts cannot be redrawn. As of September 30, 2018, the total principal amount of our borrowings under the EDC facility was $300 million.

**Secured Equipment Credit Facilities**

*Finnvera plc (Finnvera)*

The Finnvera secured equipment credit facility provided for the ability to borrow up to $800 million to finance network equipment-related purchases from Nokia Solutions and Networks US LLC, USA. The facility's availability for borrowing expired in October 2017. Such borrowings were contingent upon the amount and timing of network equipment-related purchases made by Sprint. During the six-month period ended September 30, 2018, we made principal repayments totaling $41 million on the facility, resulting in a total principal amount of $133 million outstanding as of September 30, 2018.

59

Table of Contents

*K-sure*

The K-sure secured equipment credit facility provides for the ability to borrow up to $750 million to finance network equipment-related purchases from Samsung Telecommunications America, LLC. The facility can be divided into three consecutive tranches of varying size. In October 2018, we amended the secured equipment credit facility to extend the borrowing availability through September 2019. Such borrowings are contingent upon the amount and timing of network equipment-related purchases made by Sprint. During the six-month period ended September 30, 2018, we drew $27 million and made principal repayments totaling $33 million on the facility, resulting in a total principal amount of $188 million outstanding as of September 30, 2018.

*Delcredere | Ducroire (D/D)*

The D/D secured equipment credit facility provided for the ability to borrow up to $250 million to finance network equipment-related purchases from Alcatel-Lucent USA Inc. In September 2017, we amended the secured equipment credit facility to restore previously expired commitments of $150 million. During the six-month period ended September 30, 2018, we made principal repayments totaling $20 million on the facility, resulting in a total principal amount of $139 million outstanding as of September 30, 2018.

Borrowings under the Finnvera, K-sure and D/D secured equipment credit facilities are each secured by liens on the respective network equipment purchased pursuant to each facility's credit agreement. In addition, repayments of outstanding amounts borrowed under the secured equipment credit facilities cannot be redrawn. Each of these facilities is fully and unconditionally guaranteed by both Sprint Communications and Sprint Corporation.

As of September 30, 2018, our Leverage Ratio, as defined by our secured revolving bank credit facility was 3.3 to 1.0. Because our Leverage Ratio exceeded 2.5 to 1.0 at period end, we were restricted from paying cash dividends.

**Liquidity and Capital Resources**

As of September 30, 2018, our liquidity, including cash and cash equivalents, short-term investments, available borrowing capacity under our secured revolving bank credit facility and availability under our Receivables Facility was $11.2 billion. Our cash and cash equivalents and short-term investments totaled $8.9 billion as of September 30, 2018 compared to $9.0 billion as of March 31, 2018. As of September 30, 2018, we had availability of $1.9 billion under the secured revolving bank credit facility. Amounts available under our Receivables Facility as of September 30, 2018 totaled $454 million.

In addition, as of September 30, 2018, we had available borrowing capacity of $400 million under our K-sure secured equipment credit facility. However, utilization of this facility is dependent upon the amount and timing of network equipment-related purchases from the applicable supplier as well as the period of time remaining to complete any further borrowings available under each facility. In October 2018, we borrowed $110 million against the cash surrender value of corporate owned life insurance policies.

As of September 30, 2018, we offered two device financing programs that allow subscribers to forgo traditional service contracts and pay less upfront for devices in exchange for lower monthly service fees, early upgrade options, or both. While a majority of the revenue associated with the installment sales program is recognized at the time of sale along with the related cost of equipment sales, lease revenue associated with our leasing program is recorded monthly over the term of the lease and the cost of the device is depreciated to its estimated residual value generally over the lease term, which creates a positive impact to Wireless segment earnings. If the mix of leased devices continues to increase, we expect this positive impact on the financial results of Wireless segment earnings to continue and depreciation expense to increase. The leasing and installment billing programs will continue to require a greater use of cash flows in the earlier part of the contracts as the subscriber will generally pay less upfront than through our traditional subsidy program because they are financing the device. The Receivables Facility was established as a mechanism to mitigate the use of cash from purchasing devices from OEMs to fulfill our leasing and installment billing programs.

To meet our liquidity requirements, we look to a variety of sources. In addition to our existing cash and cash equivalents, short-term investments, and cash generated from operating activities, we raise funds as necessary from external sources. We rely on our ability to issue debt and equity securities, the ability to access other forms of financing, including debt financing, some of which is secured by our assets, proceeds from the sale of certain accounts receivable and future lease receivables, proceeds from future financing transactions, such as spectrum, and the borrowing capacity available under our credit facilities to support our short- and long-term liquidity requirements. We believe our existing available liquidity and cash flows from operations will be sufficient to meet our funding requirements over the next twelve months, including debt service requirements and other significant future contractual obligations.

60

Table of Contents

To maintain an adequate amount of available liquidity and execute our current business plan, which includes, among other things, network deployment and maintenance, subscriber growth, data usage capacity needs and the expected achievement of a cost structure intended to improve profitability and to meet our long-term debt service requirements and other significant future contractual obligations, we will need to continue to raise additional funds from external sources. In addition, we are pursuing extended payment terms. If we are unable to obtain external funding, execute on our cost reduction initiatives, or are not successful in attracting valuable subscribers such as postpaid handset subscribers, our operations could be adversely affected, which may lead to defaults under certain of our borrowings.

Depending on the amount of any difference in actual results versus what we currently expect, it may make it difficult for us to generate sufficient earnings before interest, taxes, depreciation and amortization and other non-recurring items (adjusted EBITDA) to remain in compliance with our financial covenants or be able to meet our debt service obligations, which could result in acceleration of our indebtedness, or adversely impact our ability to raise additional funding through the sources described above, or both. If such events occur, we may engage with our lenders to obtain appropriate waivers or amendments of our credit facilities or refinance borrowings, or seek funding from other external sources, although there is no assurance we would be successful in any of these actions.

A default under certain of our borrowings could trigger defaults under certain of our other financing obligations, which in turn could result in the maturities being accelerated. Certain indentures and other agreements governing our financing obligations require compliance with various covenants, including covenants that limit the Company's ability to sell certain of its assets, limit the Company and its subsidiaries' ability to incur indebtedness and liens, and require that we maintain certain financial ratios, each as defined by the terms of the indentures, related supplemental indentures and other agreements. Our ability to obtain additional financing, including monetizing certain of our assets or to modify the terms of our existing financing, on terms acceptable to us, or at all, may require T-Mobile's consent under the contractual restrictions contained in the Business Combination Agreement.

In determining our expectation of future funding needs in the next twelve months and beyond, we have made several assumptions regarding:

- projected revenues and expenses relating to our operations, including those related to our installment billing and leasing programs, along with the success of initiatives such as our expectations of achieving a more competitive cost structure through cost reduction initiatives and increasing our postpaid handset subscriber base;
- cash needs related to our installment billing and device leasing programs;
- availability under the Receivables Facility, which terminates in June 2020;
- availability of our $2.0 billion secured revolving bank credit facility, which expires in February 2021, less outstanding letters of credit;
- remaining availability of $400 million of our secured equipment credit facility for eligible capital expenditures, and any corresponding principal, interest, and fee payments;
- scheduled principal payments on debt, credit facilities and financing obligations, including $24.4 billion coming due over the next five years;
- raising additional funds from external sources;
- the expected use of cash and cash equivalents in the near-term;
- anticipated levels and timing of capital expenditures, including assumptions regarding lower unit costs, network capacity additions and upgrades, and the deployment of new technologies in our networks, FCC license acquisitions, and purchases of leased devices;
- any additional contributions we may make to our pension plan;
- estimated residual values of devices related to our device lease program; and
- other future contractual obligations and general corporate expenditures.

Our ability to fund our needs from external sources is ultimately affected by the overall capacity of, and financing terms available in the banking and securities markets, and the availability of other financing alternatives, as well as our performance and our credit ratings. Given our recent financial performance as well as the volatility in these markets, we continue to monitor them closely and to take steps to maintain financial flexibility at a reasonable cost of capital.

61

Table of Contents

The outlooks and credit ratings from Moody's Investor Service, Standard & Poor's Ratings Services, and Fitch Ratings for certain of Sprint Corporation's outstanding obligations were:

| | Rating | | |
| --- | --- | --- | --- |
| | Unsecured | Guaranteed | Secured Bank |

| Rating Agency | Issuer Rating | Notes | Notes | Credit Facility | Spectrum Notes | Outlook |
|---|---|---|---|---|---|---|
| Moody's | B2 | B3 | B1 | Ba2 | Baa2 | Watch Positive |
| Standard and Poor's | B | B | B+ | BB- | N/A | Watch Positive |
| Fitch | B+ | B+ | BB | BB+ | BBB | Watch Positive |

## FUTURE CONTRACTUAL OBLIGATIONS

There have been no significant changes to our future contractual obligations as disclosed in our Annual Report on Form 10-K for the year ended March 31, 2018. Below is a graph depicting our future principal maturities of debt as of September 30, 2018.



**Debt Maturities as of September 30, 2018***

* This table excludes (i) our $2.0 billion secured revolving bank credit facility, which will expire in 2021 and has no outstanding balance, (ii) $129 million in letters of credit outstanding under the secured revolving bank credit facility, (iii) $478 million of capital leases and other obligations, and (iv) net premiums and debt financing costs.

## OFF-BALANCE SHEET FINANCING

As of September 30, 2018, we did not participate in, or secure, financings for any unconsolidated special purpose entities.

## CRITICAL ACCOUNTING POLICIES AND ESTIMATES

Sprint applies those accounting policies that management believes best reflect the underlying business and economic events, consistent with U.S. GAAP. Inherent in such policies are certain key assumptions and estimates made by management. Management regularly updates its estimates used in the preparation of the consolidated financial statements based on its latest assessment of the current and projected business and general economic environment. See *Note 8. Revenues from Contracts with Customers* in Notes to the Consolidated Financial Statements in Part I, Item 1. of this Quarterly Report on Form 10-Q for a full discussion of critical accounting policies related to the adoption of Topic 606. Additional information regarding the Company's Critical Accounting Policies and Estimates is included in Item 7. of the Company's Annual Report on Form 10-K for the year ended March 31, 2018.

Table of Contents

### *Evaluation of Goodwill and Indefinite-lived Intangible Assets for Impairment*

As a result of the SoftBank Merger in July 2013, we recognized indefinite-lived assets at their acquisition-date estimates of fair value, including FCC licenses, goodwill, and trade names. All of the indefinite-lived assets, including goodwill, were allocated to our Wireless segment. As of March 31, 2018, the carrying values of these assets were $37.3 billion, $6.6 billion and $4.0 billion, respectively.

Sprint evaluates the carrying value of our indefinite-lived assets, including goodwill, at least annually or more frequently whenever events or changes in circumstances indicate that the asset may be impaired, or in the case of goodwill, that the fair value of the reporting unit is below its carrying amount.

During the three-month period ended June 30, 2018, our stock price and our related market capitalization decreased subsequent to the announcement of the merger with T-Mobile. We also updated our long-term forecasted cash flows for the Company, including those for the Wireless reporting unit. This update considered current economic conditions and trends, estimated future operating results, our views of growth rates, anticipated future economic and regulatory conditions, future cost savings initiatives and the availability of the necessary network infrastructure, handsets and other devices. Based on these events, we determined that recoverability of the carrying amount of goodwill should be evaluated for impairment at June 30, 2018. The key inputs to the valuation model included, but were not limited to, discount rates, terminal growth rates, control premiums, market multiple data from selected guideline public companies, management's internal forecasts which include numerous assumptions such as share of industry gross additions, churn, mix of plans, rate changes, operating and capital expenditures and EBITDA margins,

among others. Changes in certain assumptions, management's failure to execute on the current plan, or negative developments associated with the proposed merger with T-Mobile could have a significant impact to the estimated fair value of the Wireless reporting unit. We note that our fair value cushion was in excess of 10% of the carrying value of equity as of June 30, 2018. No events or change in circumstances have occurred in the current quarter that indicate the fair value of the Wireless reporting unit may be below its carrying amount at September 30, 2018.

The determination of fair value requires considerable judgment and is highly sensitive to changes in underlying assumptions and execution of management's plan. Consequently, there can be no assurance that the estimates and assumptions made for the purposes of the goodwill, spectrum and trade name impairment tests will prove to be an accurate prediction of the future. Sustained declines in the Company's operating results, number of wireless subscribers, future forecasted cash flows, growth rates and other assumptions, as well as significant, sustained declines in the Company's stock price and related market capitalization could impact the underlying key assumptions and our estimated fair values, potentially leading to a future material impairment of goodwill or other indefinite-lived intangible assets.

## FINANCIAL STRATEGIES

### General Risk Management Policies

Our board of directors has adopted a financial risk management policy that authorizes us to enter into derivative transactions, and all transactions comply with the policy. We do not purchase or hold any derivative financial instruments for speculative purposes with the exception of equity rights obtained in connection with commercial agreements or strategic investments, usually in the form of warrants to purchase common shares.

Derivative instruments are primarily used for hedging and risk management purposes. Hedging activities may be done for various purposes, including, but not limited to, mitigating the risks associated with an asset, liability, committed transaction or probable forecasted transaction. We seek to minimize counterparty credit risk through credit approval and review processes, credit support agreements, continual review and monitoring of all counterparties, and thorough legal review of contracts. Exposure to market risk is controlled by regularly monitoring changes in hedge positions under normal and stress conditions to ensure they do not exceed established limits.

## OTHER INFORMATION

We routinely post important information on our website at *www.sprint.com/investors*. Information contained on or accessible through our website is not part of this report.

63

Table of Contents

## FORWARD-LOOKING STATEMENTS

We include certain estimates, projections and other forward-looking statements in our annual, quarterly and current reports, and in other publicly available material. Statements regarding expectations, including performance assumptions and estimates relating to capital requirements, as well as other statements that are not historical facts, are forward-looking statements.

These statements reflect management's judgments based on currently available information and involve a number of risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. With respect to these forward-looking statements, management has made assumptions regarding, among other things, subscriber and network usage, subscriber growth and retention, technologies, products and services, pricing, operating costs, the timing of various events, and the economic and regulatory environment.

Future performance cannot be assured. Actual results may differ materially from those in the forward-looking statements. Some factors that could cause actual results to differ include:

- the failure to obtain, or delays in obtaining, required regulatory approvals for the merger, and the risk that such approvals may result in the imposition of conditions that could adversely affect the combined company or the expected benefits of the merger, or the failure to satisfy any of the other conditions to the merger on a timely basis or at all;

- the occurrence of events that may give rise to a right of one or both of the parties to terminate the Business Combination Agreement;

- the diversion of management and financial resources toward the completion of the merger;

- adverse effects on the market price of our common stock or on our or T-Mobile's operating results because of a failure to complete the merger in the anticipated timeframe or at all;

- inability to obtain the financing contemplated to be obtained in connection with the merger on the expected terms or timing or at all;

- the ability of us, T-Mobile and the combined company to make payments on debt, repay existing or future indebtedness when due, comply with the covenants contained therein or retain sufficient business flexibility;

- adverse changes in the ratings of our or T-Mobile's debt securities or adverse conditions in the credit markets;

- negative effects of the announcement, pendency or consummation of the merger on the market price of our common stock and on our or T-Mobile's operating results, including as a result of changes in key customer, supplier, employee or other business relationships;

- potential conflicts of interests between our directors and executive officers and our stockholders;

- significant costs related to the merger, including financing costs, and unknown liabilities;

- failure to realize the expected benefits and synergies of the merger in the expected timeframes or at all;

- costs or difficulties related to the integration of our and T-Mobile's networks and operations;
- the risk of litigation or regulatory actions related to the merger;
- the inability of us, T-Mobile or the combined company to retain and hire key personnel;
- the risk that certain contractual restrictions contained in the Business Combination Agreement during the pendency of the merger could adversely affect our or T-Mobile's ability to pursue business opportunities or strategic transactions;
- our ability to obtain additional financing, including monetizing certain of our assets, including those under our existing or future programs to monetize a portion of our network or spectrum holdings, or to modify the terms of our existing financing, on terms acceptable to us, or at all, or to obtain T-Mobile's consent under the contractual restrictions contained in the Business Combination Agreement;
- our ability to continue to receive the expected benefits of our existing financings such as receivable financings;
- our ability to retain and attract subscribers and to manage credit risks associated with our subscribers;
- the effective implementation of our plans to improve the quality of our network, including timing, execution, technologies, costs, and performance of our network;

64

Table of Contents

- failure to improve subscriber churn, bad debt expense, accelerated cash use, costs and write-offs, including with respect to changes in expected residual values related to any of our service plans, including installment billing and leasing programs;
- the ability to generate sufficient cash flow to fully implement our plans to improve and enhance the quality of our network and service plans, improve our operating margins, implement our business strategies, and provide competitive new technologies;
- the effects of vigorous competition on a highly penetrated market, including the impact of competition on the prices we are able to charge subscribers for services and devices we provide and on the geographic areas served by our network;
- the impact of installment sales and leasing of handsets;
- the impact of increased purchase commitments;
- the overall demand for our service plans, including the impact of decisions of new or existing subscribers between our service offerings; and the impact of new, emerging, and competing technologies on our business;
- our ability to provide the desired mix of integrated services to our subscribers;
- our ability to continue to access our spectrum and acquire additional spectrum capacity;
- changes in available technology and the effects of such changes, including product substitutions and deployment costs and performance;
- volatility in the trading price of our common stock, including as a result of the merger, current economic conditions and our ability to access capital, including debt or equity;
- the impact of various parties not meeting our business requirements, including a significant adverse change in the ability or willingness of such parties to provide service and products, including distribution, or infrastructure equipment for our network;
- the costs and business risks associated with providing new services and entering new geographic markets;
- the effects of the merger or any other future merger or acquisition involving us, as well as the effect of mergers, acquisitions, and consolidations, and new entrants in the communications industry, and unexpected announcements or developments from others in our industry;
- our ability to comply with restrictions imposed by the U.S. Government as a condition to our merger with SoftBank;
- the effects of any material impairment of our goodwill or other indefinite-lived intangible assets;
- the impacts of new accounting standards or changes to existing standards that the Financial Accounting Standards Board or other regulatory agencies issue, including the Securities and Exchange Commission (SEC);
- unexpected results of litigation filed against us or our suppliers or vendors;
- the costs or potential customer impact of compliance with regulatory mandates including, but not limited to, compliance with the FCC's Report and Order to reconfigure the 800 MHz band and any government regulation regarding "net neutrality";
- equipment failure, natural disasters, terrorist acts or breaches of network or information technology security;
- one or more of the markets in which we compete being impacted by changes in political, economic or other factors such as monetary policy, legal and regulatory changes, or other external factors over which we have no control;
- the impact of being a "controlled company" exempt from many corporate governance requirements of the NYSE; and
- other risks referenced from time to time in this report and other filings of ours with the SEC, including Part I, Item 1A. "Risk Factors" of our Annual Report on Form 10-K for the year ended March 31, 2018.

The words "may," "could," "should," "estimate," "project," "forecast," "intend," "expect," "anticipate," "believe," "target," "plan" and similar expressions are intended to identify forward-looking statements. Forward-looking statements are found throughout this Management's Discussion and Analysis of Financial Condition and Results of Operations, and elsewhere in this report. Readers are cautioned that other factors, although not listed above, could also materially affect our future performance and operating results. The reader should not place undue reliance on forward-looking statements, which

65

Table of Contents

speak only as of the date of this report. We are not obligated to publicly release any revisions to forward-looking statements to reflect events after the date of this report, including unforeseen events.

**Item 3.**        *Quantitative and Qualitative Disclosures About Market Risk*

We are primarily exposed to the market risk associated with unfavorable movements in interest rates, foreign currencies, and equity prices. The risk inherent in our market risk sensitive instruments and positions is the potential loss arising from adverse changes in those factors. There have been no material changes to our market risk policies or our market risk sensitive instruments and positions as described in our Annual Report on Form 10-K for the year ended March 31, 2018.

**Item 4.**        *Controls and Procedures*

Disclosure controls are procedures that are designed with the objective of ensuring that information required to be disclosed in our reports under the Securities Exchange Act of 1934 (Exchange Act), such as this Quarterly Report on Form 10-Q, is reported in accordance with the SEC's rules. Disclosure controls are also designed with the objective of ensuring that such information is accumulated and communicated to management, including the Chief Executive Officer and Chief Financial Officer, to allow timely decisions regarding required disclosure.

In connection with the preparation of this Quarterly Report on Form 10-Q as of September 30, 2018, under the supervision and with the participation of our management, including our Chief Executive Officer and Chief Financial Officer, we carried out an evaluation of the effectiveness of the design and operation of our disclosure controls and procedures. Based on this evaluation, the Chief Executive Officer and Chief Financial Officer concluded that the design and operation of the disclosure controls and procedures were effective as of September 30, 2018 in providing reasonable assurance that information required to be disclosed in reports we file or submit under the Exchange Act is accumulated and communicated to management, including the Chief Executive Officer and Chief Financial Officer, to allow timely decisions regarding required disclosure and in providing reasonable assurance that the information is recorded, processed, summarized, and reported within the time periods specified in the SEC's rules and forms.

Internal controls over our financial reporting continue to be updated as necessary to accommodate modifications to our business processes and accounting procedures. There have been no changes in our internal control over financial reporting that occurred during the three-month period ended September 30, 2018 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. However, during the three-month period ended June 30, 2018 we completed the implementation of internal controls designed to address the impact of the new revenue recognition standard, which we adopted on a modified retrospective basis effective April 1, 2018.

66

Table of Contents

**PART II — OTHER INFORMATION**

**Item 1.**        *Legal Proceedings*

In March 2009, a stockholder brought suit, *Bennett v. Sprint Nextel Corp.*, in the U.S. District Court for the District of Kansas, alleging that Sprint Communications and three of its former officers violated Section 10(b) of the Exchange Act and Rule 10b-5 by failing adequately to disclose certain alleged operational difficulties subsequent to the Sprint-Nextel merger, and by purportedly issuing false and misleading statements regarding the write-down of goodwill. The district court granted final approval of a settlement in August 2015, which did not have a material impact to our financial statements. Five stockholder derivative suits related to this 2009 stockholder suit were filed against Sprint Communications and certain of its present and/or former officers and directors. The first, *Murphy v. Forsee*, was filed in state court in Kansas on April 8, 2009, was removed to federal court, and was stayed by the court pending resolution of the motion to dismiss the *Bennett* case; the second, *Randolph v. Forsee*, was filed on July 15, 2010 in state court in Kansas, was removed to federal court, and was remanded back to state court; the third, *Ross-Williams v. Bennett, et al.*, was filed in state court in Kansas on February 1, 2011; the fourth, *Price v. Forsee, et al.,* was filed in state court in Kansas on April 15, 2011; and the fifth, *Hartleib v. Forsee, et al.*, was filed in federal court in Kansas on July 14, 2011. These cases were essentially stayed while the *Bennett* case was pending, and we have reached an agreement in principle to settle the matters, by agreeing to some governance provisions and by paying plaintiffs' attorneys fees in an immaterial amount. The court approved the settlement but reduced the plaintiffs' attorneys fees. On April 27, 2018, the court of appeals for the state of Kansas affirmed the settlement ruling. On May 30, 2018, plaintiffs filed a Petition for Review with the Supreme Court of Kansas.

On October 9, 2018, October 18, 2018, and October 24, 2018, three purported stockholders of Sprint commenced actions, captioned *Klein v. Sprint Corporation et al*., *Muehlgay v. Sprint Corporation et al.*, and *Binns Blount v. Sprint Corporation et al.,* in the United States District Court for the District of Delaware. The complaints name Sprint and the members of the Sprint board of directors as defendants. The complaints assert claims under Section 14(a) and Section 20(a) of the Exchange Act challenging the adequacy of the disclosures relating to the proposed merger transactions with T-Mobile made in the associated joint consent solicitation statement/prospectus. The complaints seek, among other relief, an injunction preventing the parties from consummating the merger transactions, damages in the event the merger transactions are consummated, and the award of attorneys' fees. Sprint believes the claims asserted in the lawsuits are without merit and does not expect resolution of these matters to have a material adverse effect on our financial position or results of operations. On October 29, 2018, the plaintiff in the *Binns Blount* action filed a notice voluntarily dismissing their complaint without prejudice.

Various other suits, inquiries, proceedings and claims, either asserted or unasserted, including purported class actions typical for a large business enterprise and intellectual property matters, are possible or pending against us or our subsidiaries. If our interpretation of certain laws or regulations, including those related to various federal or state matters such as sales, use or property taxes, or other charges were found to be mistaken, it could result in payments by us. While it is not possible to determine the ultimate disposition of each of these proceedings and whether they will be resolved consistent with our beliefs, we expect that the outcome of such proceedings, individually or in the aggregate, will not have a

material adverse effect on our financial position or results of operations. During the six-month period ended September 30, 2018, there were no material developments in the status of these legal proceedings.

**Item 1A.**          *Risk Factors*

"Item 1A. Risk Factors" of our Annual Report on Form 10-K for the year ended March 31, 2018 includes a discussion of our risk factors. The information presented below updates, and should be read in conjunction with, the risk factors and information disclosed in our Annual Report on Form 10-K. Except as presented below, there have been no material changes from the risk factors described in our Annual Report on Form 10-K.

***The success of our network improvements and 5G deployment will depend on the timing, extent, and cost of implementation; availability of financial resources; access to spectrum; the performance of third-parties and related parties; upgrade requirements; and the availability and reliability of the various technologies required to provide such modernization.***

We must continually invest in our wireless network, including expanding our network capacity and coverage through macro sites and small cells, in order to improve our wireless services and remain competitive by providing 5G capabilities. The development and deployment of new technologies and services requires us to anticipate the changing demands of our customers and to respond accordingly, which we may not be able to do in a timely or efficient manner.

67

Table of Contents

Improvements in our service depend on many factors, including our ability to predict and adapt to future changes in technologies, changes in consumer demands, changes in pricing and service offerings by our competitors, and continued access to and deployment of adequate spectrum, including any leased spectrum. If we are unable to access spectrum to increase capacity or to deploy the services subscribers desire on a timely basis or at acceptable costs while maintaining network quality levels, our ability to attract and retain subscribers could be adversely affected, which would negatively impact our operating results.

If we fail to provide a competitive network, our ability to provide wireless services to our subscribers, to attract and retain subscribers, and to maintain and grow our subscriber revenues could be adversely affected. For example, achieving optimal broadband network speeds, capacity, and coverage using 2.5 GHz spectrum relies in significant part on operationalizing a complex mixture of BRS and EBS spectrum licenses and leases in the desired service areas. We primarily access EBS spectrum through long-term leasing arrangements with EBS license holders. The EBS is subject to licensing limitations and the technical limitations of the frequencies in the 2.5 GHz range. See "Item 1. Business-Legislative and Regulatory Developments-Regulation and Wireless Operations-2.5 GHz License Conditions." If we are unable to operationalize this mixture of licenses and leases, our targeted network modernization goals could be adversely affected.

Using new and sophisticated technologies on a very large scale entails risks. For example, deployment of new technologies from time to time has adversely affected, and in the future may adversely affect, the performance of existing services on our network and result in increased churn or failure to attract wireless subscribers. Should implementation of our network upgrades, which also includes expanding our network through densification using both macro sites and small cells, fail, be delayed or result in incurring costs in excess of expected amounts, our margins could be adversely affected and such effects could be material. Should the delivery of services expected to be deployed on our network be delayed due to technological constraints or changes, performance of third-party suppliers, regulatory restrictions, including zoning and leasing restrictions, or permit issues, subscriber dissatisfaction, or other reasons, the cost of providing such services could become higher than expected, ultimately increasing our cost to subscribers and resulting in decreases in net subscribers or our margins, or both, which would adversely affect our revenues, profitability, and cash flow from operations.

In addition, as a standalone company, we may lack the financial resources necessary to provide a robust, nationwide 5G network capable of competing effectively with current market share leaders in the wireless industry and other companies that have more recently begun providing wireless services, many of which have greater financial resources than we do. Accordingly, if the proposed merger with T-Mobile is not completed, it is expected that we will not be able to deploy a nationwide 5G network on the same scale and on the same timeline as the combined company, and therefore will continue to be limited in our ability to compete effectively in the 5G era. Further, it is expected that if the merger is not completed, we will continue to lack the network, scale and financial resources of the current market share leaders in, and other companies that have more recently begun providing, wireless services.

**Item 2.**          *Unregistered Sales of Equity Securities and Use of Proceeds*

None

**Item 3.**          *Defaults Upon Senior Securities*

None

**Item 4.**          *Mine Safety Disclosures*

None

68

Table of Contents

**Item 5.**          *Other Information*

***Disclosure of Iranian Activities under Section 13(r) of the Securities Exchange Act of 1934***