# Exhibit P

| Sprint Corporation Stock Price (January 3, 2017 – April 4, 2020) Source: Yahoo! Finance | | |
|---|---|---|
| **Date** | **Close** | **Volume** |
| January 3, 2017 | $8.56 | 27,391,900 |
| January 4, 2017 | $8.79 | 30,527,500 |
| January 5, 2017 | $8.77 | 26,919,100 |
| January 6, 2017 | $8.69 | 12,732,200 |
| January 9, 2017 | $8.70 | 11,231,100 |
| January 10, 2017 | $8.76 | 13,194,800 |
| January 11, 2017 | $8.63 | 10,337,600 |
| January 12, 2017 | $8.46 | 13,502,800 |
| January 13, 2017 | $8.61 | 11,828,100 |
| January 17, 2017 | $8.65 | 31,132,200 |
| January 18, 2017 | $8.73 | 11,496,400 |
| January 19, 2017 | $8.97 | 23,800,000 |
| January 20, 2017 | $8.93 | 26,215,800 |
| January 23, 2017 | $9.18 | 27,491,000 |
| January 24, 2017 | $9.19 | 17,439,400 |
| January 25, 2017 | $9.19 | 14,416,800 |
| January 26, 2017 | $9.43 | 15,313,500 |
| January 27, 2017 | $9.22 | 14,100,300 |
| January 30, 2017 | $9.11 | 19,487,600 |
| January 31, 2017 | $9.23 | 36,497,600 |
| February 1, 2017 | $9.01 | 32,791,200 |
| February 2, 2017 | $8.53 | 34,377,200 |
| February 3, 2017 | $8.43 | 17,581,400 |
| February 6, 2017 | $8.36 | 10,436,000 |
| February 7, 2017 | $8.34 | 15,089,100 |
| February 8, 2017 | $8.66 | 20,857,700 |
| February 9, 2017 | $8.77 | 11,535,600 |
| February 10, 2017 | $8.96 | 11,079,300 |
| February 13, 2017 | $8.84 | 18,658,100 |
| February 14, 2017 | $9.07 | 23,566,000 |
| February 15, 2017 | $9.12 | 13,338,300 |
| February 16, 2017 | $9.00 | 10,588,500 |
| February 17, 2017 | $9.30 | 43,255,400 |
| February 21, 2017 | $9.27 | 12,082,400 |
| February 22, 2017 | $9.29 | 8,646,500 |
| February 23, 2017 | $8.96 | 15,918,100 |
| February 24, 2017 | $8.94 | 9,891,500 |
| February 27, 2017 | $8.91 | 7,686,400 |
| February 28, 2017 | $8.81 | 10,958,000 |
| March 1, 2017 | $8.84 | 10,031,900 |
| March 2, 2017 | $8.73 | 7,350,100 |
| March 3, 2017 | $8.90 | 12,302,700 |

| | | |
|---|---|---|
| March 6, 2017 | $8.78 | 12,733,100 |
| March 7, 2017 | $8.30 | 19,573,700 |
| March 8, 2017 | $8.41 | 14,606,700 |
| March 9, 2017 | $8.31 | 12,829,900 |
| March 10, 2017 | $8.28 | 14,354,100 |
| March 13, 2017 | $8.48 | 7,994,000 |
| March 14, 2017 | $8.37 | 10,545,700 |
| March 15, 2017 | $8.66 | 10,310,800 |
| March 16, 2017 | $8.61 | 11,585,900 |
| March 17, 2017 | $8.57 | 15,440,500 |
| March 20, 2017 | $8.50 | 12,479,800 |
| March 21, 2017 | $8.28 | 10,884,300 |
| March 22, 2017 | $8.27 | 22,257,200 |
| March 23, 2017 | $8.46 | 12,366,900 |
| March 24, 2017 | $8.50 | 9,354,400 |
| March 27, 2017 | $8.29 | 13,895,300 |
| March 28, 2017 | $8.33 | 9,820,400 |
| March 29, 2017 | $8.48 | 13,434,900 |
| March 30, 2017 | $8.52 | 6,130,200 |
| March 31, 2017 | $8.68 | 14,784,700 |
| April 3, 2017 | $8.67 | 14,806,000 |
| April 4, 2017 | $8.68 | 6,913,800 |
| April 5, 2017 | $8.41 | 9,901,000 |
| April 6, 2017 | $8.39 | 8,700,400 |
| April 7, 2017 | $8.37 | 8,641,800 |
| April 10, 2017 | $8.36 | 13,189,400 |
| April 11, 2017 | $8.32 | 10,673,500 |
| April 12, 2017 | $8.34 | 5,513,700 |
| April 13, 2017 | $8.28 | 5,167,700 |
| April 17, 2017 | $8.40 | 6,699,900 |
| April 18, 2017 | $8.50 | 9,248,600 |
| April 19, 2017 | $8.57 | 7,965,400 |
| April 20, 2017 | $8.58 | 7,999,200 |
| April 21, 2017 | $8.50 | 7,930,200 |
| April 24, 2017 | $8.71 | 15,264,200 |
| April 25, 2017 | $8.95 | 20,981,300 |
| April 26, 2017 | $8.91 | 10,103,500 |
| April 27, 2017 | $9.03 | 11,693,500 |
| April 28, 2017 | $9.03 | 11,256,500 |
| May 1, 2017 | $9.11 | 12,805,900 |
| May 2, 2017 | $9.07 | 16,468,900 |
| May 3, 2017 | $7.77 | 54,312,300 |
| May 4, 2017 | $7.94 | 29,849,700 |
| May 5, 2017 | $8.04 | 18,763,900 |
| May 8, 2017 | $7.76 | 21,820,600 |
| May 9, 2017 | $7.90 | 18,550,100 |

| May 10, 2017 | $7.88 | 15,156,700 |
|---|---|---|
| May 11, 2017 | $7.87 | 17,382,600 |
| May 12, 2017 | $7.95 | 25,178,900 |
| May 15, 2017 | $7.88 | 23,399,000 |
| May 16, 2017 | $7.94 | 15,065,200 |
| May 17, 2017 | $7.34 | 27,289,600 |
| May 18, 2017 | $7.89 | 33,105,700 |
| May 19, 2017 | $8.07 | 24,020,400 |
| May 22, 2017 | $8.17 | 18,531,300 |
| May 23, 2017 | $8.18 | 19,271,800 |
| May 24, 2017 | $8.17 | 9,825,400 |
| May 25, 2017 | $8.33 | 16,867,000 |
| May 26, 2017 | $8.40 | 6,652,000 |
| May 30, 2017 | $8.44 | 8,558,300 |
| May 31, 2017 | $8.49 | 12,556,400 |
| June 1, 2017 | $8.55 | 11,937,900 |
| June 2, 2017 | $8.87 | 19,051,000 |
| June 5, 2017 | $8.96 | 15,514,700 |
| June 6, 2017 | $8.78 | 12,176,600 |
| June 7, 2017 | $8.64 | 16,128,600 |
| June 8, 2017 | $8.60 | 12,676,300 |
| June 9, 2017 | $8.12 | 16,928,962 |
| June 12, 2017 | $8.21 | 18,711,327 |
| June 13, 2017 | $8.26 | 12,389,415 |
| June 14, 2017 | $8.14 | 9,692,385 |
| June 15, 2017 | $8.06 | 10,872,552 |
| June 16, 2017 | $7.80 | 20,694,822 |
| June 19, 2017 | $7.93 | 8,567,409 |
| June 20, 2017 | $8.14 | 33,858,935 |
| June 21, 2017 | $8.21 | 16,029,132 |
| June 22, 2017 | $8.07 | 11,931,928 |
| June 23, 2017 | $8.05 | 19,846,257 |
| June 26, 2017 | $8.01 | 8,499,802 |
| June 27, 2017 | $8.18 | 43,079,787 |
| June 28, 2017 | $8.28 | 14,354,750 |
| June 29, 2017 | $8.15 | 12,150,228 |
| June 30, 2017 | $8.21 | 9,677,827 |
| July 3, 2017 | $8.15 | 5,018,250 |
| July 5, 2017 | $8.23 | 10,366,553 |
| July 6, 2017 | $8.04 | 10,106,100 |
| July 7, 2017 | $8.13 | 6,004,258 |
| July 10, 2017 | $8.23 | 7,732,598 |
| July 11, 2017 | $8.14 | 10,569,329 |
| July 12, 2017 | $8.23 | 9,088,181 |
| July 13, 2017 | $8.20 | 7,370,870 |
| July 14, 2017 | $8.55 | 41,992,689 |

| | | |
|---|---|---|
| July 17, 2017 | $8.39 | 15,752,558 |
| July 18, 2017 | $8.45 | 8,678,942 |
| July 19, 2017 | $8.41 | 6,134,233 |
| July 20, 2017 | $8.38 | 6,728,082 |
| July 21, 2017 | $8.53 | 9,333,455 |
| July 24, 2017 | $8.54 | 8,147,984 |
| July 25, 2017 | $8.70 | 10,796,481 |
| July 26, 2017 | $8.55 | 10,018,847 |
| July 27, 2017 | $8.20 | 19,280,245 |
| July 28, 2017 | $8.22 | 8,804,601 |
| July 31, 2017 | $7.98 | 22,971,077 |
| August 1, 2017 | $8.87 | 44,814,074 |
| August 2, 2017 | $8.79 | 15,680,217 |
| August 3, 2017 | $8.54 | 10,428,854 |
| August 4, 2017 | $8.70 | 9,778,026 |
| August 7, 2017 | $8.62 | 11,032,107 |
| August 8, 2017 | $8.40 | 9,713,665 |
| August 9, 2017 | $8.22 | 11,466,895 |
| August 10, 2017 | $8.03 | 11,182,291 |
| August 11, 2017 | $8.31 | 12,658,522 |
| August 14, 2017 | $8.41 | 8,008,796 |
| August 15, 2017 | $8.30 | 9,493,657 |
| August 16, 2017 | $8.30 | 4,278,989 |
| August 17, 2017 | $8.09 | 7,467,727 |
| August 18, 2017 | $8.07 | 4,685,460 |
| August 21, 2017 | $8.08 | 5,029,406 |
| August 22, 2017 | $8.22 | 7,232,413 |
| August 23, 2017 | $8.29 | 7,398,052 |
| August 24, 2017 | $8.42 | 7,676,968 |
| August 25, 2017 | $8.43 | 7,033,176 |
| August 28, 2017 | $8.29 | 5,290,138 |
| August 29, 2017 | $8.27 | 6,015,060 |
| August 30, 2017 | $8.25 | 4,706,255 |
| August 31, 2017 | $8.25 | 5,339,064 |
| September 1, 2017 | $8.27 | 0 |
| September 5, 2017 | $8.18 | 6,961,090 |
| September 6, 2017 | $8.13 | 7,720,344 |
| September 7, 2017 | $7.97 | 0 |
| September 8, 2017 | $7.74 | 14,911,246 |
| September 11, 2017 | $7.61 | 16,030,429 |
| September 12, 2017 | $7.90 | 10,628,973 |
| September 13, 2017 | $7.85 | 6,135,283 |
| September 14, 2017 | $7.75 | 10,244,244 |
| September 15, 2017 | $7.69 | 11,422,373 |
| September 18, 2017 | $7.68 | 9,186,051 |
| September 19, 2017 | $8.20 | 46,783,105 |

4

| September 20, 2017 | $8.03 | 16,682,506 |
|---|---|---|
| September 21, 2017 | $8.03 | 7,159,656 |
| September 22, 2017 | $8.52 | 26,183,044 |
| September 25, 2017 | $7.82 | 38,963,700 |
| September 26, 2017 | $7.89 | 13,362,006 |
| September 27, 2017 | $7.85 | 10,134,974 |
| September 28, 2017 | $7.75 | 13,252,943 |
| September 29, 2017 | $7.78 | 13,756,654 |
| October 2, 2017 | $7.69 | 12,829,695 |
| October 3, 2017 | $7.90 | 15,124,622 |
| October 4, 2017 | $7.58 | 26,872,839 |
| October 5, 2017 | $7.50 | 15,889,991 |
| October 6, 2017 | $7.36 | 16,640,349 |
| October 9, 2017 | $7.32 | 10,015,695 |
| October 10, 2017 | $7.14 | 31,319,959 |
| October 11, 2017 | $7.19 | 20,602,687 |
| October 12, 2017 | $7.14 | 9,664,725 |
| October 13, 2017 | $7.12 | 17,128,997 |
| October 16, 2017 | $7.15 | 11,589,820 |
| October 17, 2017 | $7.09 | 10,231,036 |
| October 18, 2017 | $7.05 | 6,856,814 |
| October 19, 2017 | $7.07 | 12,033,183 |
| October 20, 2017 | $6.93 | 15,423,862 |
| October 23, 2017 | $6.86 | 13,117,601 |
| October 24, 2017 | $7.00 | 15,029,828 |
| October 25, 2017 | $7.10 | 22,652,970 |
| October 26, 2017 | $7.00 | 11,927,022 |
| October 27, 2017 | $6.99 | 9,697,079 |
| October 30, 2017 | $6.34 | 59,686,416 |
| October 31, 2017 | $6.54 | 22,092,785 |
| November 1, 2017 | $6.46 | 13,793,828 |
| November 2, 2017 | $6.43 | 17,656,040 |
| November 3, 2017 | $6.67 | 15,318,842 |
| November 6, 2017 | $5.90 | 61,994,102 |
| November 7, 2017 | $5.75 | 27,499,778 |
| November 8, 2017 | $5.99 | 26,829,652 |
| November 9, 2017 | $6.17 | 24,943,788 |
| November 10, 2017 | $6.19 | 14,072,847 |
| November 13, 2017 | $6.03 | 16,538,780 |
| November 14, 2017 | $5.93 | 16,327,531 |
| November 15, 2017 | $6.16 | 16,321,429 |
| November 16, 2017 | $6.25 | 11,403,749 |
| November 17, 2017 | $6.23 | 8,537,971 |
| November 20, 2017 | $6.21 | 6,334,740 |
| November 21, 2017 | $6.08 | 11,939,094 |
| November 22, 2017 | $6.15 | 11,253,396 |

5

| November 24, 2017 | $6.15 | 4,037,819 |
|---|---|---|
| November 27, 2017 | $6.15 | 8,417,457 |
| November 28, 2017 | $6.07 | 9,126,564 |
| November 29, 2017 | $6.07 | 15,576,567 |
| November 30, 2017 | $5.99 | 16,805,611 |
| December 1, 2017 | $5.97 | 9,731,264 |
| December 4, 2017 | $5.95 | 10,753,063 |
| December 5, 2017 | $5.74 | 15,245,345 |
| December 6, 2017 | $5.69 | 13,794,796 |
| December 7, 2017 | $5.46 | 23,576,020 |
| December 8, 2017 | $5.44 | 19,843,660 |
| December 11, 2017 | $5.44 | 10,230,778 |
| December 12, 2017 | $5.68 | 27,332,512 |
| December 13, 2017 | $5.69 | 19,069,163 |
| December 14, 2017 | $5.63 | 14,090,061 |
| December 15, 2017 | $5.49 | 31,195,246 |
| December 18, 2017 | $5.60 | 27,968,583 |
| December 19, 2017 | $5.58 | 30,132,507 |
| December 20, 2017 | $5.58 | 14,464,500 |
| December 21, 2017 | $5.62 | 12,440,246 |
| December 22, 2017 | $5.64 | 12,814,025 |
| December 26, 2017 | $5.79 | 11,706,905 |
| December 27, 2017 | $5.84 | 11,319,873 |
| December 28, 2017 | $5.91 | 10,618,625 |
| December 29, 2017 | $5.89 | 10,293,997 |
| January 2, 2018 | $5.93 | 12,796,443 |
| January 3, 2018 | $5.90 | 13,298,228 |
| January 4, 2018 | $5.63 | 35,177,020 |
| January 5, 2018 | $5.80 | 15,941,882 |
| January 8, 2018 | $5.80 | 16,267,989 |
| January 9, 2018 | $5.69 | 25,999,343 |
| January 10, 2018 | $5.62 | 14,294,201 |
| January 11, 2018 | $5.69 | 17,627,306 |
| January 12, 2018 | $5.69 | 18,428,145 |
| January 16, 2018 | $5.60 | 15,117,008 |
| January 17, 2018 | $5.49 | 17,858,114 |
| January 18, 2018 | $5.34 | 27,041,915 |
| January 19, 2018 | $5.47 | 23,097,386 |
| January 22, 2018 | $5.32 | 19,616,267 |
| January 23, 2018 | $5.30 | 23,209,470 |
| January 24, 2018 | $5.26 | 11,924,118 |
| January 25, 2018 | $5.34 | 12,465,244 |
| January 26, 2018 | $5.37 | 10,685,526 |
| January 29, 2018 | $5.27 | 9,450,238 |
| January 30, 2018 | $5.29 | 10,128,504 |
| January 31, 2018 | $5.33 | 12,501,469 |

| | | |
|---|---|---|
| February 1, 2018 | $5.10 | 42,406,083 |
| February 2, 2018 | $5.36 | 36,195,205 |
| February 5, 2018 | $5.13 | 20,358,126 |
| February 6, 2018 | $5.10 | 17,242,118 |
| February 7, 2018 | $5.51 | 35,559,433 |
| February 8, 2018 | $5.37 | 26,664,882 |
| February 9, 2018 | $5.30 | 18,697,079 |
| February 12, 2018 | $5.27 | 7,369,259 |
| February 13, 2018 | $5.26 | 9,609,568 |
| February 14, 2018 | $5.31 | 9,404,884 |
| February 15, 2018 | $5.49 | 10,395,945 |
| February 16, 2018 | $5.39 | 12,454,225 |
| February 20, 2018 | $5.45 | 12,713,063 |
| February 21, 2018 | $5.35 | 11,694,114 |
| February 22, 2018 | $5.23 | 12,633,306 |
| February 23, 2018 | $5.30 | 9,001,793 |
| February 26, 2018 | $5.35 | 8,645,253 |
| February 27, 2018 | $5.25 | 11,012,428 |
| February 28, 2018 | $5.19 | 15,507,189 |
| March 1, 2018 | $5.25 | 11,058,128 |
| March 2, 2018 | $5.29 | 7,643,809 |
| March 5, 2018 | $5.38 | 8,280,468 |
| March 6, 2018 | $5.35 | 7,258,325 |
| March 7, 2018 | $5.31 | 7,781,900 |
| March 8, 2018 | $5.31 | 9,488,230 |
| March 9, 2018 | $5.30 | 6,919,081 |
| March 12, 2018 | $5.32 | 8,572,248 |
| March 13, 2018 | $5.29 | 10,462,682 |
| March 14, 2018 | $5.27 | 9,718,026 |
| March 15, 2018 | $5.26 | 11,020,432 |
| March 16, 2018 | $5.36 | 17,391,798 |
| March 19, 2018 | $5.25 | 12,286,304 |
| March 20, 2018 | $5.19 | 14,429,022 |
| March 21, 2018 | $5.16 | 15,150,330 |
| March 22, 2018 | $5.03 | 13,358,289 |
| March 23, 2018 | $4.92 | 10,828,760 |
| March 26, 2018 | $5.01 | 7,687,212 |
| March 27, 2018 | $4.89 | 9,450,787 |
| March 28, 2018 | $4.86 | 11,823,576 |
| March 29, 2018 | $4.88 | 11,720,887 |
| April 2, 2018 | $4.85 | 11,147,626 |
| April 3, 2018 | $4.96 | 11,245,983 |
| April 4, 2018 | $5.06 | 12,616,241 |
| April 5, 2018 | $5.17 | 9,652,661 |
| April 6, 2018 | $5.15 | 8,814,790 |
| April 9, 2018 | $5.14 | 7,161,365 |

7

| | | |
|---|---|---|
| April 10, 2018 | $6.02 | 73,319,446 |
| April 11, 2018 | $6.00 | 38,594,624 |
| April 12, 2018 | $5.88 | 12,984,557 |
| April 13, 2018 | $5.78 | 13,639,457 |
| April 16, 2018 | $5.85 | 6,573,397 |
| April 17, 2018 | $5.95 | 14,118,785 |
| April 18, 2018 | $6.00 | 6,667,759 |
| April 19, 2018 | $5.96 | 10,215,947 |
| April 20, 2018 | $6.00 | 7,741,560 |
| April 23, 2018 | $5.88 | 6,798,450 |
| April 24, 2018 | $5.91 | 7,370,397 |
| April 25, 2018 | $6.02 | 11,419,843 |
| April 26, 2018 | $6.00 | 7,998,867 |
| April 27, 2018 | $6.50 | 58,327,237 |
| April 30, 2018 | $5.61 | 106,777,697 |
| May 1, 2018 | $5.42 | 44,033,664 |
| May 2, 2018 | $5.17 | 51,285,097 |
| May 3, 2018 | $5.21 | 27,485,944 |
| May 4, 2018 | $5.28 | 20,653,007 |
| May 7, 2018 | $5.24 | 25,690,084 |
| May 8, 2018 | $5.15 | 18,872,673 |
| May 9, 2018 | $5.18 | 16,987,964 |
| May 10, 2018 | $5.18 | 17,663,885 |
| May 11, 2018 | $5.16 | 8,357,922 |
| May 14, 2018 | $5.14 | 13,476,408 |
| May 15, 2018 | $5.13 | 14,245,368 |
| May 16, 2018 | $5.07 | 11,269,425 |
| May 17, 2018 | $5.09 | 8,155,898 |
| May 18, 2018 | $5.11 | 13,960,347 |
| May 21, 2018 | $5.16 | 10,517,314 |
| May 22, 2018 | $5.18 | 11,234,136 |
| May 23, 2018 | $5.14 | 9,465,080 |
| May 24, 2018 | $5.16 | 6,766,820 |
| May 25, 2018 | $5.15 | 6,444,627 |
| May 29, 2018 | $5.13 | 9,958,799 |
| May 30, 2018 | $5.22 | 20,025,106 |
| May 31, 2018 | $5.14 | 17,456,154 |
| June 1, 2018 | $5.20 | 12,901,445 |
| June 4, 2018 | $5.23 | 9,800,933 |
| June 5, 2018 | $5.22 | 4,978,002 |
| June 6, 2018 | $5.23 | 11,475,462 |
| June 7, 2018 | $5.22 | 12,808,967 |
| June 8, 2018 | $5.17 | 7,565,806 |
| June 11, 2018 | $5.26 | 7,744,973 |
| June 12, 2018 | $5.31 | 9,747,233 |
| June 13, 2018 | $5.38 | 24,037,826 |

| | | |
|---|---|---|
| June 14, 2018 | $5.46 | 8,839,162 |
| June 15, 2018 | $5.49 | 12,451,323 |
| June 18, 2018 | $5.55 | 9,201,436 |
| June 19, 2018 | $5.53 | 8,850,741 |
| June 20, 2018 | $5.47 | 13,351,606 |
| June 21, 2018 | $5.35 | 12,508,174 |
| June 22, 2018 | $5.50 | 19,428,061 |
| June 25, 2018 | $5.32 | 11,600,638 |
| June 26, 2018 | $5.40 | 6,840,919 |
| June 27, 2018 | $5.41 | 8,515,741 |
| June 28, 2018 | $5.47 | 11,813,194 |
| June 29, 2018 | $5.44 | 6,216,325 |
| July 2, 2018 | $5.43 | 7,168,695 |
| July 3, 2018 | $5.41 | 6,795,569 |
| July 5, 2018 | $5.48 | 8,114,643 |
| July 6, 2018 | $5.63 | 10,913,598 |
| July 9, 2018 | $5.61 | 7,116,343 |
| July 10, 2018 | $5.63 | 8,448,400 |
| July 11, 2018 | $5.50 | 6,616,455 |
| July 12, 2018 | $5.66 | 9,708,089 |
| July 13, 2018 | $5.66 | 6,746,171 |
| July 16, 2018 | $5.65 | 4,003,182 |
| July 17, 2018 | $5.59 | 7,241,533 |
| July 18, 2018 | $5.56 | 4,857,554 |
| July 19, 2018 | $5.47 | 14,969,816 |
| July 20, 2018 | $5.46 | 6,274,434 |
| July 23, 2018 | $5.41 | 5,177,739 |
| July 24, 2018 | $5.40 | 6,084,205 |
| July 25, 2018 | $5.42 | 7,802,040 |
| July 26, 2018 | $5.48 | 4,988,909 |
| July 27, 2018 | $5.49 | 4,732,488 |
| July 30, 2018 | $5.49 | 5,350,531 |
| July 31, 2018 | $5.43 | 8,421,892 |
| August 1, 2018 | $5.38 | 9,899,381 |
| August 2, 2018 | $5.66 | 16,668,280 |
| August 3, 2018 | $5.62 | 9,532,787 |
| August 6, 2018 | $6.18 | 55,047,884 |
| August 7, 2018 | $6.13 | 13,298,847 |
| August 8, 2018 | $6.08 | 14,936,320 |
| August 9, 2018 | $6.08 | 5,516,747 |
| August 10, 2018 | $6.03 | 6,201,289 |
| August 13, 2018 | $6.07 | 9,414,390 |
| August 14, 2018 | $6.11 | 11,407,037 |
| August 15, 2018 | $6.01 | 9,447,305 |
| August 16, 2018 | $6.12 | 6,005,011 |
| August 17, 2018 | $6.13 | 8,168,073 |

9

| | | |
|---|---|---|
| August 20, 2018 | $6.17 | 5,969,775 |
| August 21, 2018 | $6.18 | 5,779,066 |
| August 22, 2018 | $6.14 | 5,903,580 |
| August 23, 2018 | $6.11 | 5,006,888 |
| August 24, 2018 | $6.08 | 11,206,220 |
| August 27, 2018 | $6.10 | 4,023,426 |
| August 28, 2018 | $6.10 | 8,882,054 |
| August 29, 2018 | $6.13 | 7,435,425 |
| August 30, 2018 | $6.13 | 14,951,417 |
| August 31, 2018 | $6.11 | 14,239,595 |
| September 4, 2018 | $6.10 | 10,681,023 |
| September 5, 2018 | $6.08 | 7,367,973 |
| September 6, 2018 | $6.09 | 5,839,769 |
| September 7, 2018 | $5.95 | 12,236,417 |
| September 10, 2018 | $6.05 | 9,551,100 |
| September 11, 2018 | $6.08 | 4,820,326 |
| September 12, 2018 | $6.31 | 15,180,201 |
| September 13, 2018 | $6.36 | 8,659,357 |
| September 14, 2018 | $6.35 | 11,505,038 |
| September 17, 2018 | $6.33 | 6,305,682 |
| September 18, 2018 | $6.42 | 14,783,126 |
| September 19, 2018 | $6.36 | 6,504,668 |
| September 20, 2018 | $6.44 | 6,426,043 |
| September 21, 2018 | $6.39 | 12,029,077 |
| September 24, 2018 | $6.38 | 8,849,725 |
| September 25, 2018 | $6.40 | 8,445,034 |
| September 26, 2018 | $6.43 | 9,393,147 |
| September 27, 2018 | $6.54 | 10,928,699 |
| September 28, 2018 | $6.54 | 16,096,798 |
| October 1, 2018 | $6.55 | 6,723,465 |
| October 2, 2018 | $6.54 | 12,635,536 |
| October 3, 2018 | $6.50 | 14,021,115 |
| October 4, 2018 | $6.53 | 10,831,028 |
| October 5, 2018 | $6.44 | 8,974,357 |
| October 8, 2018 | $6.52 | 14,466,975 |
| October 9, 2018 | $6.44 | 9,662,182 |
| October 10, 2018 | $6.23 | 9,048,332 |
| October 11, 2018 | $6.21 | 12,604,638 |
| October 12, 2018 | $6.41 | 8,603,628 |
| October 15, 2018 | $6.28 | 11,455,804 |
| October 16, 2018 | $6.40 | 7,321,573 |
| October 17, 2018 | $6.41 | 14,415,092 |
| October 18, 2018 | $6.37 | 6,274,158 |
| October 19, 2018 | $6.46 | 9,259,071 |
| October 22, 2018 | $6.44 | 4,788,919 |
| October 23, 2018 | $6.39 | 9,451,061 |

10

| | | |
|---|---|---|
| October 24, 2018 | $5.94 | 24,373,325 |
| October 25, 2018 | $6.08 | 17,222,689 |
| October 26, 2018 | $5.84 | 15,515,146 |
| October 29, 2018 | $5.75 | 9,113,662 |
| October 30, 2018 | $5.68 | 19,839,732 |
| October 31, 2018 | $6.12 | 33,076,756 |
| November 1, 2018 | $6.28 | 16,472,948 |
| November 2, 2018 | $6.27 | 18,945,867 |
| November 5, 2018 | $6.27 | 14,827,497 |
| November 6, 2018 | $6.20 | 13,353,049 |
| November 7, 2018 | $6.38 | 14,491,184 |
| November 8, 2018 | $6.26 | 8,217,356 |
| November 9, 2018 | $6.19 | 8,971,772 |
| November 12, 2018 | $6.09 | 11,564,281 |
| November 13, 2018 | $6.21 | 24,689,643 |
| November 14, 2018 | $6.15 | 29,965,120 |
| November 15, 2018 | $6.12 | 22,880,970 |
| November 16, 2018 | $6.31 | 23,944,475 |
| November 19, 2018 | $6.19 | 13,344,164 |
| November 20, 2018 | $6.08 | 12,148,101 |
| November 21, 2018 | $6.14 | 8,089,511 |
| November 23, 2018 | $6.12 | 4,963,118 |
| November 26, 2018 | $6.19 | 6,423,739 |
| November 27, 2018 | $6.18 | 12,795,905 |
| November 28, 2018 | $6.35 | 16,085,894 |
| November 29, 2018 | $6.32 | 6,507,344 |
| November 30, 2018 | $6.28 | 14,963,846 |
| December 3, 2018 | $6.27 | 17,436,568 |
| December 4, 2018 | $6.16 | 17,495,465 |
| December 6, 2018 | $6.13 | 17,533,853 |
| December 7, 2018 | $6.01 | 13,121,102 |
| December 10, 2018 | $5.93 | 16,076,252 |
| December 11, 2018 | $5.94 | 7,749,337 |
| December 12, 2018 | $6.04 | 15,516,826 |
| December 13, 2018 | $6.07 | 10,778,925 |
| December 14, 2018 | $5.97 | 11,548,261 |
| December 17, 2018 | $5.82 | 16,523,405 |
| December 18, 2018 | $5.91 | 15,709,327 |
| December 19, 2018 | $5.98 | 14,266,740 |
| December 20, 2018 | $5.98 | 27,626,807 |
| December 21, 2018 | $5.79 | 18,610,649 |
| December 24, 2018 | $5.61 | 13,928,650 |
| December 26, 2018 | $5.90 | 15,731,953 |
| December 27, 2018 | $5.85 | 7,817,311 |
| December 28, 2018 | $5.84 | 7,717,932 |
| December 31, 2018 | $5.82 | 8,886,766 |

11

| | | |
|---|---|---|
| January 2, 2019 | $6.02 | 14,944,085 |
| January 3, 2019 | $6.01 | 8,521,513 |
| January 4, 2019 | $6.21 | 12,364,852 |
| January 7, 2019 | $6.32 | 8,823,778 |
| January 8, 2019 | $6.29 | 6,943,410 |
| January 9, 2019 | $6.26 | 9,698,913 |
| January 10, 2019 | $6.28 | 12,026,991 |
| January 11, 2019 | $6.37 | 13,963,332 |
| January 14, 2019 | $6.23 | 14,392,685 |
| January 15, 2019 | $6.11 | 9,759,435 |
| January 16, 2019 | $6.05 | 9,510,995 |
| January 17, 2019 | $6.01 | 13,623,638 |
| January 18, 2019 | $6.07 | 8,620,239 |
| January 22, 2019 | $6.04 | 17,559,021 |
| January 23, 2019 | $6.17 | 10,361,385 |
| January 24, 2019 | $6.25 | 15,685,135 |
| January 25, 2019 | $6.18 | 9,731,756 |
| January 28, 2019 | $6.04 | 12,559,968 |
| January 29, 2019 | $6.03 | 11,492,986 |
| January 30, 2019 | $6.04 | 6,581,098 |
| January 31, 2019 | $6.24 | 20,190,140 |
| February 1, 2019 | $6.22 | 9,742,905 |
| February 4, 2019 | $6.24 | 8,190,208 |
| February 5, 2019 | $5.87 | 24,559,021 |
| February 6, 2019 | $5.84 | 15,559,688 |
| February 7, 2019 | $5.90 | 26,282,794 |
| February 8, 2019 | $5.90 | 16,713,620 |
| February 11, 2019 | $5.95 | 13,142,423 |
| February 12, 2019 | $6.14 | 16,417,784 |
| February 13, 2019 | $6.13 | 11,850,864 |
| February 14, 2019 | $6.18 | 12,578,233 |
| February 15, 2019 | $6.30 | 10,302,610 |
| February 19, 2019 | $6.33 | 15,202,342 |
| February 20, 2019 | $6.31 | 22,288,356 |
| February 21, 2019 | $6.48 | 15,466,771 |
| February 22, 2019 | $6.44 | 13,318,703 |
| February 25, 2019 | $6.44 | 20,620,232 |
| February 26, 2019 | $6.34 | 17,361,429 |
| February 27, 2019 | $6.35 | 13,103,790 |
| February 28, 2019 | $6.35 | 11,780,380 |
| March 1, 2019 | $6.40 | 9,734,893 |
| March 4, 2019 | $6.42 | 10,585,078 |
| March 5, 2019 | $6.39 | 19,704,373 |
| March 6, 2019 | $6.24 | 26,542,903 |
| March 7, 2019 | $6.30 | 12,735,173 |
| March 8, 2019 | $6.10 | 13,497,214 |

| | | |
|---|---|---|
| March 11, 2019 | $6.14 | 11,704,346 |
| March 12, 2019 | $6.22 | 15,669,976 |
| March 13, 2019 | $6.30 | 16,367,331 |
| March 14, 2019 | $6.26 | 8,167,862 |
| March 15, 2019 | $6.39 | 10,686,453 |
| March 18, 2019 | $6.47 | 11,367,221 |
| March 19, 2019 | $6.36 | 13,170,944 |
| March 20, 2019 | $6.28 | 6,265,684 |
| March 21, 2019 | $6.29 | 7,163,532 |
| March 22, 2019 | $6.25 | 6,830,591 |
| March 25, 2019 | $6.29 | 10,192,449 |
| March 26, 2019 | $6.40 | 14,504,509 |
| March 27, 2019 | $6.03 | 31,523,118 |
| March 28, 2019 | $5.66 | 28,590,945 |
| March 29, 2019 | $5.65 | 20,661,452 |
| April 1, 2019 | $5.62 | 14,515,027 |
| April 2, 2019 | $5.62 | 16,201,473 |
| April 3, 2019 | $5.59 | 12,890,918 |
| April 4, 2019 | $5.63 | 11,568,364 |
| April 5, 2019 | $5.63 | 12,330,172 |
| April 8, 2019 | $5.77 | 13,084,134 |
| April 9, 2019 | $5.83 | 11,712,829 |
| April 10, 2019 | $5.94 | 10,382,015 |
| April 11, 2019 | $5.98 | 14,949,860 |
| April 12, 2019 | $6.10 | 16,390,724 |
| April 15, 2019 | $5.88 | 16,403,673 |
| April 16, 2019 | $6.01 | 17,105,604 |
| April 17, 2019 | $5.64 | 46,764,451 |
| April 18, 2019 | $5.77 | 12,245,036 |
| April 22, 2019 | $5.88 | 14,095,865 |
| April 23, 2019 | $5.71 | 23,697,042 |
| April 24, 2019 | $5.62 | 21,797,102 |
| April 25, 2019 | $5.61 | 14,801,155 |
| April 26, 2019 | $5.54 | 15,540,989 |
| April 29, 2019 | $5.54 | 17,089,425 |
| April 30, 2019 | $5.58 | 10,245,942 |
| May 1, 2019 | $5.56 | 13,622,213 |
| May 2, 2019 | $5.48 | 20,036,761 |
| May 3, 2019 | $5.80 | 26,888,732 |
| May 6, 2019 | $5.74 | 12,324,762 |
| May 7, 2019 | $5.79 | 26,294,595 |
| May 8, 2019 | $5.62 | 18,029,091 |
| May 9, 2019 | $5.98 | 22,318,393 |
| May 10, 2019 | $6.19 | 20,970,392 |
| May 13, 2019 | $6.02 | 23,873,053 |
| May 14, 2019 | $5.99 | 16,113,018 |

13

| | | |
|---|---|---|
| May 15, 2019 | $6.07 | 13,366,000 |
| May 16, 2019 | $6.08 | 24,185,119 |
| May 17, 2019 | $6.18 | 28,874,786 |
| May 20, 2019 | $7.34 | 166,194,673 |
| May 21, 2019 | $7.22 | 51,751,462 |
| May 22, 2019 | $6.67 | 52,395,968 |
| May 23, 2019 | $6.95 | 37,122,169 |
| May 24, 2019 | $7.16 | 21,663,675 |
| May 28, 2019 | $6.91 | 27,473,377 |
| May 29, 2019 | $6.80 | 17,142,670 |
| May 30, 2019 | $7.16 | 38,941,770 |
| May 31, 2019 | $6.87 | 28,905,024 |
| June 3, 2019 | $6.78 | 19,760,433 |
| June 4, 2019 | $6.98 | 20,298,045 |
| June 5, 2019 | $7.07 | 20,166,005 |
| June 6, 2019 | $6.98 | 17,039,101 |
| June 7, 2019 | $7.10 | 13,350,185 |
| June 10, 2019 | $6.99 | 11,478,428 |
| June 11, 2019 | $6.58 | 36,177,015 |
| June 12, 2019 | $6.63 | 34,782,638 |
| June 13, 2019 | $6.81 | 25,365,956 |
| June 14, 2019 | $7.01 | 33,156,909 |
| June 17, 2019 | $7.10 | 21,127,255 |
| June 18, 2019 | $7.23 | 33,587,636 |
| June 19, 2019 | $7.45 | 24,037,364 |
| June 20, 2019 | $7.40 | 21,186,911 |
| June 21, 2019 | $6.87 | 30,240,639 |
| June 24, 2019 | $6.84 | 14,101,417 |
| June 25, 2019 | $6.83 | 12,443,940 |
| June 26, 2019 | $6.56 | 23,214,542 |
| June 27, 2019 | $6.59 | 11,648,201 |
| June 28, 2019 | $6.57 | 16,655,682 |
| July 1, 2019 | $6.58 | 14,667,917 |
| July 2, 2019 | $6.88 | 22,923,972 |
| July 3, 2019 | $6.98 | 17,158,716 |
| July 5, 2019 | $7.04 | 10,614,199 |
| July 8, 2019 | $6.87 | 12,416,026 |
| July 9, 2019 | $6.84 | 8,710,936 |
| July 10, 2019 | $7.16 | 27,699,621 |
| July 11, 2019 | $6.91 | 28,538,926 |
| July 12, 2019 | $7.10 | 19,480,068 |
| July 15, 2019 | $7.11 | 14,444,559 |
| July 16, 2019 | $7.22 | 22,831,118 |
| July 17, 2019 | $7.09 | 11,576,180 |
| July 18, 2019 | $6.92 | 23,185,403 |
| July 19, 2019 | $6.95 | 27,574,969 |

14

| | | |
|---|---|---|
| July 22, 2019 | $7.00 | 45,783,983 |
| July 23, 2019 | $7.09 | 22,037,845 |
| July 24, 2019 | $7.66 | 55,840,535 |
| July 25, 2019 | $7.44 | 48,227,102 |
| July 26, 2019 | $7.99 | 70,984,378 |
| July 29, 2019 | $7.78 | 20,599,814 |
| July 30, 2019 | $7.52 | 25,942,487 |
| July 31, 2019 | $7.33 | 27,485,600 |
| August 1, 2019 | $7.18 | 25,057,578 |
| August 2, 2019 | $6.76 | 35,396,506 |
| August 5, 2019 | $6.66 | 22,056,432 |
| August 6, 2019 | $6.71 | 20,932,056 |
| August 7, 2019 | $6.73 | 11,488,420 |
| August 8, 2019 | $6.85 | 10,888,033 |
| August 9, 2019 | $6.81 | 8,241,274 |
| August 12, 2019 | $6.75 | 7,201,441 |
| August 13, 2019 | $6.80 | 13,602,817 |
| August 14, 2019 | $6.79 | 19,186,165 |
| August 15, 2019 | $6.86 | 13,564,241 |
| August 16, 2019 | $6.91 | 8,733,532 |
| August 19, 2019 | $6.96 | 6,158,821 |
| August 20, 2019 | $6.80 | 9,971,092 |
| August 21, 2019 | $6.82 | 5,345,577 |
| August 22, 2019 | $6.87 | 6,276,849 |
| August 23, 2019 | $6.74 | 7,355,710 |
| August 26, 2019 | $6.85 | 4,404,234 |
| August 27, 2019 | $6.70 | 7,975,443 |
| August 28, 2019 | $6.82 | 7,779,795 |
| August 29, 2019 | $6.82 | 6,803,370 |
| August 30, 2019 | $6.79 | 5,453,315 |
| September 3, 2019 | $6.70 | 10,094,729 |
| September 4, 2019 | $6.76 | 8,391,564 |
| September 5, 2019 | $6.76 | 8,283,379 |
| September 6, 2019 | $6.82 | 11,249,038 |
| September 9, 2019 | $6.91 | 7,864,276 |
| September 10, 2019 | $6.87 | 4,759,905 |
| September 11, 2019 | $6.93 | 7,050,081 |
| September 12, 2019 | $6.91 | 7,217,638 |
| September 13, 2019 | $6.83 | 5,276,147 |
| September 16, 2019 | $6.84 | 3,956,342 |
| September 17, 2019 | $6.78 | 9,665,012 |
| September 18, 2019 | $6.73 | 12,096,574 |
| September 19, 2019 | $6.74 | 4,795,759 |
| September 20, 2019 | $6.58 | 12,567,431 |
| September 23, 2019 | $6.59 | 9,182,137 |
| September 24, 2019 | $6.37 | 22,420,479 |

15

| | | |
|---|---|---|
| September 25, 2019 | $6.34 | 21,443,317 |
| September 26, 2019 | $6.19 | 13,088,731 |
| September 27, 2019 | $6.05 | 19,479,055 |
| September 30, 2019 | $6.17 | 16,435,778 |
| October 1, 2019 | $6.16 | 14,513,189 |
| October 2, 2019 | $5.98 | 12,547,496 |
| October 3, 2019 | $5.96 | 19,584,233 |
| October 4, 2019 | $6.07 | 19,326,361 |
| October 7, 2019 | $6.12 | 19,454,737 |
| October 8, 2019 | $6.13 | 13,518,963 |
| October 9, 2019 | $6.14 | 11,041,989 |
| October 10, 2019 | $6.27 | 16,682,139 |
| October 11, 2019 | $6.42 | 15,379,350 |
| October 14, 2019 | $6.35 | 5,682,160 |
| October 15, 2019 | $6.48 | 9,817,559 |
| October 16, 2019 | $6.44 | 10,553,543 |
| October 17, 2019 | $6.44 | 36,480,366 |
| October 18, 2019 | $6.42 | 18,189,898 |
| October 21, 2019 | $6.42 | 14,423,447 |
| October 22, 2019 | $6.35 | 10,782,654 |
| October 23, 2019 | $6.39 | 9,766,801 |
| October 24, 2019 | $6.28 | 9,843,959 |
| October 25, 2019 | $6.38 | 9,536,150 |
| October 28, 2019 | $6.32 | 17,862,908 |
| October 29, 2019 | $6.19 | 41,813,500 |
| October 30, 2019 | $6.26 | 17,227,665 |
| October 31, 2019 | $6.21 | 10,221,049 |
| November 1, 2019 | $6.30 | 12,162,335 |
| November 4, 2019 | $6.15 | 13,425,139 |
| November 5, 2019 | $6.14 | 13,007,702 |
| November 6, 2019 | $6.15 | 17,081,244 |
| November 7, 2019 | $6.19 | 27,456,410 |
| November 8, 2019 | $6.11 | 10,131,832 |
| November 11, 2019 | $5.91 | 19,915,050 |
| November 12, 2019 | $5.87 | 15,201,223 |
| November 13, 2019 | $6.06 | 16,653,309 |
| November 14, 2019 | $5.87 | 10,669,853 |
| November 15, 2019 | $5.83 | 18,639,924 |
| November 18, 2019 | $5.86 | 17,799,990 |
| November 19, 2019 | $5.74 | 8,259,997 |
| November 20, 2019 | $5.63 | 10,511,157 |
| November 21, 2019 | $5.63 | 10,077,952 |
| November 22, 2019 | $5.74 | 11,383,726 |
| November 25, 2019 | $5.94 | 29,826,028 |
| November 26, 2019 | $5.96 | 13,917,020 |
| November 27, 2019 | $5.91 | 9,305,602 |

| Date | Price | Volume |
|---|---|---|
| November 29, 2019 | $5.92 | 4,664,484 |
| December 2, 2019 | $5.74 | 22,900,091 |
| December 3, 2019 | $5.69 | 19,219,007 |
| December 4, 2019 | $5.65 | 9,546,313 |
| December 5, 2019 | $5.41 | 16,237,251 |
| December 6, 2019 | $5.53 | 27,573,493 |
| December 9, 2019 | $5.40 | 25,221,780 |
| December 10, 2019 | $5.34 | 9,150,329 |
| December 11, 2019 | $5.25 | 9,109,213 |
| December 12, 2019 | $5.19 | 12,271,472 |
| December 13, 2019 | $5.21 | 14,356,792 |
| December 16, 2019 | $5.19 | 11,984,852 |
| December 17, 2019 | $5.20 | 7,242,578 |
| December 18, 2019 | $5.25 | 17,558,597 |
| December 19, 2019 | $5.29 | 14,875,200 |
| December 20, 2019 | $5.39 | 19,249,542 |
| December 23, 2019 | $5.23 | 12,110,949 |
| December 24, 2019 | $5.26 | 5,520,932 |
| December 26, 2019 | $5.19 | 6,445,031 |
| December 27, 2019 | $5.20 | 4,732,873 |
| December 30, 2019 | $5.22 | 6,233,411 |
| December 31, 2019 | $5.21 | 8,978,115 |
| January 2, 2020 | $5.22 | 8,499,557 |
| January 3, 2020 | $5.18 | 9,408,941 |
| January 6, 2020 | $5.23 | 10,543,723 |
| January 7, 2020 | $5.14 | 16,206,213 |
| January 8, 2020 | $5.15 | 12,550,664 |
| January 9, 2020 | $5.00 | 22,599,668 |
| January 10, 2020 | $4.88 | 17,389,543 |
| January 13, 2020 | $4.89 | 15,182,770 |
| January 14, 2020 | $4.86 | 12,800,650 |
| January 15, 2020 | $4.86 | 14,274,544 |
| January 16, 2020 | $4.92 | 13,504,636 |
| January 17, 2020 | $4.82 | 27,158,446 |
| January 21, 2020 | $4.99 | 36,864,733 |
| January 22, 2020 | $5.02 | 12,563,016 |
| January 23, 2020 | $5.04 | 9,754,771 |
| January 24, 2020 | $4.83 | 18,846,661 |
| January 27, 2020 | $4.63 | 16,601,296 |
| January 28, 2020 | $4.65 | 15,451,885 |
| January 29, 2020 | $4.56 | 15,999,927 |
| January 30, 2020 | $4.46 | 9,318,643 |
| January 31, 2020 | $4.37 | 11,579,672 |
| February 3, 2020 | $4.28 | 10,323,931 |
| February 4, 2020 | $4.54 | 14,855,624 |
| February 5, 2020 | $4.62 | 13,996,536 |

17

| February 6, 2020 | $4.71 | 10,764,307 |
| February 7, 2020 | $4.93 | 16,805,710 |
| February 10, 2020 | $4.80 | 23,102,597 |
| February 11, 2020 | $8.52 | 227,290,500 |
| February 12, 2020 | $8.60 | 73,055,079 |
| February 13, 2020 | $8.67 | 46,004,914 |
| February 14, 2020 | $8.69 | 25,435,797 |
| February 18, 2020 | $9.17 | 48,307,902 |
| February 19, 2020 | $9.49 | 39,929,432 |
| February 20, 2020 | $9.48 | 64,830,473 |
| February 21, 2020 | $10.05 | 111,246,435 |
| February 24, 2020 | $9.82 | 30,147,209 |
| February 25, 2020 | $9.64 | 28,886,536 |
| February 26, 2020 | $9.55 | 24,139,940 |
| February 27, 2020 | $9.30 | 35,647,073 |
| February 28, 2020 | $9.19 | 43,602,362 |
| March 2, 2020 | $9.52 | 25,690,311 |
| March 3, 2020 | $9.10 | 22,675,312 |
| March 4, 2020 | $9.57 | 22,301,787 |
| March 5, 2020 | $9.14 | 22,889,776 |
| March 6, 2020 | $8.94 | 22,151,045 |
| March 9, 2020 | $8.06 | 39,472,879 |
| March 10, 2020 | $8.59 | 26,156,676 |
| March 11, 2020 | $8.85 | 41,294,896 |
| March 12, 2020 | $7.73 | 46,993,181 |
| March 13, 2020 | $8.71 | 21,074,135 |
| March 16, 2020 | $7.73 | 16,160,999 |
| March 17, 2020 | $7.91 | 31,637,102 |
| March 18, 2020 | $7.51 | 32,556,278 |
| March 19, 2020 | $8.01 | 47,558,769 |
| March 20, 2020 | $7.50 | 38,540,033 |
| March 23, 2020 | $7.63 | 37,014,853 |
| March 24, 2020 | $8.02 | 24,500,602 |
| March 25, 2020 | $7.99 | 30,863,456 |
| March 26, 2020 | $8.61 | 22,238,925 |
| March 27, 2020 | $8.29 | 21,187,454 |
| March 30, 2020 | $8.44 | 26,624,657 |
| March 31, 2020 | $8.62 | 27,087,838 |
| April 1, 2020 | $8.62 | 0 |

18