# Exhibit Q

**S&P Global**
Market Intelligence

# Sprint Corporation NYSE:S
# FQ4 2018 Earnings Call Transcripts
## Wednesday, May 02, 2018 8:30 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ4 2018- | | | -FQ1 2019- | -FY 2018- | | | -FY 2019- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| EPS Normalized | (0.02) | 0.08 | NM | 0.01 | 0.05 | 0.06 | ▲20.00 | 0.06 |
| Revenue (mm) | 7990.93 | 8083.00 | ▲1.15 | 8042.29 | 32307.53 | 32406.00 | ▲0.30 | 32421.69 |

Currency: USD
Consensus as of  May-02-2018 1:06 PM GMT



| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| FQ1 2018 | (0.04) | 0.01 | NM |
| FQ2 2018 | 0.00 | 0.00 | 0.00 % |
| FQ3 2018 | (0.05) | (0.03) | NM |
| FQ4 2018 | (0.02) | 0.08 | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

**Call Participants** ............................................................................................ **3**

**Presentation** ............................................................................................ **4**

**Question and Answer** ............................................................................................ **10**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**John C. B. Saw**
*Chief Technology Officer*

**Jud Henry**
*VP & Head of Investor Relations*

**Michel Combes**
*President, CEO & Director*

**Raul Marcelo Claure**
*Executive Chairman*

**ANALYSTS**

**Amir Rozwadowski**
*Barclays Bank PLC, Research Division*

**Brett Joseph Feldman**
*Goldman Sachs Group Inc., Research Division*

**Jeffrey Thomas Kvaal**
*Nomura Securities Co. Ltd., Research Division*

**Jennifer Murtaugh Fritzsche**
*Wells Fargo Securities, LLC, Research Division*

**John Christopher Hodulik**
*UBS Investment Bank, Research Division*

**Jonathan Chaplin**
*New Street Research LLP*

**Michael Rollins**
*Citigroup Inc, Research Division*

**Philip A. Cusick**
*JP Morgan Chase & Co, Research Division*

**Scott Goldman**
*Jefferies LLC, Research Division*

**Simon William Flannery**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, and thank you for standing by. Welcome to the Sprint Fiscal Fourth Quarter 2017 Conference Call. [Operator Instructions] I would now like to turn the conference over to Mr. Jud Henry, Vice President of Investor Relations. Please go ahead, sir.

**Jud Henry**
*VP & Head of Investor Relations*

Good afternoon, and welcome to Sprint's Fiscal 2017 Year-end Conference Call. Joining me on the call today are Sprint's Executive Chairman, Marcelo Claure; and our President and CEO, Michel Combes; as well as our CTO, Dr. John Saw.

Before we get underway, let me remind you that our release, quarterly investor update and presentation slides that accompany this call are all available on the Sprint Investor Relations website at www.sprint.com/investors.

Slide 2 is our cautionary statement. I want to point out that in our remarks today, we will be discussing forward-looking information, which involves a number of risks and uncertainties that may cause actual results to vary -- differ materially from our forward-looking statements. We provide a comprehensive list of risk factors in our SEC filings, which I encourage you to review.

Throughout our call, we will refer to several non-GAAP metrics as shown on Slide 3. Reconciliations of our non-GAAP measures to the appropriate GAAP measures for the quarter can be found on our Investor Relations website.

Before I turn the call over to Marcelo, I would like to highlight a couple of new disclosures this quarter as we continue to deliver transparency and evolve our business in the marketplace and with the latest accounting standards. First of all, we are changing the presentation of the income statement to break out leasing components as they become material. We have provided all of this information historically as supplemental disclosures, but we'll now break them out on the face of the financials.

Equipment revenue will now be broken into 2 lines on the income statement to separate lease revenue, stated as equipment rentals from revenue, from equipment sales under other purchase methods. Loss on leased devices, which was previously included in other net on the income statement, will now be broken out separately as a line called Cost of Equipment Rentals. In addition, we are making changes to the cash flow statement. We will now reflect the cost of all leased devices added to PP&E as CapEx. Previously, only leased devices in our indirect channels were recorded as CapEx, while direct channel leases were reflected as a change in inventory.

Lastly, I want to highlight that our results for the fourth quarter and future quarters include the introduction of a program to reward tenured prepaid customers with access to postpaid offers under their respective brands. Given the changing dynamics that we see in the marketplace with prepaid customers having more options for unlimited data plans across the postpaid carriers, we want to provide select prepaid customers that opportunity while staying with the brands they love. As a result, we had approximately 44,000 net migrations from prepaid to non-Sprint-branded postpaid during the fourth quarter. In addition, we recognized a base adjustment of 167,000 between prepaid and postpaid.

I will now turn the call over to Marcelo to provide you an update on our transformation.

**Raul Marcelo Claure**
*Executive Chairman*

Thank you, Jud, and good afternoon, everyone. There has been so much exciting news this week, I would like to take a moment to discuss those with you. First, we announced a transformative transaction to combine with T-Mobile. This combination will accelerate the U.S. position and our leadership opportunity

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to rapidly bring the first and best nationwide 5G network to market with the breadth and depth needed to fuel a giant wave of innovation and disruption throughout the entire marketplace including rural America. Couple this with the proconsumer strategy in wireless and beyond, and the result will see U.S. consumers and businesses getting immediate benefit from integration and ultimately, be served with an incredible set of amazing and innovative service offerings at lower prices in areas well beyond the traditional wireless business.

Let me just reiterate this point. These lower prices are due to a significant reduction in cost per bit with 5G, which will be a competitive advantage for the new company. The combined company will put America first and force the competition to invest and do better for consumers, while accelerating the creation of jobs and supporting business opportunities for the U.S. economy. Let me reinforce that we expect the new company to be a net creator of jobs from day 1. The transaction is expected to create a normal shareholder value through significant cost synergies with an NPV of $43 billion through a single network, rationalized distribution and SG&A efficiencies, ultimately planning to deliver over $6 billion of annual run rate cost synergies.

Now turning to Slide 5. We announced this afternoon that I will be taking on the role of Executive Chairman of Sprint, and Michel Combes will assume the role of Chief Executive Officer. Let me be clear that while I'm shifting my focus, I'm not leaving. The main reason for effecting this change now is to collaborate with John Legere on securing regulatory approval over the next 9 to 18 months. That is the most important goal to optimizing shareholder value. This is going to give me the capacity to focus on securing regulatory approval without compromising the day-to-day operations. Michel will focus day-to-day on executing our stand-alone plan. However, I'm still responsible for delivering Sprint's operating performance and financial results to SoftBank.

In addition, I plan to work with SoftBank Group companies and portfolio companies to introduce them to Sprint and the combined company to deliver new business models. SoftBank had made great investments that will require a great 5G network in the U.S., including autonomous cars, robotics and artificial intelligence among others. The organization is ready for these leadership changes. We have a clear plan that we're executing, and the team has built operating momentum through the first 4 years of our turnaround. We have a world-class management team that I trust.

Michel is a proven successful telecom leader with 25 years of experience both in the U.S. and globally. Since joining Sprint, Michel has been a great ally to me, and he has quickly won the respect of the Sprint team, while driving the team to deliver results. We expect these changes to take effect in the next 30 days or so once we have a new CFO in place, and that process is now underway.

In addition, SoftBank Group announced that I had been appointed as the Chief Executive Officer of SoftBank Group International and Chief Operating Officer of SoftBank Group Corp. In my new management role at SoftBank, my main responsibility will be to optimize synergies across Group companies, and how they can work with Sprint and ultimately, the new company. In addition, I'll continue to be responsible for SoftBank's ongoing investment in Sprint and the combined Sprint-T-Mobile company. I look forward to continuing to work with the Sprint board and management team on our turnaround and planned integration with T-Mobile. Both Softbank and Sprint are fully committed to deliver the American consumer with the world's best and fastest 5G network, and together with T-Mobile, we intend to fulfill that vision.

Next, let's step back and look at our turnaround over the last 4 years that has led to our best-ever financial results in fiscal 2017 on Slide 6. We have taken out nearly $6 billion across cost of service and SG&A. We reported our highest adjusted EBITDA in 11 years. We have reversed our operating losses to [ push ] 3 straight years of operating income as well as returning the company to generating net income for the first time in 11 years, and we have reversed our negative cash flow trend to deliver 2 consecutive years of positive adjusted free cash flow. It is because of this that we have positioned Sprint to have greater strategic options, which led to a merger with T-Mobile at a fair price for our shareholders.

Next, I'm excited to share with you our fiscal 2017 results, achieving another milestone in our turnaround on Slide 7. I'm particularly proud of our employees for delivering these results in the face of the many distractions and noise in the media around potential strategic opportunities for Sprint during the course

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of the year. I'm happy to report that we had the best financial results in company history in fiscal 2017 with our highest-ever net income and operating income. This improved profitability was propelled by the transformation in our cost structure as fiscal 2017 marked the fourth year in a row of at least $1 billion of net reductions to cost of services and SG&A.

Furthermore, we delivered positive adjusted free cash flow for the second year in a row despite a nearly 70% increase in network CapEx. At the same time, we balanced growth and profitability to deliver our highest retail phone net adds in 5 years in fiscal 2017. In addition, our network continued to improve as demonstrated by Ookla Speedtest data, which shows that Sprint network was the most improved of any national carrier in fiscal 2017 in terms of average download speeds.

Turning to Slide 8. Fiscal 2017 was another remarkable year of customer growth as we delivered positive phone net adds in all 3 of our customer groups of consumer postpaid, business and prepaid. Our postpaid phone net adds in fiscal 2017 were 606,000, which marks the third consecutive year of growth with nearly 2 million phone net adds in the last 3 years. In the fiscal fourth quarter of 2017, we had 55,000 postpaid phone net adds, consistently growing our phone base for the 11th consecutive quarter. The full year and fourth quarter results include a 44,000 net migration from prepaid to non-Sprint-branded postpaid, as Jud mentioned earlier. We beat it [ more fully ] again this quarter, and we have now delivered more postpaid phone net adds than AT&T in 13 of the last 14 quarters and more than Verizon for 7 of the last 9 quarters. This achievement was based on our highest postpaid phone gross add in 6 years.

Postpaid phone churn was 1.62% for the year. We recognize that our churn is higher than our peers, but we're confident that fiscal 2018 will be the peak of our churn rate and that it will improve year-over-year in 2019 and beyond as we work to deliver a fast and reliable network, improved customer experience and we simplify our service and device offers. Our postpaid phone churn in fiscal fourth quarter was 1.68% and we would expect it to remain relatively flat as we move into our first fiscal quarter of 2018. It is important to remember that while there's some incremental churn in fiscal 2018 with certain introductory pricing promotions expiring, we also expect a bigger benefit to revenue as customers begin paying more each month, which is accretive to ARPU and service revenue going forward.

Likewise, while leasing creates some incremental churn, the overall economics of leasing are accretive to the business, giving us comfort running the business at a higher churn rate. Another catalyst of our postpaid success was returning to postpaid phone growth with business customers and continuing to build momentum, attracting 43,000 new logos last year, with phone gross adds of 32% year-over-year and the lowest churn in over 5 years. Our small and medium business has delivered positive phone net adds for the last 7 consecutive quarters, and our enterprise group has had positive phone net adds for 3 consecutive quarters, and our enterprise phone churn improved almost a full percentage point year-over-year.

Now let's discuss prepaid, which has been an amazing story, where we returned to growth with 363,000 net adds. That's a remarkable improvement of 1.4 million compared to losses of over 1 million 1 year earlier and positive for the first time in 3 years. Prepaid net addition in fiscal fourth quarter of 170,000 were up year-over-year before migrations to postpaid. We had the highest prepaid share of gross adds in 2 years this quarter. Meanwhile, prepaid churn in fiscal 2017 was 4.58%, which was the lowest in 3 years and has improved year-over-year for 7 consecutive quarters.

Turning to Slide 9. We recognize that to be truly a great company, we have to have a great product, which for us, is our network. While our network is much improved, we believe that our next-generation network will truly differentiate Sprint over the next couple of years due to the strong spectrum asset that will allow us to deliver gigabit download speeds and position Sprint to have an LTE network with competitive coverage and be the network leader in speed and capacity. By building a strong foundation in LTE, we then pave the way for a robust 5G network to take the customer experience to a whole new level.

We built good momentum in our next-gen network deployment in fiscal 2017 and expect to accelerate in fiscal 2018. First, we upgraded thousands of our existing macro sites in fiscal 2017 to an LTE on 800, 1.9 or 2.5, to sites like those bands. Previously, as we worked to triband nearly all of our existing sites with all 3 spectrum bands to provide great coverage and capacity across the footprint. We have successfully transitioned our macro deployment to focus on upgrades to deploy more of our 2.5 spectrum to our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

customers. Permitting, which is a key hurdle in any carrier's macro cell deployment, is currently ahead of plan and building a strong momentum for deployment this year. We now have 2.5 deployed on roughly 60% of our macro sites and expect to complete the substantial majority for triband upgrades by the end of fiscal 2018.

In addition, we have deployed thousands of traditional outdoor small cells with various vendors as well as thousands of strand mounts and small cells in cooperation with our cable partners. In fiscal fourth quarter alone, we deployed more outdoor small cells than the previous 2 years combined. Also, we launched the Sprint Magic Box exactly 1 year ago and have already deployed more than 200,000 Magic Boxes to business and consumers in approximately 200 cities across the country, making this one of the largest small cell deployments in the U.S., and we plan to deploy more than 1 million Magic Boxes over the next 3 years. Customers with the Magic Box are enjoying significant improvements in indoor and outdoor coverage as well as an average increase in average download speeds of more than 200%.

We're very proud of the Magic Box, won the 2018 Global Mobile Award or GLOMO for Best Mobile Technology Breakthrough at Mobile World Congress. We're also well underway rolling out 256-QAM and 4x4 MIMO nationwide to improve the efficiency of our spectrum and drive even faster data speeds. These technologies, combined with 3-channel carrier aggregation using 60 megahertz of 2.5 gigahertz spectrum, will enable us to provide consumers with gigabit plus LTE service in more than 100 of the largest markets in the country. This network improvement, particularly the expanded footprint of 2.5 spectrum at both macro and small cells, is delivering performance improvement as seen in Ookla's Speedtest Intelligence data. For example, Sprint saw a 36% increase in national average download speeds year-over-year. This is the largest increase of any national carrier. Furthermore, Sprint is #1 for fastest average download speed in over 100 cities, more than twice as many cities as last year and more than AT&T for the third consecutive quarter.

Going forward, we're excited to implement our new roaming agreement with T-Mobile as part of our merger agreement to provide additional coverage for our customers. With this roaming agreement, Sprint customers will have access to the Sprint and the T-Mobile network. This agreement is effective immediately and should be implemented in the next 60 to 90 days, meaning all Sprint customers will have access to the best of Sprint and the best of T-Mobile.

Now let me tell you about the other element of our next-gen network plan that we're super excited about, and that is the rollout of Massive MIMO.

It leverages our rich 2.5 gigahertz spectrum and creates strategic advantage for Sprint. Massive MIMO involves deployment of a new integrated unit that will have 128 antenna elements with 64 transmitters and 64 receivers and deliver capacity increase of up to 10x on LTE relative to current LTE systems while also increasing coverage and cell edge performance. More importantly, because only Sprint uses TDD spectrum versus our competitors who use FDD spectrum, many of our customers will be able to instantly take advantage of the significant performance enhancement on their existing devices, whereas Massive MIMO on our competitors' FDD spectrum will require new devices for their customers.

We are now in full launch of our Massive MIMO program. We have formed dedicated cross organizational teams, initiated testing and committed over $0.5 billion in purchase order with our suppliers. We are deploying innovative 5G technology such as Massive MIMO as we prepare to launch the 1st 5G mobile network in the first half of 2019 as shown on Slide 10. Massive MIMO radios are software upgradable to 5G NR, allowing us to fully utilize our spectrum for both LTE and 5G simultaneously, while we enhance capacity even further with 5G and begin to support the new 5G use cases. 2.5 gigahertz is a switchboard for 5G, and our mid-band frequency spectrum provides an ideal balance of coverage, capacity and speed to develop mobile 5G. As a result, Sprint is the only carrier that doesn't have to compromise what 5G can deliver because we can utilize the superwide channels of more than 100 megahertz while still delivering mid-band coverage characteristics.

With more than 160 megahertz of 2.5 gigahertz spectrum available in the top 100 U.S. markets, this gives Sprint the largest nationwide block of sub-6 gigahertz 5G spectrum available. Sprint's priority is mobile 5G, and we expect to provide [ complementary] services and devices by the first half of 2019. Furthermore, on Slide 11, we're optimizing and expanding our smart distribution to lower the average

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

cost per transaction, increase our brand presence and better serve our customers. We opened over 500 new Sprint company-owned stores in fiscal 2017. In addition, we opened nearly 800 new Boost stores last year and completed remodeling another 500 stores with the largest format and furnishings, which are proven to deliver greater productivity on a same-store basis. We plan to add hundreds more Sprint and Boost stores throughout this year, while also updating more feet in the stores to be more productive and approaching. And we continue to enhance our digital capabilities, and I'm proud to say that our postpaid sales in our digital channels were up roughly 30% year-over-year in fiscal 2017. Digital continues to be a key pillar of our transformation process to create a great, [ real last time ] experience for customers to activate new services over their device to perform various account functions seamlessly at their convenience.

I will now turn over the call over to Michel to take you through our financial results.

**Michel Combes**
*President, CEO & Director*

Thank you, Marcelo. Moving to revenue on Slide 12. Consolidated net operating revenues were $32.4 billion for fiscal '17 and $8.1 billion for fourth quarter. Wireless service revenue was $22.6 billion in fiscal '17, which declined 5% year-over-year and was the lowest decline in the last 4 years as our revenue trends continue to stabilize. For example, in the fourth quarter, our wireless service revenues of $5.6 billion were relatively flat sequentially. We continue to expect these trends to deliver year-over-year growth in quarterly wireless service revenues by the end of fiscal '18, excluding the impact of revenue recognition changes.

Postpaid phone average billings per user of $68.88 in fiscal '17 was relatively flat year-over-year on a normalized basis. We expect underlying postpaid phone ARPU trends to moderate as we head into fiscal '18 from our exit ARPU of $50.44 in the fourth quarter excluding the impact from revenue recognition changes. This stabilization is driven by a combination of base customers rolling off promotions and increasing their monthly spend with us, while we look to continue to increase acquisition ARPU with less promotional discounts on multilines as we go through fiscal '18. At the end of the year, 18% of our postpaid phone base was on unsubsidized rate plans. This leaves only about 10% of our postpaid phone base to be transitioned to unsubsidized rate plans, assuming that penetration will level off around 90% due to business and other legacy plans.

Meanwhile, our prepaid ARPU grew year-over-year to $37.67 in fiscal '17. Regarding our operating expenses on Slide 13, we continue to execute on our cost transformation in fiscal '17 with our 4 consecutive years of $1 billion or more of net reduction to cost of services and SG&A, bringing our total reduction in the last 4 years to $6 billion as it has been highlighted by Marcelo. We realized $1.1 billion in net reductions in combined operating expenses year-over-year across cost of services and SG&A expenses when you adjust for the hurricane and other nonrecurring impacts each year. Cost of services of $6.8 billion in fiscal '17 was down 13% year-over-year, driven by changes to our device insurance program as the program revenue and cost are accounted for and reported on net basis as well as lower network expenses. SG&A expenses were $8.1 billion in fiscal '17, and were relatively flat compared to a year-ago as the year-over-year increases in sales and marketing expenses from increased retail distribution investment were mostly offset by lower bad debt and customer care expenses. We will then [indiscernible] on our cost consolidation to deliver net cost reductions year-over-year in fiscal '18.

We continue to aggressively drive gross reductions across cost of services and SG&A, driven by several initiatives, including sales channel mix and compensation efficiencies, backhaul optimization, lower bad debt and more efficient marketing spending. Net reductions in fiscal '18 are likely to be less than $0.5 billion after strategic investments in growth platforms for the business, including our next-gen network to provide a great LTE experience while building the foundation for 5G in '19 as well as continuing to expand our retail distribution for both postpaid and prepaid. Our focus will be on optimizing our cost structure in order to invest in our network, in our value proposition and in our smart distribution.

Now turning to Slide 14. We delivered record profitability metrics in fiscal '17 while simultaneously delivering the highest retail phone net adds in 5 years. This reinforces our strategy of balancing growth and profitability through our relentless focus on cost reductions, operating efficiency and compelling value

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

propositions. Our adjusted EBITDA of $11.1 billion in fiscal '17 was the highest in 11 years and improved by 11% compared to a year ago. Fourth quarter adjusted EBITDA of $2.8 billion was the highest for a fiscal fourth quarter in 12 years. Operating income of $2.7 billion in fiscal '17 was the highest in company history and improved by 55% year-over-year. Operating income for the fourth quarter was $236 million, marking the ninth consecutive quarter of positive operating income.

Moving to Slide 15. Sprint reached another significant milestone in fiscal '17, generating net income for the first time in 11 years, even after excluding the one-time impact of tax reform. Fiscal '17 net income of $7.4 billion or $1.85 per share including $7.1 billion or $1.77 per share of one-time benefit from the enactment of tax reform during the year. This represents a significant improvement over the net loss of $1.2 billion or $0.30 per share in fiscal '16. Net income for the fourth quarter was $69 million or $0.02 per share compared to a net loss of $283 million or $0.07 per share in the year-ago quarter.

Turning to Slide 16. Total cash capital expenditures were $10.8 billion in fiscal '17 compared to $6.9 billion a year ago. As Jud noted in the opening, we are now including the cost of all leased devices added to PP&E and CapEx as opposed to just leased devices in indirect channels previously. Excluding capitalized device leases, cash capital expenditures were $3.3 billion in fiscal '17, up nearly 70% compared to fiscal '16 with the year-over-year increase driven by the ramp up of our next-gen network initiatives.

Network CapEx for the fourth quarter came in lower than what we had guided, but we did see momentum building through the quarter and are confident in our higher CapEx guidance for fiscal '18. Some of the impact is just timing of activity that ramped in the fourth quarter of '17, and some of the cash payments will be reflected in the first quarter of '18. Additionally, we are seeing rate favorability as many of the upgrades to existing macro sites that have been completed so far are coming significantly less than we had been forecasting.

Fiscal year '17 net cash provided by operating activities of $10.1 billion improved by $13.4 billion year-over-year, primarily due to the modification of our accounts receivable facility in February '17. Adjusted free cash flow was $945 million for fiscal '17, up 56% from $607 million in fiscal '16, marking the second consecutive year of positive adjusted free cash flow. We also continued to strengthen our balance sheet as we raised $5.4 billion of capital in the fourth quarter of '17 to prefund our capital deployment plans. This activity included issuing $3.9 billion in the second tranche of spectrum-backed notes at a weighted average rate of 4.93%. In addition, given the rising rates in the capital markets, we also tapped the high-yield markets opportunistically for $1.5 billion 8-year notes.

As we build on our strong results in fiscal '17, let's turn the page to our fiscal '18 guidance on Slide 17. We expect adjusted EBITDA of $11.3 billion to $11.8 billion, driven by stabilizing service revenues and continued focus on improving our cost structure. This guidance excludes the impacts of the new revenue recognition standard that we are implementing with fiscal '18 results. We do not expect the new revenue recognition to have a material impact on operating revenue as lower service revenues under the new accounting standards are largely offset in [ 8% ] revenue. We also expect the new standard to have a positive impact on SG&A, primarily related to the amortization of sales commission expenses. Including these impacts from the new accounting standards, we expect adjusted EBITDA of $11.6 billion to $12.1 billion. Separately, we expect depreciation on leased devices in fiscal '18 to be between $4.2 billion and $4.5 billion.

Cash capital expenditures excluding leased devices is expected to increase significantly year-over-year to be between $5 billion and $6 billion in fiscal '18 as we deploy our next-gen network and prepare for 5G in the first half of '19. As a result of our increased capital program, we expect adjusted free cash flow to be negative by roughly $1 billion before rebounding in fiscal '19 to around breakeven, even with a similar level of capital spending, $5 billion to $6 billion, as a result of operating cash flow improvements.

Thank you, and I will now turn the call back to Jud to begin the Q&A.

**Jud Henry**
*VP & Head of Investor Relations*
Thanks, Michel. In just a moment, we will begin the Q&A. Hermione, please inform our participants on how to queue up for the question-and-answer session.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And your first question comes from the line of Brett Feldman with Goldman Sachs.

**Brett Joseph Feldman**
*Goldman Sachs Group Inc., Research Division*

Congrats to both Marcelo and Michel on your new roles, and I guess I'll start off with a question for Michel. As you think about the work ahead of you over the next 9 to 18 months as you discussed, as you sort of work through regulatory approvals, what are the sort of mission critical things you hope to complete at Sprint to make sure that the company is in the best position possible to quickly and efficiently integrate with T-Mobile?

**Michel Combes**
*President, CEO & Director*

Thank you for the question. So first of all, I get that I am inherited from a company which has conducted a fantastic turnaround in the past 4 years under the leadership of Marcelo, which means that we have a very strong platform, and we have a strong management team in order to make it work in the coming months. When I look at the priorities which are ours, that's mine but, let's say, the priorities for the management team, the first one obviously is to continue the journey and just to make sure that we will deliver on all the targets which are ours in this plan for 2018 and to be the first company to launch a 5G network by, let's say, the first half of next year. So we would be the first one to have a real nationwide network next year. Second, obviously, is to make sure that we prepare as much as we can, day 1 of the integration, meaning that there will be, for sure, an integration management, which will have to be organized in between the 2 companies in order not to lose any time as soon as we get clearance for this transaction, assuming that we get it. And third, supporting Marcelo, who is really going to lead the efforts in Washington from a regulatory point of view. We all know that it is the most critical issue for the months to come, and so the whole management will be there in order to support Marcelo in this role.

**Operator**

Your next question comes from the line of Jonathan Chaplin with New Street.

**Jonathan Chaplin**
*New Street Research LLP*

Just a quick one on the roaming agreement. My understanding is that this, the roaming agreement, kicks in immediately. If so, and actually, if not, could you give us some thoughts around what you think this might do to churn? I assume there's a fair amount of churn that is caused by subs that are in markets where your network isn't as strong as it could be.

**Raul Marcelo Claure**
*Executive Chairman*

It's Marcelo. Thanks for the question. So a couple of things that's very important is this agreement is a 4-year term, so this agreement will continue for the next 4 years. It's going to be implemented immediately. It takes anywhere between 60 to 90 days to basically connect our network to T-Mobile network. I think the main beneficiaries of this will be Sprint customers as now, if you're a Sprint customer, you're going to have access to the Sprint and to the T-Mobile LTE network, and we're excited to implement this roaming agreement as part of our merger agreement. This is mainly going to provide additional coverage for our customers. Obviously, it's too early to tell the journey improvement that this will have, but logic tells you, if you are providing a better network experience, and network being one of the main causes of churn, we should look at this as a net positive. But it's too -- I will say, way too early to quantify, and we're looking forward to -- I've told John that we need to do this as soon as possible, and I think in this process where

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we are with T-Mobile, we're working extremely collaborative in all fronts, as you've seen it, there's a great desire for us to help. And so this is going to be a net positive for Sprint.

**Operator**

Your next question comes from the line of Philip Cusick with JPMorgan Securities.

**Philip A. Cusick**
*JP Morgan Chase & Co, Research Division*

One clarification and then a question for Michel. To be clear, the 44,000 prepaid to postpaid migrations, I think that was included in your 55,000 net add numbers. And the 167,000 base adjustment, is that the total number of postpaid today that are on non-Sprint brands? And then second for Michel, can you please give us an idea of what you expect handset depreciation to do this year? I'm trying to net out to get closer to an apples-to-apples EBITDA number versus some other carriers.

**Michel Combes**
*President, CEO & Director*

So on your first question, in terms of customers, yes, the 44,000 are included in the 55,000. And the base adjustment of 167,000 was, as I said, the base adjustment made on the 1st January of '18.

**Jud Henry**
*VP & Head of Investor Relations*

Can you repeat your second question, Phil?

**Philip A. Cusick**
*JP Morgan Chase & Co, Research Division*

Okay. Can you give me an idea of what you expect handset depreciation to do this year? I'm trying to net that out to get closer to an apples-to-apples EBITDA comparison.

**Jud Henry**
*VP & Head of Investor Relations*

Yes, that was in Michel's remarks. We said $4.2 billion to $4.5 billion.

**Michel Combes**
*President, CEO & Director*

$4.2 billion to $4.5 billion, yes.

**Operator**

Your next question comes from Michael Rollins.

**Michael Rollins**
*Citigroup Inc, Research Division*

Was curious if you could talk a little bit more about the leasing impacts on churn. And if, the leases have been now shrunk to 18 months, and you have more of those customers coming up each month or quarter that are on this shorter lease. How do you look at that in terms of the impact it could have?

**Raul Marcelo Claure**
*Executive Chairman*

So since day 1, we said that -- I mean, the best way to look at our leasing business, it is a highly profitable business. And what we look at is the additional profit that our leasing business generates, and that is compared to the additional churn level that -- the actual cost that's generated by the higher churn, and we basically test that on a monthly basis. And it is -- the additional profit you get from leasing is substantially much larger than the churn that it generates, so we're not going to share how many basis points are because of leasing, but that is something that we made a decision to run our business a little

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

[ harder ] on churn, and that's something -- that decision had been made because it is more profitable for us to do it that way.

**Operator**

Your next question comes from the line of John Hodulik with UBS.

**John Christopher Hodulik**
*UBS Investment Bank, Research Division*

Two quick questions please. First, getting back to the roaming agreement. First of all, could you just clarify, are you guys still roaming on to the Verizon network? And will this new agreement with T-Mobile allow you to sort of completely move off of that network in terms of in-system route, in-system roaming, that's number one. And then number two, on the big step up in CapEx that we're sort of ready for, the $5 billion to $6 billion, is there a way -- considering the deal with T-Mobile, is there a way you guys can sort of shift that spending so that it's sort of useful for you guys as a stand-alone basis, but maybe not redundant were the deal to get approved and you guys to combine networks? Is there a different way you're thinking of that spend now that you guys have signed the deal?

**Raul Marcelo Claure**
*Executive Chairman*

So from a roaming perspective, it is no secret that we roam with Verizon, with AT&T and with a multitude of different partners that we have. The new roaming agreement with T-Mobile, it is very attractive from an economics perspective in comparison to roaming rates that we've been paid -- that we've been charged by Verizon and AT&T. I cannot tell you what those guys charge us, but it is, I mean, as close to armed robbery as it can, because I mean, they've been -- it's terrible the way they've been charging because they were the only choice that we had. So this is definitely something very positive for Sprint because it gives our customers access to a network at substantially better economic rate. Now obviously, this is going -- this depends on capacity and coverage of T-Mobile, but this is definitely a net positive for Sprint. As it relates to network spend, in anticipation of the potential approval, that is something that we're absolutely not mixing. We're going to continue to have the level of CapEx guidance that we have given it, and we're going to go full force. We are going to operate 100% as a stand-alone company, and that is why you're seeing that we're going to continue with the plan that we have spoken about, and that is we're continuing to expand the coverage of our network. We are upgrading our sites. We are deploying small cells. We are deploying hundreds of thousands of Magic Boxes. We're launching Massive MIMO in anticipation of 5G, and we plan to light up our 5G NR towards the first quarter, second quarter of 2019, so we will operate 100% independently. And T-Mobile is operating -- from what I understand, they're spending 100% independently. Now what makes this incredibly special is the fact that they are deploying their 5G network on 600 megahertz, and we are deploying ours on 2.5, meaning this is 100% complementary. And upon merger approval, it is quite easy in terms of basically putting these 2 networks together, and we're going to be able to enjoy the breadth and the coverage of T-Mo's 6 -- or our customers are going to enjoy the breadth and the coverage of T-Mo's 600 megahertz with the depth of our 2.5 in the cities that we are -- that we have decided we're going to light up first. So even though it's 2 completely separate plans, and we will continue to treat them separately, I think the fact that we're not building in the same bands, it is definitely positive as integration and the destruction of synergies is limited because they are 2 different bands. John, I don't know if you have anything to add.

**John C. B. Saw**
*Chief Technology Officer*

No, I think you said it right. A lot of what we're doing today is building towards a 5G future that is also what we need for the combined company as well, and there's a lot of synergy.

**Operator**

Your next question comes from the line of Simon Flannery with Morgan Stanley.

**Simon William Flannery**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Morgan Stanley, Research Division*

I wonder if you could just talk about the outlook for service revenues in 2018. Obviously, we've got some 606 changes there, but you're talking about ARPU stabilizing. So when do you think you can turn positive on service revenues? And then Marcelo, any feedback from some of your meetings in Washington over the last day or 2?

**Michel Combes**
*President, CEO & Director*

So on the service revenue first, and then I will turn to Marcelo. As you have seen, our service -- wireless service revenue of $5.6 billion in fiscal Q4 was flat sequentially and down 3% year-over-year. So for the fourth consecutive quarter, we are roughly on $5.6 billion, so which means that revenue is stabilizing quarter after quarter. Prepaid wireless service revenue grew year-over-year for the second consecutive quarter. If you look at the year in total, our wireless service revenue was down by 5% year-over-year, which is the lowest decline in the last 4 years. Look, let's say, moving forward, we expect year-over-year growth in quarterly wireless service revenue by the end of '18 excluding the impact of revenue recognition changes, and that will be driven by the postpaid phone ARPU, which will moderate from the $50.44 rate, let's say, which should stabilize, and the continued growth in retail phone customers at more stable rates driving improved revenue trends.

**Raul Marcelo Claure**
*Executive Chairman*

Thank you, Michel. So Washington, I just got back from Washington today, and we've spent the last 2 days in Washington with John Legere and the T-Mobile team and some of the members of the Sprint team. And we've had a chance to go visit the SEC and go visit the DOJ, and basically go present the merits of our merger. I think we were -- it is very early as you're aware. This is going to be a long journey, but overall, I would say that we are -- I'm happy in the fact that we have been received with an open mind, and they have said, both agencies, or the first people that we met in the agencies, they both said that they're going to analyze our case with open mind. There's no preconceived notions. And like both John and myself have said, we feel extremely positive. We have studied a lot in terms of what are the type of mergers that get approved. I think we were able to expose our case and explain that why in -- 5G is basically the foundation of what we're doing and why the combination of our 600 and 2.5 spectrum will allow us to build what we believe will be the world's best 5G network and why -- when you build a network with the type of capacity we plan to build, and capacity being a function -- basic capacity being the main driver of pricing, why we're able to make commitments that we're going to be able to offer better products and better prices. We also were able to explain our job story and why we think this is a tremendous growth story and also explain the type of CapEx that we plan to invest post-merger. So I think it's the first phase, and we look forward to continuing this journey together. I think the 2 teams work very well together, and we're both aligned to put our best foot forward in terms of getting this transaction approved.

**Operator**

Your next question comes from the line of Jennifer Fritzsche with Wells Fargo.

**Jennifer Murtaugh Fritzsche**
*Wells Fargo Securities, LLC, Research Division*

Two, if I may. Can you talk a little bit -- I know this was brought up on the call Sunday, but Sprint saw some upcoming millimeter wave spectrum. I did see in the merger agreement that both companies are asking for the right to participate, but what are your thoughts as to how that spectrum fits with what you have now? And then second, if I may, can you comment on the working capital burn and how you see that -- what you see that line item looking like this year?

**Raul Marcelo Claure**
*Executive Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So as it relates to millimeter wave, I'm going to let John talk a little more, but in general terms, what everybody needs to be aware is we plan to continue to operate 100% as stand-alone, and a millimeter wave spectrum is an important part of our strategy going forward. And I'm going to let John Saw explain why we think millimeter wave is a big part of our strategy.

**John C. B. Saw**
*Chief Technology Officer*

Thank you. Millimeter wave, it provides a lot of bandwidth. So that comes with -- it can provide therefore, a lot of capacity, and it complements our 2.5 gigahertz sub-6 5G solution really well in areas where you need a lot of capacity, in hot zones and hotspots. I think it's very hard to build a 5G network on millimeter wave alone because that would drive a lot of CapEx in a lot of sites, but we view millimeter wave as something that we can add on as an overlay to 2.5 for hot zone purposes and hotspot purposes, and those are very useful for their application.

**Michel Combes**
*President, CEO & Director*

For the working capital question, we should see an improvement in working capital year-over-year coming mainly from device working capital improvements, which is a result of, let's say, the maturation of our base, more customers on lease, so more lease revenue and so lease cash coming in the company. So that's what you should expect year-over-year.

**Operator**

Your next question comes from the line of Amir Rozwadowski with Barclays.

**Amir Rozwadowski**
*Barclays Bank PLC, Research Division*

Two, if I may. First, I just wanted to clarify, Michel, you had mentioned that you do expect sort of $1 billion of cash burn this year to break even next year. Is that correct of how we should think about things?

**Michel Combes**
*President, CEO & Director*

Yes, it's correct. What we expect is that next year, with the same level of investments from a CapEx point of view, the improvement of the operations will allow us to, let's say, come back to a 0 type of, let's say, cash for '19.

**Amir Rozwadowski**
*Barclays Bank PLC, Research Division*

That's very helpful. And then if we could sort of decouple sort of your expectations from the big picture of how to think about the trajectory there of the business, is that largely being driven by continued growth in service revenue on the premise of stabilized to improving ARPU levels? Or is that largely sort of reduced churn? Just trying to understand sort of the big picture of how you get there in terms of that improvement.

**Michel Combes**
*President, CEO & Director*

For '18, what I've said is that, let's say, it's backloaded in the year, so we should see an inflection in terms of service revenue with the growth year-on-year, let's say, in the last quarter of the year, which will be the result of 2 things, stabilization of ARPU on one side, as I've already mentioned, and a slight increase of our customer base driven by the positive net adds that we have been able to flow into base, and that will continue to flow quarter after quarter.

**Operator**

Your next question comes from the line of Scott Goldman with Jefferies.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Scott Goldman**
*Jefferies LLC, Research Division*

I guess one housekeeping and then one question. On the housekeeping side, Michel, maybe you could just help quantify for us what the impact for revenue recognition will be around the shift from service revenue over to equipment revenue to help understand what the ARPU impact would be going forward there. And then maybe for Marcelo. Marcelo, in the past, you've talked about the opportunity to maybe increase prices, narrow the gap you have with your peers on unlimited pricing. Obviously, the strategy for the combined NewCo may be a little bit different around pricing. How do you reconcile how you'd approach pricing this year?

**Michel Combes**
*President, CEO & Director*

So on the revenue recognition standard, we don't expect a material impact on operating revenue as lower service revenue will be largely offset by equipment sales revenue so we should have a, let's say, kind of shift in between service revenue and equipment sales revenue. But at the end, operating revenue should be, let's say, very -- no material impact from those. As far as cost, so we should see an improvement, which is mostly due to timing of recognition for our sales commission expenses as this cost will be capitalized and expensed over time instead of immediately expensed as it is the case today. And we expect an impact of $200 million to $500 million for -- let's say, for next year, $200 million to $500 million impact for next year.

**Raul Marcelo Claure**
*Executive Chairman*

Great. As it relates to pricing, one thing we got to do is we've got to basically divide it into the commitments that we're making in the future. I mean, that is predicated upon building a super high capacity 5G network. And as we said, capacity is a function of price and a function of -- or price is a function of capacity. So that is one area. As it relates to the way we run Sprint, we're going to continue to run our business the same way we've done it right now. I mean, we have been the price leader, and we will continue to be the price leaders. And obviously, that has yield results. When you can put in a release that you have had the best financial results in the history of the company, that means we are -- we're generating the financial results that we can. So at this point in time, we're going to continue to be the price leader. We've always been. And we're more excited than ever, if we're able to finish this transaction, to even make this even bigger and better because, as I said, the more capacities that you have, then your marginal cost to produce an extra bit of data then reduces dramatically. And that's why we can make the commitment that we will continue to be the absolute price leader while offering the best products.

**Operator**

Your next question comes from the line of Jeff Kvaal with Nomura Instinet.

**Jeffrey Thomas Kvaal**
*Nomura Securities Co. Ltd., Research Division*

Congratulations on both of your appointments. I would like to ask a clarification and a question. I think on the clarification side, could you please help us, Michel, with the impact to EBITDA of the accounting standard changes?

**Michel Combes**
*President, CEO & Director*

Yes. Jeff, I just mentioned that, let's say, the impact would come mainly from timing of recognition for our sales commission expenses, as these, first, will be capitalized and expensed over time instead of immediately expensed. And what I've said is that you should expect an impact of $200 million to $500 million next year.

**Jeffrey Thomas Kvaal**
*Nomura Securities Co. Ltd., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. All right, all right. Great, great, great. And then secondly, I am wondering about the promotional climate a little bit. Marcelo, you are obviously committed to remaining as the price leader. At the same time, it sounds as though you were willing to be a little bit less aggressive with your introductory offers, and I'm wondering how you are balancing that.

**Raul Marcelo Claure**
*Executive Chairman*

I mean, we look at the market on a monthly basis, and it depends on the competitive pressure of others. I mean, however, as you know, from the time we've taken the helm on Sprint, we haven't had a shame in terms of being very aggressive from Cut Your Bill in Half, 50% off, 4 Lines for $100. So we've been true to the strategy that we've had. And the last one has worked quite well, and that is bring customers paying for lines 1 and 2, offer a couple of free lines to customers. They like our service, and then after a year, we start charging for lines 3 and 4, and now, we have started basically charging customers for that, and everything is going according to plan. So we have a strategy that we've set out since day 1, and that is we have to change the perception. The quality of our network is substantially better than the perception, so the strategies that we've taken is one in which we're aggressive on pricing. We let customers test our product, and then we increase their bill just a little bit, but always even after their increase, we continue to be the price leader against our competitors. And that's working, and that's going to continue to work, and that's pretty much the same strategy that the combined companies will have, I will say, however, with a much bigger advantage with the capacity the combined company will have.

**Jud Henry**
*VP & Head of Investor Relations*

Thanks, Marcelo. That's all the time we have for questions. But before we end the call, I'd like to turn it back to Marcelo for some closing comments. If you have any additional questions following the call, please contact the Sprint Investor Relations team. Marcelo?

**Raul Marcelo Claure**
*Executive Chairman*
Thank you. So I want to thank everyone for joining us today and for your support of Sprint. Our fiscal 2017 results demonstrate, I would say, another milestone in our 5-year turnaround plan. We've delivered customer growth. We've delivered profitability and improved network performance, and we've done all of those at the same time. We've delivered the highest retail phone net adds in 5 years. We continue to grow our postpaid customer, business and prepaid customer base. We have improved profitability. We've delivered net income for the first time in 11 years. We have our highest operating income in company's history, and we have our highest adjusted EBITDA in 11 years. In addition, at the same time, we're aggressively executing our next-generation network, and what that next-generation network is going to do is going to deliver LTE or 4G parity, while deliver the first mobile 5G network. We continue to expand our physical and digital distribution. We are going to continue to always enhance our value proposition and continue to transform our cost structure. I'm so proud of what we have accomplished as a team so far in our turnaround, and I look forward to sharing more our transformation success on our future calls. Thank you, and have a great evening.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.