# Exhibit R

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-K

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended March 31, 2019

or

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from  to

Commission File number 1-04721

# SPRINT CORPORATION
*(Exact name of registrant as specified in its charter)*

| **Delaware** | **46-1170005** |
|---|---|
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **6200 Sprint Parkway, Overland Park, Kansas** | **66251** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**Registrant's telephone number, including area code: (913) 794-1091**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.01 par value | S | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Aggregate market value of voting and non-voting common stock equity held by non-affiliates of Sprint Corporation at September 30, 2018 was $4,088,584,646

**COMMON STOCK OUTSTANDING AT MAY 28, 2019:** 4,090,807,600 shares

## DOCUMENTS INCORPORATED BY REFERENCE

Part III of this Annual Report on Form 10-K incorporates by reference certain information from the registrant's definitive proxy statement with respect to any 2019 annual meeting of stockholders that is held.

**SPRINT CORPORATION**

|  |  | Page Reference |
|---|---|---|
| **Item** | **PART I** |  |
| 1. | Business | 1 |
| 1A. | Risk Factors | 13 |
| 1B. | Unresolved Staff Comments | 27 |
| 2. | Properties | 28 |
| 3. | Legal Proceedings | 28 |
| 4. | Mine Safety Disclosures | 28 |
|  | **PART II** |  |
| 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 29 |
| 6. | Selected Financial Data | 30 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 31 |
| 7A. | Quantitative and Qualitative Disclosures about Market Risk | 60 |
| 8. | Financial Statements and Supplementary Data | 61 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 61 |
| 9A. | Controls and Procedures | 61 |
| 9B. | Other Information | 62 |
|  | **PART III** |  |
| 10. | Directors, Executive Officers and Corporate Governance | 63 |
| 11. | Executive Compensation | 63 |
| 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 63 |
| 13. | Certain Relationships and Related Transactions, and Director Independence | 64 |
| 14. | Principal Accounting Fees and Services | 64 |
|  | **PART IV** |  |
| 15. | Exhibits and Financial Statement Schedules | 65 |
| 16. | Form 10-K Summary | 65 |

Table of Contents

SPRINT CORPORATION

SECURITIES AND EXCHANGE COMMISSION

ANNUAL REPORT ON FORM 10-K

PART I

**Item 1.        Business**

**FORMATION**

Sprint Corporation, incorporated in 2012 under the laws of Delaware is a holding company, with operations conducted by its subsidiaries. Our common stock trades on the New York Stock Exchange (NYSE) under the symbol "S."

On July 10, 2013, SoftBank Corp., which subsequently changed its name to SoftBank Group Corp., and certain of its wholly-owned subsidiaries (together, SoftBank) completed the merger (SoftBank Merger) with Sprint Nextel Corporation (Sprint Nextel) as contemplated by the Agreement and Plan of Merger, dated as of October 15, 2012 (as amended, the Merger Agreement) and the Bond Purchase Agreement, dated as of October 15, 2012. As a result of the SoftBank Merger, Starburst II, Inc. (Starburst II) became the parent company of Sprint Nextel. Immediately thereafter, Starburst II changed its name to Sprint Corporation and Sprint Nextel changed its name to Sprint Communications, Inc. (Sprint Communications). As a result of the completion of the SoftBank Merger, SoftBank acquired an approximate 78% interest in Sprint Corporation. Subsequently, open market stock purchases by SoftBank increased their ownership to nearly 85% of the outstanding common stock of Sprint Corporation as of March 31, 2019.

| 31.1 | Certification of Chief Executive Officer Pursuant to Securities Exchange Act of 1934 Rule 13a-14(a) | * |
| 31.2 | Certification of Chief Financial Officer Pursuant to Securities Exchange Act of 1934 Rule 13a-14(a) | * |
| 32.1 | Certification of Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, As Adopted Pursuant to Section 906 of the Sarbanes Oxley Act of 2002 | * |
| 32.2 | Certification of Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, As Adopted Pursuant to Section 906 of the Sarbanes Oxley Act of 2002 | * |

**(101) Formatted in XBRL (Extensible Business Reporting Language)**

| 101.INS | XBRL Instance Document | * |
| 101.SCH | XBRL Taxonomy Extension Schema Document | * |
| 101.CAL | XBRL Taxonomy Extension Calculation Linkbase Document | * |
| 101.DEF | XBRL Taxonomy Extension Definition Linkbase Document | * |
| 101.LAB | XBRL Taxonomy Extension Label Linkbase Document | * |
| 101.PRE | XBRL Taxonomy Extension Presentation Linkbase Document | * |

---

\*      Filed or furnished, as required.

\*\*     Filing excludes certain schedules and exhibits pursuant to Item 601(b)(2) of Regulation S-K, which the registrant agrees to furnish supplementally to the Securities and Exchange Commission upon request by the Commission; provided, however, that the registrant may request confidential treatment pursuant to Rule 24b-2 of the Securities Exchange Act of 1934, as amended, for any schedules or exhibits so furnished.

78

Table of Contents

## SPRINT CORPORATION

### Index to Consolidated Financial Statements

|  | Page Reference |
| --- | --- |
| **Sprint Consolidated Financial Statements** | |
| Report of Independent Registered Public Accounting Firm | F-2 |
| Consolidated Balance Sheets as of March 31, 2019 and 2018 | F-4 |
| Consolidated Statements of Operations for the years ended March 31, 2019, 2018 and 2017 | F-5 |
| Consolidated Statements of Comprehensive (Loss) Income for the years ended March 31, 2019, 2018 and 2017 | F-6 |
| Consolidated Statements of Cash Flows for the years ended March 31, 2019, 2018 and 2017 | F-7 |
| Consolidated Statements of Changes in Equity for the years ended March 31, 2019, 2018 and 2017 | F-8 |
| Notes to the Consolidated Financial Statements | F-9 |

F-1

Table of Contents

Index to Consolidated Financial Statements

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

To the Stockholders and the Board of Directors of Sprint Corporation

**Opinions on the Financial Statements and Internal Control over Financial Reporting**

We have audited the accompanying consolidated balance sheets of Sprint Corporation and subsidiaries (the "Company") as of March 31, 2019 and 2018, the related consolidated statements of operations, comprehensive (loss) income, cash flows, and changes in equity for each of the three years in the period ended March 31, 2019, and the related notes (collectively referred to as the "financial statements"). We also have audited the Company's internal control over financial reporting as of March 31, 2019, based on criteria established in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of the Company as of March 31, 2019 and 2018, and the results of its operations and its cash flows for each of the three years in the period ended March 31, 2019, in conformity with accounting principles generally accepted in the United States of America. Also, in our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of March 31, 2019, based on criteria established in *Internal Control - Integrated Framework (2013)* issued by COSO.

**Change in Accounting Principle**

As discussed in Note 2 to the consolidated financial statements, effective April 1, 2018, the Company adopted Accounting Standards Update No. 2014-09, *Revenue from Contracts with Customers (Topic 606),* as amended, using the modified retrospective method.

**Basis for Opinions**

The Company's management is responsible for these financial statements, for maintaining effective internal control over financial reporting, and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on these financial statements and an opinion on the Company's internal control over financial reporting based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) (PCAOB) and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud, and whether effective internal control over financial reporting was maintained in all material respects.

Our audits of the financial statements included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures to respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

F-2

Table of Contents

Index to Consolidated Financial Statements

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ DELOITTE & TOUCHE LLP

Kansas City, Missouri
May 29, 2019

We have served as the Company's auditor since 2012.

F-3

Table of Contents

Index to Consolidated Financial Statements

## SPRINT CORPORATION
## CONSOLIDATED BALANCE SHEETS

| | | March 31, | | |
|---|---|---|---|---|
| | | 2019 | | 2018 |
| | | *(in millions, except share and per share data)* | | |
| **ASSETS** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 6,982 | $ | 6,610 |
| Short-term investments | | 67 | | 2,354 |
| Accounts and notes receivable, net | | 3,554 | | 3,711 |
| Device and accessory inventory | | 999 | | 1,003 |
| Prepaid expenses and other current assets | | 1,289 | | 575 |
| Total current assets | | 12,891 | | 14,253 |
| Property, plant and equipment, net | | 21,201 | | 19,925 |
| Costs to acquire a customer contract | | 1,559 | | — |
| Intangible assets | | | | |
| Goodwill | | 4,598 | | 6,586 |
| FCC licenses and other | | 41,465 | | 41,309 |
| Definite-lived intangible assets, net | | 1,769 | | 2,465 |
| Other assets | | 1,118 | | 921 |
| Total assets | $ | 84,601 | $ | 85,459 |
| **LIABILITIES AND EQUITY** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 3,961 | $ | 3,409 |
| Accrued expenses and other current liabilities | | 3,597 | | 3,962 |
| Current portion of long-term debt, financing and capital lease obligations | | 4,557 | | 3,429 |
| Total current liabilities | | 12,115 | | 10,800 |
| Long-term debt, financing and capital lease obligations | | 35,366 | | 37,463 |
| Deferred tax liabilities | | 7,556 | | 7,294 |
| Other liabilities | | 3,437 | | 3,483 |
| Total liabilities | | 58,474 | | 59,040 |
| Commitments and contingencies | | | | |
| Stockholders' equity: | | | | |
| Common stock, voting, par value $0.01 per share, 9.0 billion authorized, 4.081 billion and 4.005 billion issued at March 31, 2019 and 2018 | | 41 | | 40 |
| Paid-in capital | | 28,306 | | 27,884 |
| Accumulated deficit | | (1,883) | | (1,255) |
| Accumulated other comprehensive loss | | (392) | | (313) |
| Total stockholders' equity | | 26,072 | | 26,356 |
| Noncontrolling interests | | 55 | | 63 |
| Total equity | | 26,127 | | 26,419 |
| Total liabilities and equity | $ | 84,601 | $ | 85,459 |

*See Notes to the Consolidated Financial Statements*

F-4

Table of Contents