# Exhibit V



# KeyBanc
# Capital Markets

October 31, 2018

## Technology: Communications Services

## Earnings Recap / Estimate Changes

# Sprint Corporation

## S: F2Q18 Earnings Above Expectations, Remain Sector Weight

Brandon Nispel, CFA / 503.821.3871
bnispel@key.com

Maddie Schrage / 503.821.4011
madison.schrage@key.com

Sprint showed the first sign of returning to wireless service revenue growth in F2Q18, but remains in a difficult spot financially and competitively on a standalone basis. We continue to expect the stock to trade at a 10-15% discount to the deal price with T-Mobile given the uncertainty surrounding approval.

**NYSE: S**

| | |
|---|---|
| **Rating:** | **Sector Weight** |
| **Price Target:** | **NA** |
| **Price:** | **$6.12** |



*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

## Key Investment Points

**F2Q18 results ahead of expectations.** Wireless revenue was reported as $8.17 billion vs. consensus of $7.68 billion, and wireless service revenue was $5.50 billion vs. consensus of $5.47 billion. Revenue growth improved q/q for the first time in five years (according to our model) driven off Sprint's new pricing. Postpaid phone net adds were (34K) vs. consensus of 22K and prepaid net adds were (14K) vs. consensus of 18K. Postpaid churn of 1.78% was above consensus expectations of 1.76% and postpaid ARPU of $43.99 was above consensus of $43.64. Sprint is going through a period of transition in its subscribers where churn is rising due to previous promotions and its new pricing is higher leading to lower gross adds.

**Even with higher churn and fewer subscribers, we expect service revenue to grow.** Sprint reported y/y growth in wireless service revenue, excluding ASC 606 accounting changes, and grew service revenue q/q for the first time in five years. The growth is coming from Sprint's new pricing where it is migrating consumers on promotional rate plans to its higher price. We expect this pricing change to result in lower gross additions [now modeling postpaid phone gross adds (3.6%) y/y in FY18] and higher churn (now estimate postpaid phone churn at 1.74% in FY18), which results in lower subscriber estimates. On the positive side, it appears that Sprint is migrating enough subscribers from promotional plans to its new pricing and we believe it could result in continued wireless service revenue growth in FY18.

**Adjusting estimates given reported results and guidance; remain Sector Weight.** Sprint's fate continues to rest in the merger approval with T-Mobile, which we believe has increased likelihood of approval. As a standalone, Sprint is gradually showing some signs of life, specifically in service revenue growth and cost reductions, but it remains in a difficult place due to its last place network, debt, and FCF profile. While the Company is making investments to improve its network, it takes a long time for consumers to realize the improvement. We see a 10-15% discount to the fixed share ratio of TMUS of .10256 as appropriate.

## Company Data

| | |
|---|---|
| 52-week range | $5 - $7 |
| Market Cap. (M) | $25,238.9 |
| Shares Out. (M) | 4,124.00 |
| Enterprise Value (M) | $57,004.9 |
| Avg. Daily Volume (30D) | 19,820,021.0 |
| Net cash/market cap | (125.8)% |

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

## Estimates

| FY ends 3/31 | F2017A | 1Q18A | 2Q18A | 3Q18E | 4Q18E | F2018E | F2019E |
|---|---|---|---|---|---|---|---|
| **Revenue (M)** | **$32,406.0** | **$8,125.0** | **$8,433.0** | **$8,770.1** | **$8,163.1** | **$33,491.2** | **$33,233.8** |
| *Cons. Revenue* | -- | -- | -- | *$8,312.8* | *$8,143.0* | *$32,769.6* | *$33,197.8* |
| Previous | -- | -- | $8,096.5 | $8,752.8 | $8,249.0 | $33,223.4 | $33,076.0 |
| **EBITDA (M)** | **$11,069.0** | **$3,280.0** | **$3,256.0** | **$3,158.1** | **$2,870.3** | **$12,564.4** | **$13,370.3** |
| *Cons. EBITDA* | -- | -- | -- | *$2,979.5* | *$3,052.8* | *$12,417.9* | *$12,986.3* |
| Previous | -- | -- | $3,032.7 | $3,160.7 | $2,910.1 | $12,383.5 | $13,102.7 |
| **Valuation** | | | | | | | |
| EV/EBITDA | 5.1x | -- | -- | -- | -- | 4.5x | 4.3x |

*Sources: Company reports, Thomson Reuters, KeyBanc Capital Markets Inc.*

**For analyst certification and important disclosures, please refer to the Disclosure Appendix.**

**Sprint - (S)**                                                     **Earnings Recap**

## Our Case

Sprint is a U.S.-based wireless and wireline services provider competing in an increasingly competitive sector. The carrier is in the middle of a complex network transition, but has a strengthened balance sheet via SoftBank. Sprint is striving to gain a long-term competitive advantage with its formation of a leasing company.

- We rate Sprint Sector Weight and view fair value at $6, which represents 7.3x our 2019 cash-adjusted EBITDA estimate.
- We believe Sprint may struggle to sustain subscriber momentum and that recent modest improvements have been short-lived.
- Sprint continues to struggle to compete on merits other than price, though we are seeing network improvements.
- Our recent survey work has shown that Sprint has begun to improve churn and net additions, but we believe competitive responses and company-specific issues will result in greater near-term churn and, thus, lower net additions.

### Bull, Bear, KBCM Scenarios

| | Bear Case 2018E | Base Case 2018E | Bull Case 2018E |
|---|---|---|---|
| **Revenue (B)** | $33.3 | $33.4 | $33.5 |
| Y/y Growth | 2.7% | 3.2% | 3.5% |
| **Reported Adjusted EBITDA (B)** | $12.5 | $12.6 | $12.6 |
| margin(%) | 37.6% | 37.6% | 37.6% |
| **Unlevered FCF (B)** | ($0.6) | ($0.6) | ($0.6) |
| EV/Reported Adj.EBITDA | 4.32x | 4.63x | 5.27x |
| EV/UFCF | -85.73x | -99.41x | -120.11x |
| **Scenario Valuation** | $5.0 | $6.0 | $8.0 |
| **Three Year CAGR** | | | |
| Revenue - Three Year CAGR | (0.2%) | (0.1%) | 0.5% |
| Adjusted EBITDA - Three Year CAGR | 2.9% | 3.0% | 3.6% |
| Unlevered FCF - Three Year CAGR | (234.1%) | (240.1%) | (250.2%) |

Source: KBCM estimates

### Bull Case

Bull-case valuation of $8 would represent an EV/EBITDA of 8.3x on our 2019 cash-adjusted EBITDA estimates.

- Assumes Sprint can reduce subscriber losses to competing carriers and continue to show subscriber momentum.
- Assumes Sprint completes its network upgrades faster than planned, with lower-than-anticipated wireless churn as a result.
- Assumes Sprint finds a way to compete on something other than price.
- Assumes Sprint can execute relative to expected wireless subscriber additions and lower overall costs.

### Bear Case

Bear case of $5 would represent an EV/EBITDA of 6.8x on our 2019 cash-adjusted EBITDA estimates.

- Assumes Sprint subscriber losses to competing carriers worsen and current subscriber momentum is not maintained.
- Assumes it takes longer than four to six quarters to gain subscriber momentum.
- Assumes that current low levels of capital intensity result in higher-than-anticipated wireless churn.

## Valuation

**Sprint Corporation (S)**
We rate Sprint **Sector Weight** with a fair value of $6, which represents 7.3x our 2019 cash-adjusted EBITDA estimate. Sprint currently trades at 7.4x our 2019 cash-adjusted EBITDA estimate vs. peers of 6.9x.

## Investment Risks

**Sprint Corporation (S)**
Risks to our fair-value estimate include, but are not limited to, deteriorating macroeconomic conditions, intensifying competition in the industry, a continued loss of subscribers affecting Sprint's margins and profitability, and higher-than-anticipated wireless churn due to Sprint's Network Vision optimization.

## What's New

### F2Q18 Results Ahead of Expectations

Sprint reported revenue of $8.43 billion vs. consensus of $7.96 billion and EBITDA of $3.26 billion vs. consensus of $2.98 billion. EPS was $0.05 vs. ($0.01) a year ago, and capex was $2.97 billion vs. consensus of $2.71 billion.

### Wireless Better Than Expected

Wireless revenue was reported as $8.17 billion vs. consensus of $7.68 billion, and wireless service revenue was $5.50 billion vs. consensus of $5.47 billion. Total net adds came in at (20K) vs. consensus of (43K), and postpaid net adds were 109K vs. consensus of (10K). Postpaid phone net adds were (34K) vs. consensus of 22K. Prepaid net adds were (14K) vs. consensus of 18K.

Postpaid churn was reported as 1.78% vs. consensus of 1.76%; postpaid phone churn was 1.73% vs. consensus of 1.73%. Prepaid churn was 4.74% vs. consensus of 4.41%. Postpaid ARPU was $43.99 vs. consensus of $43.64, and prepaid ARPU was $35.40 vs. consensus of $36.32.

**Sprint - (S)**                                                                  **Earnings Recap**

### Wireline Above Expectations

Sprint reported wireline revenue of $328 million vs. consensus of $328.7 million and adjusted OIBDA of ($20 million) vs. consensus of ($36.6 million).

**Reported Earnings vs. Estimated**

| Consolidated | Most Recent Quarter | | Year-Ago Quarter | |
| --- | --- | --- | --- | --- |
| | Actual | Estimated | Actual | Y/y % Change |
| Net operating revenue | $8.43 | $8.10 | $7.93 | 6.4% |
| Operating profit | $0.78 | $0.61 | $0.60 | 29.5% |
| Adjusted EBITDA (reported) | $3.26 | $3.03 | $2.73 | 19.3% |
| Service EBITDA margin | 56.5% | 52.7% | 45.7% | 23.6% |
| Tax rate | 7.6% | -363.0% | 196.0% | |
| Net income available to common shareholders | $0.20 | ($0.13) | ($0.05) | (508.3%) |
| Diluted EPS | $0.05 | ($0.03) | ($0.01) | (495.9%) |
| Diluted shares outstanding | 4.12 | 4.01 | 4.00 | 3.2% |
| Total Cash Capex | $2.97 | $2.95 | $2.40 | 24.0% |
| **Wireless** | | | | |
| Total retail services | $5,498 | $5,486 | $5,649 | (2.7%) |
| Equipment sales | $2,671 | $2,337 | $1,960 | 36.3% |
| Adjusted EBITDA (reported) | $3,276 | $3,023 | $2,764 | 18.5% |
| Adj. EBITDA margin | 40.1% | 38.6% | 36% | 10.4% |
| Capex - network | $1,101 | $1,213 | $539 | 104.3% |
| Direct postpaid | | | | |
| Postpaid net additions | 109 | 174 | 168 | (35.1%) |
| Total Postpaid Churn % | 1.78% | 1.70% | 1.72% | 3.5% |
| Total Postpaid ARPU | $43.99 | $43.52 | $46.00 | (4.4%) |
| Direct prepaid | | | | |
| Total Prepaid net additions | (14) | 75 | 95 | (114.7%) |
| Prepaid Churn % | 4.74% | 4.25% | 4.83% | (1.9%) |
| Total Prepaid ARPU | $35.40 | $36.51 | $37.83 | (6.4%) |
| Wholesale/affiliate | | | | |
| Wholesale net additions | (115) | 0 | 115 | (200.0%) |
| **Wireline** | | | | |
| Total Revenue | $328 | $331 | $409 | (19.8%) |
| Adjusted EBITDA | ($20) | ($43) | ($29) | (31.0%) |
| Adj. EBITDA margin | -6.1% | -12.8% | -7.1% | (14.0%) |
| Capex | $55 | $30 | $40 | 37.5% |

*Sources: Thomson Reuters, KBCM estimates*

### 2018 Guidance

Sprint raised its FY18 outlook for adjusted EBITDA to $12.4 billion-$12.7 billion, up from $12.0 billion-$12.5 billion. Excluding the impact of the new revenue recognition standard, the Company continues to expect adjusted EBITDA to be $11.7 billion-$12.0 billion vs. its previous guidance of $11.3 billion-$11.8 billion. Cash capex is now expected to be $5.0 billion-$5.5 billion, down from $5.0 billion-$6.0 billion, excluding leased devices.

**Sprint - (S)**                                                                                  **Earnings Recap**

**Implications**              **Adjusting Estimates**

Our 2018 and 2019 estimates move higher due to better than expected revenue and adjusted EBITDA margin results. Our 2018 and 2019 revenue estimates move higher to $33.49B and $33.23B, respectively, from $33.22B and $33.08B, respectively.

Our 2018 and 2019 churn estimates move higher due to higher than expected churn results due to customers rolling off of promotions. We are now estimating 2018 and 2019 postpaid churn of 1.79% and 1.82%, respectively, up from 1.70% and 1.67%, respectively.

Postpaid ARPU was higher than expected due to higher priced unlimited plans and moves our 2018 and 2019 postpaid ARPU estimates to $44.90 and $44.06, respectively, from $43.88 and $43.02, respectively.

**Estimate Changes**

| FY | Revenue (B) | | Adj. EBITDA (B) | | EPS | | FCF/Share | |
|---|---|---|---|---|---|---|---|---|
| | New | Previous | New | Previous | New | Previous | New | Previous |
| Q3 | $8.77 | $8.75 | $3.16 | $3.16 | $0.00 | ($0.04) | ($0.29) | ($0.26) |
| Q4 | $8.16 | $8.25 | $2.87 | $2.91 | ($0.06) | ($0.09) | ($0.12) | ($0.13) |
| 2018 | $33.49 | $33.22 | $12.56 | $12.38 | $0.03 | ($0.12) | ($0.44) | ($0.54) |
| 2019 | $33.23 | $33.08 | $13.37 | $13.10 | $0.06 | ($0.15) | ($0.47) | ($0.45) |

*Source: KBCM estimates*

**Estimate Changes**

| | FY3Q18E | | FY2018E | | FY2019E | |
|---|---|---|---|---|---|---|
| | New | Previous | New | Previous | New | Previous |
| ***Consolidated*** | | | | | | |
| Net operating revenue | $8,770 | $8,753 | $33,491 | $33,223 | $33,234 | $33,076 |
| Diluted EPS | $0.00 | ($0.04) | $0.03 | ($0.12) | $0.06 | ($0.15) |
| Adjusted EBITDA (reported) | $3,158 | $3,161 | $12,564 | $12,384 | $13,370 | $13,103 |
| Cash capex (from cash flows) | $1,392 | $1,613 | $5,165 | $5,595 | $5,936 | $5,903 |
| ***Wireless*** | | | | | | |
| **Direct postpaid** | | | | | | |
| Postpaid net additions | 145 | 142 | 416 | 524 | 234 | 666 |
| Postpaid Phone net additions | (30) | 142 | (38) | 488 | (116) | 666 |
| Postpaid Tablet net additions | 175 | 0 | 454 | 36 | 350 | 0 |
| Total Postpaid Churn % | 1.95% | 1.79% | 1.79% | 1.70% | 1.82% | 1.67% |
| Total Postpaid ARPU | $44.08 | $43.60 | $44.90 | $43.88 | $44.06 | $43.02 |
| Total Postpaid Service Revenue | $4,272 | $4,232 | $17,008 | $16,896 | $16,962 | $16,857 |
| **Direct prepaid** | | | | | | |
| Total Prepaid net additions | 0 | 70 | (11) | 268 | (11) | 268 |
| Prepaid Churn % | 4.48% | 4.48% | 4.40% | 4.26% | 4.15% | 4.01% |
| Total Prepaid ARPU | $35.21 | $36.5 | $35.40 | $36.4 | $34.87 | $35.9 |
| Total Prepaid Services Revenue (M) | $949 | $998 | $3,827 | $3,979 | $3,758 | $4,049 |
| **Wholesale/affiliate** | | | | | | |
| Wholesale net additions | 0 | 0 | (184) | (69) | (180) | (68) |
| Total Wholesale Service Revenue | $291 | $288 | $1,163 | $1,154 | $1,242 | $1,116 |
| **Consolidated wireless** | | | | | | |
| Total retail services | $5,512 | $5,519 | $21,998 | $22,030 | $21,963 | $22,021 |
| Adjusted EBITDA (reported) | $3,179 | $3,155 | $12,667 | $12,404 | $13,488 | $13,241 |
| *Adj. EBITDA margin* | 57.7% | 57.2% | 57.6% | 56.3% | 61.4% | 60.1% |
| Capex - network | $1,362 | $1,583 | $4,827 | $5,392 | $5,816 | $5,783 |
| ***Wireline*** | | | | | | |
| Total Revenue | $321 | $325 | $1,302 | $1,312 | $1,172 | $1,181 |
| Adjusted EBITDA | ($21) | ($43) | ($104) | ($171) | ($123) | ($140) |
| *Adj. EBITDA margin* | -6.4% | -13.3% | -8.0% | -13.0% | -10.5% | -11.8% |
| Capex | $30 | $30 | $166 | $141 | $120 | $120 |

*Source: KBCM estimates*