UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ISAAC SOLOMON, FRANCINE CANION,
Individually and on behalf of all others similarly
situated,

                  Plaintiffs,

        v.

SPRINT CORPORATION, MICHEL COMBES,
ANDREW DAVIES, MARCELO CLAURE and
TAREK ROBBIATI,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

1:19-cv-5272 (MKV)

## DECLARATION OF SCOTT D. MUSOFF IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

SCOTT D. MUSOFF, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Bar of this Court and of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendants Sprint Corporation ("Sprint"), Michel Combes, Andrew Davies, Marcelo Claure and Tarek Robbiati (together with Sprint, "Defendants") in the above-captioned matter.

2. I submit this declaration in further support of Defendants' Motion to Dismiss the Amended Complaint (the "Motion") and to transmit to the Court true and correct copies of the following documents to which reference is made in the papers submitted in further support of the Motion:

|  | DESCRIPTION |
|---|---|
| Exhibit X | Excerpt from Sprint's Quarterly Investor Update for Fiscal 2Q17 ended September 30, 2017, dated October 25, 2017. (Cited in Amended Complaint ("AC") ¶ 90.) |
| Exhibit Y | Excerpt from Sprint's Quarterly Investor Update for Fiscal 1Q18 ended June 30, 2018, dated August 1, 2018. (Cited in AC ¶¶ 110, 112.) |
| Exhibit Z | Excerpt from Sprint's Quarterly Investor Update for Fiscal 4Q18 ended March 31, 2019, dated May 7, 2019. (Cited in AC ¶ 146.) |
| Exhibit AA | Excerpt from Sprint's Quarterly Investor Update for Fiscal 4Q17 ended March 31, 2018, dated May 2, 2018. (Cited in AC ¶ 102.) |
| Exhibit BB | Excerpt from Sprint's Annual Report for year ended March 31, 2019, as filed with the U.S. Securities and Exchange Commission ("SEC") on Form 10-K on May 29, 2019. (Cited in AC ¶¶ 148, 150.) |
| Exhibit CC | Excerpt from Sprint's Annual Report for year ended March 31, 2018, as filed with the SEC on Form 10-K on May 24, 2018. (Cited in AC ¶¶ 106, 108.) |

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
        November 6, 2020

/s/ Scott D. Musoff
Scott D. Musoff