# Exhibit X

# Quarterly Investor
# Update

**Fiscal 2Q17 | 10-25-2017**

www.sprint.com/investors



| 2

# TABLE
## of contents

**3** Highlights

**4** Customer Metrics

**8** Activations

**10** Network

**11** Financials

**17** Liquidity

**18** Outlook

**19** Results Tables

# Highlights |3



## Adjusted EBITDA*

**HIGHEST** for a fiscal second quarter in a decade



## REDUCING EXPENSES

Continued year-over-year reduction



## Adjusted Free Cash Flow*

**POSITIVE** in 7 of last 8 quarters



## Postpaid Phone

**9** consecutive quarters of net additions



## Prepaid

**3** consecutive quarters of net additions



## NETWORK

Performing at best ever levels





## Message from the CEO

"Sprint was able to deliver net additions in both its postpaid phone and prepaid business for the third consecutive quarter. I'm even more proud that the team was able to deliver this customer growth while continuing to attack the cost structure, improve the network, and maintain positive adjusted free cash flow*."

Marcelo Claure

**Customer** Metrics    | 4

# Total
## Connections



The company had **378,000 net additions** in the current quarter compared with 599,000 in the year-ago period and 61,000 net additions in the prior quarter.

Sprint ended the quarter with just over **54.0 million connections**, including 31.7 million postpaid, 8.7 million prepaid, and 13.6 million wholesale and affiliate connections.

The company has had nearly **1.4 million net additions** over the last four quarters.

# **Customer** Metrics   |5

**Postpaid net additions** were 168,000 during the quarter compared to net additions of 344,000 in the year-ago period and net losses of 39,000 in the prior quarter. The year-over-year decline was primarily driven by higher tablet net losses, while the sequential increase was primarily driven by higher phone net additions.

**Postpaid Net Additions (Losses)**

In Thousands



**Postpaid Total Churn and Postpaid Phone Churn**



**Postpaid phone churn** of 1.59 percent compared to 1.37 percent in the year-ago period and 1.50 percent in the prior quarter. The year-over-year increase was driven by the company's decision to selectively manage customers rolling off device commitments and taking new unlimited data offers in the market in order to maximize the net present value of the base versus managing to the lowest churn rate. The sequential increase was impacted by typical seasonality.

**Postpaid total churn** of 1.72 percent for the quarter compared to 1.52 percent in the year-ago period and 1.65 percent in the prior quarter. Both the year-over-year and sequential increases were primarily driven by higher postpaid phone churn. The year-over-year increase was also impacted by higher tablet churn as customers rolled off promotional offers.

# **Customer** Metrics    |6

**Postpaid phone net additions** of 279,000 compared to net additions of 347,000 in the year-ago period and 88,000 in the prior quarter. The year-over-year decrease was driven by higher phone churn and partially offset by higher gross additions, while the sequential improvement was primarily driven by higher gross additions. The company ended the quarter with 26.4 million phone connections.



**Postpaid Phone Net Additions**
In Thousands

| 2QFY16 | 3QFY16 | 4QFY16 | 1QFY17 | 2QFY17 |
|---|---|---|---|---|
| 347 | 368 | 42 | 88 | 279 |

**Tablet and other device net losses** of 111,000 in the quarter compared to 3,000 in the year-ago period and 127,000 in the prior quarter. The current quarter included 145,000 tablet net losses, compared to 50,000 in the year-ago period and 171,000 in the prior quarter. The year-over-year increase in tablet net losses was due to lower gross additions and higher churn, as the company continues to focus on growing phone connections.



**Postpaid Connections**
In Millions

■ Phones    ■ Tablets and Other Devices

| | 2QFY16 | 3QFY16 | 4QFY16 | 1QFY17 | 2QFY17 |
|---|---|---|---|---|---|
| Total | 31.3 | 31.7 | 31.6 | 31.5 | 31.7 |
| Tablets and Other Devices | 5.6 | 5.7 | 5.5 | 5.3 | 5.3 |
| Phones | 25.7 | 26.0 | 26.1 | 26.2 | 26.4 |

# Customer Metrics   |7

**Average postpaid connections per account** of 2.80 at quarter end compared to 2.74 in the year-ago period and 2.78 in the prior quarter. The growth has been driven by higher phones per account, partially offset by tablet pressure.

**Average Postpaid Connections per Account**



**Prepaid Net Additions**
In Thousands



**Wholesale & affiliate** net additions were 115,000 in the quarter compared to 704,000 in the year-ago period and 65,000 in the prior quarter. The year-over-year decline was primarily impacted by lower connected device net additions, which generally have a lower ARPU than other wholesale & affiliate customers.

**Prepaid net additions** of 95,000 during the quarter compared to net losses of 449,000 in the year-ago period and net additions of 35,000 in the prior quarter. The year-over-year improvement was mostly driven by lower churn and higher gross additions in the Boost brand. Sequentially, the increase was mostly driven by seasonally higher Boost gross additions.

**Prepaid churn** was 4.83 percent compared to 5.59 percent for the year-ago period and 4.57 percent for the prior quarter. The year-over-year improvement was due to lower churn in both the Boost and Virgin brands. Seasonally higher churn in both the Boost and Virgin brands drove the sequential increase.