# Exhibit Y



# Quarterly Investor Update

Fiscal 1Q18 | 8-1-2018

www.sprint.com/investors

Sprint

| 2

# TABLE
## of contents

3 — Highlights

4 — Customer Metrics

8 — Activations

10 — Network

11 — Financials

18 — Liquidity

19 — Outlook

20 — Results Tables

# Highlights |3

# Fiscal 1Q 2018 Highlights



**Wireless Service Revenue[1]**

**GREW** sequentially for the first time in more than four years

[1] excluding the impact of the new revenue recognition standard



**Adjusted EBITDA\***

**HIGHEST** in more than eleven years



**Net Income**

delivered for the 3rd consecutive quarter

**Operating Income**

 delivered for the 10th consecutive quarter



**Adjusted Free Cash Flow\***

**POSITIVE** five of the last six quarters



**Retail Phone Net Additions**

**6** consecutive quarters of net additions

**Network MOST IMPROVED [2]**

 average download speeds

[2] Sprint is the most improved network according to Ookla® as shown in Speedtest Intelligence® data1, and PCMag's 2018 Fastest Mobile Networks. In both, the company's year-over-year increase in national average download speeds outpaced the competitors, including an 87 percent lift reported in PCMag's annual tests.

## Message from the CEO

" Sprint continued to deliver solid results this quarter while embarking on our transformative merger with T-Mobile. By balancing growth and profitability, we were able to grow wireless service revenue sequentially, continue to add retail phone customers, generate net income for the third consecutive quarter, and improve the network. "

Michel Combes

# **Customer** Metrics    |4

# **Total**
# Connections



The company had **57,000 net additions** in the current quarter compared with 61,000 in the year-ago period and 44,000 in the prior quarter.

Sprint ended the quarter with **54.6 million connections**, including 32.2 million postpaid, 9.0 million prepaid, and 13.4 million wholesale and affiliate connections.

# **Customer** Metrics     |5

**Postpaid net additions** were 123,000 during the quarter compared to net losses of 39,000 in the year-ago period and net additions of 39,000 in the prior quarter. The year-over-year increase was primarily driven by higher other device net additions and fewer tablet net losses, while the sequential increase was primarily driven by lower tablet net losses and higher phone net additions. The current quarter included 71,000 net migrations from prepaid to non-Sprint branded postpaid, compared to 44,000 in the prior quarter.



**Postpaid Net Additions (Losses)**
In Thousands





**Postpaid Total Churn and Postpaid Phone Churn**

**Postpaid phone churn** of 1.55 percent compared to 1.50 percent in the year-ago period and 1.68 percent in the prior quarter. The sequential decrease was impacted by typical seasonality.

**Postpaid total churn** of 1.63 percent for the quarter compared to 1.65 percent in the year-ago period and 1.78 percent in the prior quarter. The sequential decrease was mostly impacted by seasonally lower phone churn.

# **Customer** Metrics  |6

**Postpaid phone net additions** of 87,000 compared to net additions of 88,000 in the year-ago period and 55,000 in the prior quarter. While net additions were flat year-over-year, the sequential increase was mostly due to lower churn, partially offset by lower gross additions. The current quarter included 71,000 net migrations from prepaid to non-Sprint branded postpaid compared to 44,000 in the prior quarter.



**Postpaid Phone Net Additions**
In Thousands

**Tablet and other device net additions** of 36,000 in the quarter compared to net losses of 127,000 in the year-ago period and net losses of 16,000 in the prior quarter. The year-over-year increase was driven by sales of wearables, combined with lower tablet net losses. Sequentially, the decrease was driven by a decrease in tablet net losses. The current quarter included 64,000 tablet net losses, compared to 171,000 in the year-ago period and 130,000 in the prior quarter.



**Postpaid Connections**
In Millions

# **Customer** Metrics   |7

**Average postpaid connections per account** of 2.87 at quarter end compared to 2.78 in the year-ago period and 2.85 in the prior quarter. The growth has been driven by higher phones per account, partially offset by tablet losses.



**Average Postpaid Connections per Account**

| 1QFY17 | 2QFY17 | 3QFY17 | 4QFY17 | 1QFY18 |
|--------|--------|--------|--------|--------|
| 2.78 | 2.80 | 2.83 | 2.85 | 2.87 |

**Prepaid net additions** of 3,000 during the quarter compared to 35,000 in the year-ago period and 170,000 in the prior quarter. The year-over-year decrease was due to 71,000 net migrations from prepaid to non-Sprint branded postpaid, partially offset by lower churn and higher gross additions in the Boost brand. Sequentially, the decrease was mostly driven by seasonally lower Boost brand gross additions.



**Prepaid Churn**

| 1QFY17 | 2QFY17 | 3QFY17 | 4QFY17 | 1QFY18 |
|--------|--------|--------|--------|--------|
| 4.57% | 4.83% | 4.63% | 4.30% | 4.17% |

**Prepaid churn** was 4.17 percent compared to 4.57 percent for the year-ago period and 4.30 percent for the prior quarter. The year-over-year and sequential improvement was mostly due to lower churn rates in the Boost brand.

**Wholesale & affiliate** net losses were 69,000 in the quarter compared to net additions of 65,000 in the year-ago period and net losses of 165,000 in the prior quarter. The year-over-year decline was primarily impacted by lower connected device net additions, which generally have a lower ARPU than other wholesale & affiliate customers. Sequentially, the improvement was driven by lower churn.