# Exhibit Z

# Quarterly Investor Update

**Fiscal 4Q18 | 5-7-2019**

www.sprint.com/investors



Sprint

|2

# TABLE
## of contents

3   Highlights

4   Customer Metrics

8   Activations

10   Network

11   Financials

19   Liquidity

20   Results Tables

# Highlights | 3

# Fiscal 4Q 2018 Highlights



**Wireless Service Revenue[1]**
Stabilized year-over-year



**Digital Transformation**
Increased digital sales and implementing artificial intelligence



**Adjusted EBITDA\***
Delivered at the high end of our fiscal year guidance



**Next-Gen Network**
Increased network capex by 50% year-over-year



**Postpaid Net Additions**
Delivered for the 4th consecutive year driven by growth in data devices

[1] excluding the impact of the new revenue standard

## Message from the CEO

"

Sprint delivered on its plan for fiscal 2018, as we met all of our financial guidance for the year. While we've made progress, there are certainly continued challenges to address, which will continue to put pressure on our service revenue and retail customer growth.

"

**Michel Combes**

# Customer Metrics | 4

# Total
## Connections





| | | | | |
|---|---|---|---|---|
| 54.6 | 54.6 | 54.5 | 54.5 | 54.5 |
| 44 | 57 | (20) | 48 | (8) |
| 4QFY17 | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 |

Net Additions (Losses) - In Thousands    End of Period Connections - In Millions

The company had **8,000 net losses** in the current quarter compared with 44,000 net additions in the year-ago period and 48,000 net additions in the prior quarter.

Sprint ended the quarter with **54.5 million connections**, including 32.8 million postpaid, 8.8 million prepaid, and 12.9 million wholesale and affiliate connections.

# Customer Metrics | 5

**Postpaid net additions** were 169,000 during the quarter compared to net additions of 39,000 in the year-ago period and net additions of 309,000 in the prior quarter. The year-over-year increase was primarily driven by data device net additions that were partially offset by lower phone net additions. The sequential decrease was primarily driven by seasonally lower phone net additions. The current quarter included 129,000 net migrations from prepaid to non-Sprint branded postpaid, compared to 44,000 in the prior year and 107,000 in the prior quarter.

**Postpaid Net Additions**
In Thousands



**Postpaid Total Churn and Postpaid Phone Churn**



**Postpaid phone churn** of 1.82 percent compared to 1.68 percent in the year-ago period and 1.84 percent in the prior quarter. The year-over-year increase was mostly driven by customers rolling off promotional offers, while the sequential decrease was impacted by typical seasonality.

**Postpaid total churn** of 1.81 percent for the quarter compared to 1.78 percent in the year-ago period and 1.85 percent in the prior quarter. The year-over-year increase was primarily driven by higher phone churn that was partially offset by lower data device churn. The sequential decrease was primarily driven by seasonally lower phone churn.

# Customer Metrics  |6

**Postpaid phone net losses** of 189,000 compared to net additions of 55,000 in the year-ago period and net losses of 26,000 in the prior quarter. The year-over-year decrease was driven by lower gross additions associated with less promotional service pricing, and higher churn. Sequentially, seasonally lower gross additions were partially offset by seasonally lower churn. The current quarter included 129,000 net migrations from prepaid to non-Sprint branded postpaid compared to 44,000 in the prior year and 107,000 in the prior quarter.

**Postpaid Phone Net Additions (Losses)**
In Thousands



**Data Device Net Additions (Losses)**
In Thousands



**Data device net additions** of 358,000 in the quarter compared to net losses of 16,000 in the year-ago period and net additions of 335,000 in the prior quarter. The year-over-year increase was driven by tablets, connected car devices, wearables, and other connected devices.

# Customer Metrics  |7

**Average postpaid connections per account** of 2.92 at quarter end compared to 2.85 in the year-ago period and 2.89 in the prior quarter. Both the year-over-year and sequential growth were primarily driven by higher data devices per account.



Average Postpaid Connections per Account

| 4QFY17 | 1QFY18 | 2QFY18 | 3QFY18 | 4QFY18 |
|--------|--------|--------|--------|--------|
| 2.85 | 2.87 | 2.88 | 2.89 | 2.92 |

**Prepaid net losses** of 30,000 during the quarter compared to 170,000 net additions in the year-ago period and 173,000 net losses in the prior quarter. The year-over-year decrease was driven by higher net migrations to postpaid and lower gross additions resulting from the exit of certain channels, while the sequential increase was mostly driven by lower churn. The current quarter included 129,000 net migrations from prepaid to non-Sprint branded postpaid, compared to 44,000 in the prior year and 107,000 in the prior quarter.

**Prepaid churn** was 4.37 percent compared to 4.30 percent for the year-ago period and 4.83 percent for the prior quarter. The sequential decrease was impacted by seasonality.

**Wholesale & affiliate** net losses were 147,000 in the quarter compared to net losses of 165,000 in the year-ago period and 88,000 in the prior quarter. The sequential decline was primarily impacted by seasonally lower gross additions.