# Exhibit AA

# Quarterly Investor
# Update

**Fiscal 4Q17 | 5-2-2018**

www.sprint.com/investors



| 2

# TABLE
## of contents

**3** Highlights

**4** Customer Metrics

**8** Activations

**10** Network

**11** Financials

**17** Liquidity

**18** Outlook

**19** Results Tables

# Highlights    |3

# Fiscal Year 2017 Highlights



**Operating Income**

**HIGHEST** in company history

**Adjusted EBITDA\***

**HIGHEST** in eleven years




**Net Income**

Achieved Net Income for the first time in eleven years



**Transforming Cost Structure**

**4** consecutive years of more than $1 billion of year-over-year reductions[1]

[1] after adjusting for hurricane and other non-recurring charges



**Adjusted Free Cash Flow\***

**POSITIVE** for the second year in a row



**Net Additions**

**HIGHEST** Retail Phone Net Additions in five years



**Network MOST IMPROVED** of any national carrier in fiscal 2017 [2]

Average Download Speeds

Up **36%** year-over-year



[2] Ookla's analysis of Speedtest Intelligence data comparing March 2017 to March 2018 for all mobile results

## Message from the CEO

" In the fourth year of our turnaround, Sprint delivered the best financial results in company history as a result of growing our customer base and continuously improving our cost structure, while significantly improving our LTE network and initiating deployment for the first truly mobile 5G network in the U.S. By executing our turnaround, we have positioned Sprint for strategic opportunities which led to our proposed merger with T-Mobile, which will create an entirely new level of innovation and disruption in the industry. "



Marcelo Claure

# **Customer** Metrics | 4

# **Total** Connections



Net Additions - In Thousands    End of Period - In Millions

The company had **44,000 net additions** in the current quarter compared with 368,000 in the year-ago period and 385,000 in the prior quarter.

Sprint ended the quarter with over **54.6 million connections**, including 32.1 million postpaid, 9.0 million prepaid, and 13.5 million wholesale and affiliate connections.

**Postpaid net additions** were 39,000 during the quarter compared to net losses of 118,000 in the year-ago period and net additions of 256,000 in the prior quarter. The year-over-year increase was primarily driven by higher other device net additions and fewer tablet net losses, while the sequential decrease was primarily driven by lower phone net additions and an increase in tablet net losses. The current quarter included 44,000 net migrations from prepaid to non-Sprint branded postpaid.

**Postpaid Net Additions (Losses)**
In Thousands



**Postpaid Total Churn and Postpaid Phone Churn**



—O— Postpaid Phone Churn      —O— Postpaid Total Churn

**Postpaid phone churn** of 1.68 percent compared to 1.58 percent in the year-ago period and 1.71 percent in the prior quarter. The year-over-increase was driven by the company's decision to selectively manage both higher ARPU customers and customers rolling off device commitments in order to maximize the net present value of the base. The sequential decrease was impacted by typical seasonality.

**Postpaid total churn** of 1.78 percent for the quarter compared to 1.75 percent in the year-ago period and 1.80 percent in the prior quarter. The year-over-year increase and sequential decrease were mostly impacted by changes in postpaid phone churn.

# **Customer** Metrics    |6

**Postpaid phone net additions** of 55,000 compared to net additions of 42,000 in the year-ago period and 184,000 in the prior quarter. Year-over-year, higher gross additions were partially offset by higher churn, while the sequential decrease was primarily driven by seasonally lower gross additions. The current quarter included 44,000 net migrations from prepaid to non-Sprint branded postpaid.

**Postpaid Phone Net Additions**
In Thousands



**Tablet and other device net losses** of 16,000 in the quarter compared to net losses of 160,000 in the year-ago period and net additions of 72,000 in the prior quarter. The year-over-year increase was driven by sales of wearables, combined with lower tablet net losses. Sequentially, the decrease was driven by an increase in tablet net losses. The current quarter included 130,000 tablet net losses, compared to 170,000 in the year-ago period and 69,000 in the prior quarter.

**Postpaid Connections**
In Millions

■ Phones    ■ Tablets and Other Devices



# **Customer** Metrics      |7

**Average postpaid connections per account** of 2.85 at quarter end compared to 2.77 in the year-ago period and 2.83 in the prior quarter. The growth has been driven by higher phones per account, partially offset by tablet losses.



**Average Postpaid Connections per Account**



**Prepaid Net Additions**
In Thousands

**Wholesale & affiliate** net losses were 165,000 in the quarter compared to net additions of 291,000 in the year-ago period and net additions of 66,000 in the prior quarter. The year-over-year and sequential declines were primarily driven by lower connected device net additions, which generally have a lower ARPU than other wholesale & affiliate customers.

**Prepaid net additions** of 170,000 during the quarter compared to 195,000 in the year-ago period and 63,000 in the prior quarter. The year-over-year decrease was due to 44,000 net migrations from prepaid to non-Sprint branded postpaid. Sequentially, the improvement was mostly driven by higher gross additions and lower churn in the Boost brand.

**Prepaid churn** was 4.30 percent compared to 4.69 percent for the year-ago period and 4.63 percent for the prior quarter. The year-over-year and sequential improvement was mostly due to lower churn in the Boost brand.