# Exhibit BB

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-K

_____

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended March 31, 2019

or

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from  to

Commission File number 1-04721

_____

# SPRINT CORPORATION
*(Exact name of registrant as specified in its charter)*

_____

| | |
|---|---|
| **Delaware** | **46-1170005** |
| *(State or other jurisdiction of incorporation or organization)* | *(I.R.S. Employer Identification No.)* |
| **6200 Sprint Parkway, Overland Park, Kansas** | **66251** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**Registrant's telephone number, including area code: (913) 794-1091**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.01 par value | S | New York Stock Exchange |

_____

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐    No ☒

Aggregate market value of voting and non-voting common stock equity held by non-affiliates of Sprint Corporation at September 30, 2018 was $4,088,584,646

**COMMON STOCK OUTSTANDING AT MAY 28, 2019:** 4,090,807,600 shares

**DOCUMENTS INCORPORATED BY REFERENCE**

Part III of this Annual Report on Form 10-K incorporates by reference certain information from the registrant's definitive proxy statement with respect to any 2019 annual meeting of stockholders that is held.

SPRINT CORPORATION

TABLE OF CONTENTS

|        |                                                                                                                       | Page Reference |
|--------|-----------------------------------------------------------------------------------------------------------------------|----------------|
| **Item** | **PART I**                                                                                                          |                |
| 1.     | Business                                                                                                              | 1              |
| 1A.    | Risk Factors                                                                                                          | 13             |
| 1B.    | Unresolved Staff Comments                                                                                             | 27             |
| 2.     | Properties                                                                                                            | 28             |
| 3.     | Legal Proceedings                                                                                                    | 28             |
| 4.     | Mine Safety Disclosures                                                                                              | 28             |
|        | **PART II**                                                                                                          |                |
| 5.     | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities        | 29             |
| 6.     | Selected Financial Data                                                                                              | 30             |
| 7.     | Management's Discussion and Analysis of Financial Condition and Results of Operations                               | 31             |
| 7A.    | Quantitative and Qualitative Disclosures about Market Risk                                                           | 60             |
| 8.     | Financial Statements and Supplementary Data                                                                          | 61             |
| 9.     | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure                                | 61             |
| 9A.    | Controls and Procedures                                                                                              | 61             |
| 9B.    | Other Information                                                                                                    | 62             |
|        | **PART III**                                                                                                        |                |
| 10.    | Directors, Executive Officers and Corporate Governance                                                               | 63             |
| 11.    | Executive Compensation                                                                                               | 63             |
| 12.    | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters                      | 63             |
| 13.    | Certain Relationships and Related Transactions, and Director Independence                                            | 64             |
| 14.    | Principal Accounting Fees and Services                                                                               | 64             |
|        | **PART IV**                                                                                                         |                |
| 15.    | Exhibits and Financial Statement Schedules                                                                           | 65             |
| 16.    | Form 10-K Summary                                                                                                    | 65             |

Table of Contents

SPRINT CORPORATION

SECURITIES AND EXCHANGE COMMISSION

ANNUAL REPORT ON FORM 10-K

PART I

**Item 1.        Business**

FORMATION

Sprint Corporation, incorporated in 2012 under the laws of Delaware is a holding company, with operations conducted by its subsidiaries. Our common stock trades on the New York Stock Exchange (NYSE) under the symbol "S."

On July 10, 2013, SoftBank Corp., which subsequently changed its name to SoftBank Group Corp., and certain of its wholly-owned subsidiaries (together, SoftBank) completed the merger (SoftBank Merger) with Sprint Nextel Corporation (Sprint Nextel) as contemplated by the Agreement and Plan of Merger, dated as of October 15, 2012 (as amended, the Merger Agreement) and the Bond Purchase Agreement, dated as of October 15, 2012. As a result of the SoftBank Merger, Starburst II, Inc. (Starburst II) became the parent company of Sprint Nextel. Immediately thereafter, Starburst II changed its name to Sprint Corporation and Sprint Nextel changed its name to Sprint Communications, Inc. (Sprint Communications). As a result of the completion of the SoftBank Merger, SoftBank acquired an approximate 78% interest in Sprint Corporation. Subsequently, open market stock purchases by SoftBank increased their ownership to nearly 85% of the outstanding common stock of Sprint Corporation as of March 31, 2019.

**Item 2.**          **Properties**

Our corporate headquarters are located in Overland Park, Kansas. Our gross property, plant and equipment at March 31, 2019 totaled $41.7 billion, as follows:

|  | March 31, 2019 |
|---|---:|
|  | *(in billions)* |
| Wireless | $ 38.0 |
| Wireline | 1.4 |
| Corporate and other | 2.3 |
| Total | $ 41.7 |

Properties utilized by our Wireless segment generally consist of either leased or owned assets in the following categories: switching equipment, radio frequency equipment, cell site towers and related leasehold improvements, site development costs, network software, devices leased to customers, internal-use software, retail fixtures and retail leasehold improvements.

Properties utilized by our Wireline segment generally consist of either leased or owned assets in the following categories: digital fiber optic cable, transport facilities, transmission-related equipment and network buildings.

**Item 3.**          **Legal Proceedings**

On April 22, 2019, a complaint was filed in federal court in New York against the Company and two of our executive officers in their capacities as such. The lawsuit, entitled Meneses, et al. v. Sprint Corporation, et al., and purportedly brought on behalf of a class of Sprint shareholders, alleges that between January 2019 and April 2019 the defendants violated federal securities laws and rules by failing to properly disclose that certain postpaid net subscriber additions were driven by free lines and included less valuable tablet and other non-phone devices, as well as prepaid to postpaid migrations. The plaintiff seeks damages and reasonable costs and attorneys' fees. The Company believes the lawsuit is without merit.

On April 19, 2012, the New York Attorney General filed a complaint alleging that Sprint Communications had fraudulently failed to collect and pay more than $100 million in New York sales taxes on receipts from its sale of wireless telephone services since July 2005. The complaint also sought recovery of triple damages under the State False Claims Act, as well as penalties and interest. Sprint Communications moved to dismiss the complaint on June 14, 2012. On July 1, 2013, the court entered an order denying the motion to dismiss in large part, although it did dismiss certain counts or parts of certain counts. Sprint Communications appealed that order and the intermediate appellate court affirmed the order of the trial court. On October 20, 2015, the Court of Appeals of New York affirmed the decision of the appellate court that the tax statute required us to collect and remit the disputed taxes. Our petition for certiorari to the U.S. Supreme Court on grounds of federal preemption was denied. We previously paid the principal amount of tax at issue, under protest, while the suit was pending. On December 21, 2018, Sprint Communications and the State of New York settled the dispute, as well as an unrelated tax matter. As a result, the Company recognized an additional $50 million of litigation expense during the year ended March 31, 2019.

Various other suits, inquiries, proceedings and claims, either asserted or unasserted, including purported class actions typical for a large business enterprise and intellectual property matters, are possible or pending against us or our subsidiaries. If our interpretation of certain laws or regulations, including those related to various federal or state matters such as sales, use or property taxes, or other charges were found to be mistaken, it could result in payments by us. While it is not possible to determine the ultimate disposition of each of these proceedings and whether they will be resolved consistent with our beliefs, we expect that the outcome of such proceedings, individually or in the aggregate, will not have a material adverse effect on our financial position or results of operations. Except as otherwise noted, during the year ended March 31, 2019, there were no material developments in the status of these legal proceedings.

**Item 4.**          **Mine Safety Disclosures**

None.

Table of Contents

**PART II**

**Item 5.**          **Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities**

**Common Share Data**

The common stock of Sprint Corporation is traded under the stock symbol "S" on the NYSE. We currently have no non-voting common stock outstanding.

**Number of Stockholders of Record**

As of May 28, 2019, we had approximately 25,000 common stock record holders.

**Issuer Purchases of Equity Securities**

None.

**Performance Graph**

The graph below compares the cumulative total shareholder return for the Company's common stock with the S&P® 500 Stock Index and the Dow Jones U.S. Telecommunications Index for the five-year period from March 31, 2014 to March 31, 2019. The graph assumes an initial investment of $100 on March 31, 2014.



**Value of $100 Invested on March 31, 2014**

|  | 3/31/2014 | 3/31/2015 | 3/31/2016 | 3/31/2017 | 3/31/2018 | 3/31/2019 |
|---|---|---|---|---|---|---|
| Sprint Corporation | $ 100.00 | $ 51.58 | $ 37.87 | $ 94.45 | $ 53.10 | $ 61.48 |
| S&P 500 Index | $ 100.00 | $ 112.73 | $ 114.74 | $ 134.45 | $ 153.26 | $ 167.81 |
| Dow Jones U.S. Telecom Index | $ 100.00 | $ 104.08 | $ 121.90 | $ 126.81 | $ 120.50 | $ 132.33 |

29

Table of Contents

**Item 6.        Selected Financial Data**

The following selected financial data is derived from our consolidated financial statements. The data below should be read together with "Part I, Item 1A. Risk Factors", "Part II, Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations" and "Part II, Item 8. Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

On December 22, 2017, the U.S. government enacted comprehensive tax legislation commonly referred to as the Tax Cuts and Jobs Act (the Tax Act). The Tax Act included changes in tax laws that had a material impact on our financial statements. During the year ended March 31, 2018, we recorded a $7.1 billion non-cash tax benefit through net income (loss) to re-measure the carrying values of our deferred tax assets and liabilities. The re-measurement of deferred taxes had no impact on cash flows. See *Note 11. Income Taxes* in Notes to the Consolidated Financial Statements in "Part II, Item 8. Financial Statements and Supplementary Data" of this Annual Report on Form 10-K for additional information.

On April 1, 2018 the Company adopted authoritative guidance regarding *Revenue from Contracts with Customers*. The Company adopted this standard using the modified retrospective method, which requires that the cumulative effect of initially applying the standard be recognized at the date of application beginning April 1, 2018. We recorded a pre-tax cumulative effect of $1.7 billion ($1.3 billion, net of tax) as a reduction to the April 1, 2018 opening balance of accumulated deficit. See *Note 8. Revenues from Contracts with Customers* in Notes to the Consolidated Financial Statements in "Part II, Item 8. Financial Statements and Supplementary Data" of this Annual Report on Form 10-K for additional information related to the adoption of this standard.

The selected financial data presented below is not comparable for all periods presented primarily as a result of the Tax Act and the adoption of the above accounting standard.

|  | Year Ended March 31, | | | | |
|---|---|---|---|---|---|
|  | 2019 | 2018 | 2017 | 2016 | 2015 |
|  | *(in millions, except per share amounts)* | | | | |
| **Results of Operations** |  |  |  |  |  |
| Service revenue | $ 22,857 | $ 23,834 | $ 25,368 | $ 27,174 | $ 29,542 |
| Equipment sales | 5,606 | 4,524 | 4,684 | 3,168 | 4,826 |
| Equipment rentals | 5,137 | 4,048 | 3,295 | 1,838 | 164 |
| Net operating revenues | 33,600 | 32,406 | 33,347 | 32,180 | 34,532 |
| Depreciation - network and other | 4,245 | 3,976 | 3,982 | 4,013 | 3,591 |

| | | | | | |
|---|---|---|---|---|---|
| Depreciation - equipment rentals | 4,538 | 3,792 | 3,110 | 1,781 | 206 |
| Amortization | 608 | 812 | 1,052 | 1,294 | 1,552 |
| Goodwill impairment[1] | 2,000 | — | — | — | — |
| Operating income (loss) | 398 | 2,727 | 1,764 | 310 | (1,895) |
| Net (loss) income | (1,943) | 7,377 | (1,206) | (1,995) | (3,345) |
| Net (loss) income attributable to Sprint Corporation | (1,943) | 7,389 | (1,206) | (1,995) | (3,345) |
| **(Loss) Earnings per Share** | | | | | |
| Basic net (loss) income per common share | $ (0.48) | $ 1.85 | $ (0.30) | $ (0.50) | $ (0.85) |
| Diluted net (loss) income per common share | (0.48) | 1.81 | (0.30) | (0.50) | (0.85) |
| **Financial Position** | | | | | |
| Total assets | $ 84,601 | $ 85,459 | $ 85,123 | $ 78,975 | $ 82,841 |
| Property, plant and equipment, net | 21,201 | 19,925 | 19,209 | 20,297 | 19,721 |
| Intangible assets, net | 47,832 | 50,360 | 50,484 | 51,117 | 52,455 |
| Total debt, capital lease and financing obligations | 39,923 | 40,892 | 40,914 | 33,958 | 33,642 |
| Total stockholders' equity | 26,072 | 26,356 | 18,808 | $ 19,783 | 21,710 |
| Noncontrolling interests | 55 | 63 | — | — | — |
| **Cash Flow Data** | | | | | |
| Net cash provided by (used in) operating activities | $ 10,429 | $ 10,062 | $ (3,290) | $ (423) | $ 3,749 |
| Capital expenditures - network and other | 4,963 | 3,319 | 1,950 | 4,680 | 5,422 |
| Capital expenditures - leased devices | 7,441 | 7,461 | 4,976 | 5,898 | 1,885 |

_____

(1) During the year ended March 31, 2019, the Company completed its annual impairment testing for goodwill assigned to the Wireless reporting unit and as a result, recorded a non-cash impairment charge of $2.0 billion. See Note 6. Intangible Assets in Notes to the Consolidated Financial Statements in "Part II, Item 8. Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

30

Table of Contents

**Item 7.**           *Management's Discussion and Analysis of Financial Condition and Results of Operations*

**OVERVIEW**

**Business Overview**

Sprint is a communications company offering a comprehensive range of wireless and wireline communications products and services that are designed to meet the needs of individual consumers, businesses, government subscribers, and resellers. Unless the context otherwise requires, references to "Sprint," "we," "us," "our" and the "Company" mean Sprint Corporation and its consolidated subsidiaries for all periods presented, and references to "Sprint Communications" are to Sprint Communications, Inc. and its consolidated subsidiaries.

Wireless segment earnings represented almost all of our total consolidated segment earnings for the year ended March 31, 2019. Within the Wireless segment, postpaid wireless service revenue represents the most significant contributor to earnings, and is driven by the number of postpaid subscribers to our services, as well as the average revenue per user (ARPU).

**Business Combination Agreement**

On April 29, 2018, we announced that we entered into a Business Combination Agreement with T-Mobile US, Inc. to merge in an all-stock transaction for a fixed exchange ratio of 0.10256 of T-Mobile shares for each Sprint share, or the equivalent of 9.75 Sprint shares for each T-Mobile share (Merger Transactions). Immediately following the Merger Transactions, Deutsche Telekom AG and SoftBank Group Corp. are expected to hold approximately 42% and 27% of fully-diluted shares of the combined company, respectively, with the remaining 31% of the fully-diluted shares of the combined company held by public stockholders. The board of directors will consist of 14 directors, of which nine will be nominated by Deutsche Telekom AG, four will be nominated by SoftBank Group Corp., and the final director will be the CEO of the combined company. The combined company will be named T-Mobile, and as a result of the Merger Transactions, is expected to be able to rapidly launch a nationwide 5G network, accelerate innovation and increase competition in the U.S. wireless, video and broadband industries. The Merger Transactions are subject to customary closing conditions, including certain state and federal regulatory approvals, and regulatory approval from the Federal Communications Commission (FCC) and the Department of Justice (DOJ) is expected in the first half of calendar year 2019. Sprint and T-Mobile completed the Hart-Scott-Rodino filing with the DOJ on May 24, 2018. On June 18, 2018, the parties filed with the FCC the merger applications, including the Public Interest Statement. On July 18, 2018, the FCC accepted the applications for filing and established a public comment period for the Merger Transactions. The formal comment period concluded on October 31, 2018. The Merger Transactions received clearance from the Committee on Foreign Investment in the United States on December 17, 2018 and are awaiting further regulatory approvals. On April 27, 2019, the parties to the Business Combination Agreement extended the Outside Date (as defined in the Business Combination Agreement) to July 29, 2019.

**Revenue Recognition**

The Company adopted *Revenue from Contracts with Customers* (Topic 606) beginning on April 1, 2018 using the modified retrospective method. See *Note 8. Revenues from Contracts with Customers* in Notes to the Consolidated Financial Statements in "Part II, Item 8. Financial Statements and Supplementary Data" of this Annual Report on Form 10-K for additional information related to revenues and contract costs, including qualitative and quantitative disclosures required under Topic 606. The impact to our consolidated