UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2021
```

ISAAC SOLOMON, on behalf of himself and all others similarly situated,

                                    Plaintiff,

                    -against-

SPRINT CORPORATION, et al.,

                                    Defendants.

1:19-cv-05272-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff's motion to file a sur-reply [ECF No. 52] is GRANTED. Plaintiff should file his sur-reply on the docket on or before July 2, 2021. Defendants may file a response to the new submission, not to exceed five pages, on or before July 7, 2021.

The request for oral argument [ECF No. 51] also is GRANTED. The parties must appear for oral argument on the motion to dismiss Plaintiff's Amended Complaint on August 4, 2021 at 11:00AM. Absent further order of the Court, the argument will be held remotely using the Microsoft Teams platform. A link to join by video will be sent to the parties in advance of the argument. If the link is not received at least one week in advance, the parties should email the Court at VyskocilNYSDChambers@nysd.uscourts.gov. Interested members of the press and public listen to the argument by telephone. Dial-in information will be posted on the public docket in advance of the argument date.

**SO ORDERED.**

**Date:  June 29, 2021**
      **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**