## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

May 31, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2022

**Via ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Solomon v. Sprint, et al.*, No. 19-cv-05272 (MKV)

Dear Judge Vyskocil:

We represent defendants Sprint Corporation, Michel Combes, Andrew Davies, Marcelo Claure, and Tarek Robbiati ("Defendants") in the above-referenced action. I write with the consent of Plaintiffs' counsel to respectfully request that the Initial Pretrial Conference scheduled for June 1, 2022, at 2:30 PM be adjourned or held virtually in light of my testing positive for COVID-19 over this past weekend. While I understand the Court requires a request for extension or adjournment to be filed at least 72 hours prior to the Initial Pretrial Conference (ECF No. 68), Defendants were not able to notify the Court prior to now because this is the first business day since the positive test. So that I may participate, including updating the Court on Defendants' views on potential timing for mediation, Defendants respectfully request that the Court adjourn the Initial Pretrial Conference to a later date on or after June 7, 2022, or, in the alternative, hold the Initial Pretrial Conference scheduled for June 1, 2022, on a virtual platform. This is Defendants' first request for an adjournment of the Initial Pretrial Conference. Defendants have conferred with Plaintiffs, who consent to the requested adjournment or virtual platform.

Respectfully submitted,

/s/ Scott D. Musoff

Scott D. Musoff

cc: All counsel via ECF

With wishes of good health and a speedy recovery, the Court hereby ADJOURNS the conference currently scheduled for June 1, 2022. The Parties are directed to appear for the Initial Pretrial Conference on June 8, 2022 at 11:00am. SO ORDERED.
Date: 5/31/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge