**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>                                        Plaintiffs,<br><br>            v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>                                        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Civil Action No. 1:19-cv-05272-MKV**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF MOTION FOR LEAVE
TO FILE A SECOND AMENDED COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated June 17, 2022, the proposed Second Amended Complaint in redline and clean copy, dated June 17, 2022, and all the proceedings to date herein, Plaintiffs Isaac Solomon and Francine Canion (collectively "Plaintiffs") hereby move before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States District Court for the Southern District of New York, at the courthouse located at 500 Pearl Street, New York, New York 10007, Courtroom 18C, for leave to file a Second Amended Complaint in accordance with this Court's June 8, 2022 Order, (ECF No. 72), Rule 15 of the Federal Rules of Civil Procedure, and Rule 7.1(a) of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, for an Order granting Plaintiffs leave to file their Second Amended Complaint.

Dated:  June 17, 2022

1

Respectfully submitted,

*/s/ Omar Jafri*

**POMERANTZ LLP**

Patrick V. Dahlstrom
Omar Jafri
Brian O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com
        ojafri@pomlaw.com
        boconnell@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (212) 661-8665
Email:  jalieberman@pomlaw.com
        ahood@pomlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 17, 2022, I served a copy of Plaintiffs' Motion to counsel of

record for Defendants using the CM/ECF system, which will send email notification of this filing

to all attorneys of record.

Executed on June 17, 2022.

*/s/ Omar Jafri*
Omar Jafri