**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>Defendants. | **Civil Action No. 1:19-cv-05272-MKV** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

The Court considered Plaintiffs' Motion for Leave to File a Second Amended Class Action Complaint and all associated filings.  Having considered the issues, the Court grants Plaintiffs' Motion.

IT IS SO ORDERED.

Dated:_____

_____
Hon. Mary Kay Vyskocil
United States District Judge

1