USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2022

**Joint Status Letter Regarding Settlement**

**July 27, 2022**

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: *Solomon et al. v. Sprint Corporation et al.*, No. 19-cv-05272-MKV

Dear Judge Vyskocil:

    We write on behalf of Plaintiffs Isaac Solomon and Francine Canion ("Plaintiffs") and Defendants Sprint Corporation, Michel Combes, Andrew Davies, Marcelo Claure and Tarek Robbiati (together with Plaintiffs, the "Parties") to inform you that, following a mediation session held on July 21, 2022, the Parties have agreed in principle to a Class Action Settlement of this Action subject to Court approval. Plaintiffs will file a pre-motion letter seeking permission to move for preliminary approval of the general terms of the Settlement within the next 45 days.

                Respectfully submitted,

                **POMERANTZ LLP**

                */s/ Omar Jafri*

                Patrick V. Dahlstrom
                Omar Jafri
                Brian O'Connell
                10 S. LaSalle Street, Suite 3505
                Chicago, IL 60603
                Tel: (312) 377-1181
                Email: pdhalstrom@pomlaw.com
                      ojafri@pomlaw.com
                      boconnell@pomlaw.com

                *Attorneys for Plaintiffs*

SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM LLP

*/s/ Scott D. Musoff*

Scott D. Musoff
Arthur R. Bookout
Thania (Athanasia) Charmani
One Manhattan West
New York, NY 10001
Phone:  (212) 735-3000
Fax:      (212) 735-2000
Email:   scott.musoff@skadden.com
            art.bookout@skadden.com
            thania.charmani@skadden.com

*Attorneys for Defendants*

**No pre-motion letter is necessary in this case.  The Parties shall move on or before September 12, 2022 for preliminary approval of a class and the settlement, and form of notice to the class of the settlement.  SO ORDERED.**

Date: 7/27/2022
New York, New York

Mary Kay Vyskocil
United States District Judge

2