UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:19-cv-05272-MKV |

**DECLARATION OF OMAR JAFRI
IN SUPPORT OF UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

1. I, Omar Jafri, am an attorney licensed to practice in the State of Illinois, and am admitted *pro hac vice* in this Action. I am an attorney in the firm of Pomerantz LLP, Lead Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation of Settlement executed on September 12, 2022. The Stipulation includes the following attachments:

Exhibit 1-A    [Proposed] Preliminary Approval Order

Exhibit 1-B    [Proposed] Order and Final Judgment

Exhibit 1-C    Summary Notice and Proposed Settlement of Class Action

Exhibit 1-D    Notice of Pendency and Proposed Settlement of Class Action

Exhibit 1- E    Proof of Claim and Release

I declare that the foregoing is true and correct.

Executed on September 12, 2022

*/s/ Omar Jafri*