**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  **Civil Action No. 1:19-cv-05272-MKV** |

### SUMMARY NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION

**TO:    All individuals and entities who purchased or otherwise acquired Sprint common stock between October 25, 2017 and November 1, 2019, both dates inclusive, and who were damaged thereby.**

**Excluded from the Settlement Class are (i) Defendants; (ii) the parent entity, officers and directors of the Company, at all relevant times; (iii) members of the immediate families of such officers and directors of the Company, and their legal representatives, heirs, successors or assigns; and (iv) any entity in which Defendants have or had a controlling interest. Also excluded from the Settlement Class is any Settlement Class member that validly and timely requests exclusion in accordance with the requirements set by the Court.**

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY.**
**YOUR RIGHTS MAY BE AFFECTED BY PROCEEDINGS IN THIS ACTION.**

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, 2022, at _____ .m., before the Honorable Mary Kay Vyskocil in Courtroom 18C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for the purpose of determining, among other things: (1) whether the proposed Settlement of the Settlement Class's claims against the Defendants for $3,750,000 in cash should be approved as fair, reasonable and adequate; (2) whether the Plan of Allocation should be approved as fair, reasonable and adequate; (3) whether the application by Lead Counsel for an award of attorneys' fees and expenses should be approved; (4) whether a request for reimbursement of Plaintiffs' costs and expenses should be approved; and (5) whether the Action should be dismissed with prejudice against the Defendants as set forth in the Stipulation of Settlement filed with the Court.

If you purchased or acquired Sprint common stock between October 25, 2017 through November 1, 2019, your rights may be affected by the Settlement of this Action, including the

release and extinguishment of claims you may possess relating to your ownership interest in Sprint common stock. If you have not received a detailed Notice of Pendency and Class Action Settlement (the "Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to the Settlement Administrator at: Sprint Securities Litigation, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, www.sprintsecuritiesclassaction.com

If you are a member of the Settlement Class and wish to share in the Settlement money, you must submit a Proof of Claim no later than _____ establishing that you are entitled to recovery. As further described in the Notice, you will be bound by any judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Settlement Class, in accordance with the procedures set forth in the Notice, by no later than _____. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation. Any objections to the Settlement, Plan of Allocation, attorney's fees and expenses, or Plaintiffs' reimbursement award must be filed and served, in accordance with the procedures set forth in the Notice, no later than _____, to each of the following:

| Clerk of the Court | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court Southern District of New York 500 Pearl Street New York, NY 10007 | Omar Jafri POMERANTZ LLP 10 South LaSalle Street Suite 3505 Chicago, IL 60603 | Scott D. Musoff SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP One Manhattan West New York, NY 10001 |

If you have any questions about the Settlement, you may visit www.sprintsecuritiesclassaction.com or contact Lead Counsel at the above address or via telephone at (312) 377-1181.

**INQUIRIES <u>SHOULD NOT</u> BE DIRECTED TO THE COURT, THE CLERK'S OFFICE, DEFENDANTS, OR DEFENDANTS' COUNSEL.**

Dated: _____, 2022

By Order of the Court
United States District Court
Southern District of New York