UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-05272-MKV <br><br> CLASS ACTION <br><br> **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AN APPLICATION FOR ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES AND A REIMBURSEMENT AWARD FOR PLAINTIFFS** |
| Plaintiffs, | |
| v. | |
| SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI | |
| Defendants. | |

Lead Plaintiff Isaac Solomon and additional Plaintiff Francine Canion ("Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move this Court, before the Honorable Mary Kay Vyskocil on August 14, 2023 at 2:00 p.m., in Courtroom 18C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY 100072, or such other location and time as set by the Court, for an Order (i) certifying the Class; (ii) finally approving the Settlement and Plan of Allocation; (iii) awarding attorneys' fees to Lead Counsel in the amount of 33 1/3% of the Settlement Amount, plus interest; (iv) granting reimbursement of $121,491.12 in litigation expenses; and (v) awarding reimbursement to each Plaintiff in the amount of $5,000.

The form of the proposed Order and Judgment Granting Final Approval of Class Action Settlement ("proposed Final Order") was attached as Exhibit 1-B to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 87-3), and an updated proposed Final Order will be submitted with Lead Counsel's Reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.

Defendants do not oppose final approval of the Settlement, and they take no position on Lead Counsel's Application for Attorneys' Fees, Reimbursement of Litigation Expenses and a Reimbursement Award to Plaintiffs.

Dated: July 14, 2023  /s/ *Omar Jafri*

**POMERANTZ LLP**

Patrick V. Dahlstrom
Omar Jafri
Brian P. O'Connell
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

E-mail: pdahlstrom@pomlaw.com
ojafri@pomlaw.com
boconnell@pomlaw.com

-and-

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
ahood@pomlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on July 14, 2023, I served a copy of Plaintiffs' Motion to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on July 14, 2023.


/s/ *Omar Jafri*
Omar Jafri