# Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>        v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>                Defendants. | **Civil Action No. 1:19-cv-05272-MKV**<br>**DECLARATION OF ISAAC SOLOMON** |

I, Isaac Solomon, hereby declare as follows:

1.  I am the Court-appointed Lead Plaintiff in the above-captioned action (the "Action"). I submit this declaration in support of: (i) Lead Plaintiff's motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses, including the request of a reimbursement award in the amount of $5,000 to me for my representation of the Class in this Action. I have personal knowledge of the matters set forth in this Declaration, and I could and would testify competently to these matters.

2.  I have been involved in this Action since the Complaint's filing on June 5, 2019. On May 13, 2020, the Court appointed me to serve as the Lead Plaintiff. On April 11, 2023, the Court preliminarily certified the Settlement Class for settlement purposes and preliminarily approved my appointment to serve as a class representative for the Class.

3.  Throughout the course of this litigation, I have been employed as a pharmacist. As part of my duties as a pharmacist, during the course of the litigation I administered COVID-19

vaccines. During the course of the litigation, my hourly rate of compensation was approximately $58 per hour.

4.   In fulfillment of my responsibilities as a plaintiff in this Action, I have worked with Lead Counsel regarding all aspects of the litigation and resolution of this case. I have been in regular contact with Lead Counsel to monitor and contribute to the successful prosecution of this Action, and I received regular status reports from Lead Counsel on case developments. I always made myself available to Lead Counsel. The various tasks I have performed include, but are not limited to:

    a.   participating in the preparation of the motion and supporting documents to request my appointment as Lead Plaintiff;

    b.   reviewing the original complaint and amended complaints filed on my behalf and the factual bases of the allegations set forth therein;

    c.   reviewing Defendants' papers in support of their attempts to dismiss the complaints;

    d.   consulting with Lead Counsel regarding public records requests, and gathering documents to fulfill my discovery obligations;

    e.   reviewing proposed amendments to the Complaint;

    f.   discussing mediation with Lead Counsel;

    g.   discussing the proposed settlement with Lead Counsel, including evaluating the Settlement amount, conferring with Lead Counsel, and ultimately approving the Settlement; and

    h.   reviewing the Court's Order that preliminarily approved the Settlement and discussing issues relevant to the final approval process with Lead Counsel.

5. I have done my best to promote the interests of the Class and to obtain the best recovery possible under the circumstances. Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe that the Settlement provides a fair, reasonable, and adequate recovery for the Class, particularly in light of the risks of continued litigation.

6. I understand that reimbursement of a Plaintiff's reasonable costs and expenses is authorized under the PSLRA, including lost wages. I estimate that I have spent approximately 100 hours in performing all of the work I have done in this Action for the direct benefit of the Class, as recounted in paragraph 4, above. If I had otherwise devoted that time to my business activities, I estimate the value of the time that I dedicated to this Action to be well in excess of $5,000.

7. While I understand that the ultimate determination of Lead Counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I believe that Lead Counsel's requested fee of one-third of the Settlement Amount, plus interest, and requested expense reimbursement is fair and reasonable in light of the work performed on behalf of the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: July 14, 2023