**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Civil Action No. 1:19-cv-05272-MKV**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF OMAR JAFRI**
**IN SUPPORT OF REPLY IN SUPPORT OF**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1.      I, Omar Jafri, am an attorney licensed to practice in the State of Illinois, and am admitted *pro hac vice* in this Action.  I am an attorney in the firm of Pomerantz LLP, Lead Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Plaintiffs' Reply in Support of Final Approval of Class Action Settlement.

2.      Attached hereto as Exhibit A is a true and correct copy of the Supplemental Declaration of Eric Nordskog on Behalf of A.B. Data, Ltd. Regarding Notice Administration. Attached to this Exhibit are the two purported exclusions.

3.      Attached hereto as Exhibit B is a true and correct copy of the Declaration of additional Plaintiff Francine Canion in support of the Settlement.

4.      Attached hereto as Exhibit C is a revised Proposed Order for final approval of the Settlement.


I declare that the foregoing is true and correct.

Executed on August 7, 2023

*/s/ Omar Jafri*