# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>        v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>                  Defendants. | **Civil Action No. 1:19-cv-05272-MKV**<br><br>**SUPPLEMENTAL DECLARATION OF ERIC NORDSKOG ON BEHALF OF A.B. DATA, LTD. REGARDING NOTICE ADMINISTRATION** |

I, Eric Nordskog, declare as follows:

1.     I am a Senior Project Manager with A.B. Data, Ltd. ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's April 11, 2023, Preliminary Approval Order, A.B. Data was appointed as Settlement Administrator in connection with the above-captioned action (the "Action")[1]. I am over 21 years of age and am not a party to the Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     I submit this Declaration as a supplement to my earlier declaration, the Declaration of Eric Nordskog on behalf of A.B. Data, Ltd. Regarding Notice Administration, dated July 12, 2023 (the "Notice Administration Declaration"). ECF No. 95-1.

**DIRECT MAIL NOTICE**

3.     Pursuant to the Preliminary Approval Order, A.B. Data was responsible for mailing the Notice of Pendency and Settlement of Class Action (the "Notice") and Proof of Claim and

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement dated September 12, 2022 (the "Stipulation"). ECF No. 83-2.

Release Form (the "Claim Form" and, collectively with the Notice, the "Notice Packet") to those members of the Settlement Class who hold (or held) their eligible securities directly and are listed in the records of Sprint's transfer agent with respect to such holdings. As more fully detailed in the Notice Administration Declaration, as of July 12, 2023, A.B. Data had mailed a total of 24,420 Notice Packets directly to potential Settlement Class Members.

4. Since the Notice Administration Declaration was executed no additional Notice Packets have been mailed.

## MEDIA NOTICE

5. As further detailed in Notice Administration Declaration, for those Settlement Class Members whose information was not available through Sprint's transfer agent, notice was disseminated through a comprehensive media plan. Starting on or about May 11, 2023, A.B. Data began running a 30-day digital media campaign publicizing the Settlement, which resulted in at least 137 million impressions among the targeted audience. On or about May 11, 2023, A.B. Data began utilizing microtargeting strategies on social media (LinkedIn and Twitter) to identify and engage potential Settlement Class Members.

## TELEPHONE HELPLINE AND WEBSITE

6. A.B. Data continues to maintain a case-specific, toll-free telephone helpline, 1-877-390-3469, with an interactive voice response system and live operators, to accommodate potential Settlement Class Members with questions about the Action and the Settlement. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have had the option to be transferred to a live operator during business hours.

2

7.      A.B. Data also continues to maintain a website dedicated to the Settlement, www.SprintSecuritiesClassAction.com, to assist potential Settlement Class Members. The website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and the date, time, and location of the Court's Settlement Hearing. Copies of the Notice, Claim Form, Stipulation of Settlement, and Preliminary Approval Order are posted on the website and are available for downloading.

8.      A.B. Data will continue to maintain and, as appropriate, update the website and toll-free number until the conclusion of the administration.

## REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

9.      The Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class are to be mailed to the Settlement Administrator. The Notice also set forth the information that was required to be included in each request for exclusion. As of the date of this Declaration, A.B. Data has received two (2) requests for exclusion. Attached to this Declaration as Exhibit A is a listing of the exclusion requests received and redacted copies of the requests.

10.      Settlement Class Members seeking to object to the Settlement, proposed Plan of Allocation of the Net Settlement Fund, and/or Lead Counsel's Fee and Expense Application are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than July 31, 2023.  As of the date of this Declaration, A.B. Data has not received any objections.

## CLAIMS RECEIVED TO DATE

11.      The deadline to submit a Claim Form was July 25, 2023. As of the date of this Declaration, A.B. Data has received 19,785 claims. In our experience, many claims are submitted

3

right at the deadline such that additional claims might be received after the deadline passes.  A.B. Data is currently conducting audits and quality assurance reviews of the submitted claims, such as verifying that the claim includes the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been determined.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of August 2023.

Eric Nordskog

4

# EXHIBIT A

**Sprint Securities Litigation**
**Exclusion Report**

| Exclusion Number | Name | Postmark Date |
|---|---|---|
| 1 | David P. Alvarado | June 21, 2023 |
| 2 | Linda Mae Calloway | July 21, 2023 |

June 27, 2023

To: Administrator
A.B. Data, Ltd.

Please exclude me from the
settlement class of civil action

No. 1:19-cv-05272-MKV

Thank you.

David R. Alvarado

Holdings
Sprint 13.0 shares
Bought 12/05/08
Cost $9.13/share
No activity since 12/05/08

DRA

# Pershing®

AN AFFILIATE OF THE BANK OF NEW YORK MELLON

06/12/23

*10150 MEANLEY DRIVE*
*1ST FLOOR*
*SAN DIEGO      CA   92131*

AN IMPORTANT NOTICE
SECURITY DESCRIPTION: SPRINT CORPORATION

*************AUTO**3-DIGIT 871
DAVID P ALVARADO

Dear Account Holder(s):

We are required to forward you the enclosed information regarding the security shown above in which you are a holder. If you have any questions pertaining to this notice, please refer to the enclosed material for contact information.



T-mobile
US INC
12/05/08
13 Shares

FOR INFORMATION CALL: YOUR FINANCIAL CONSULTANT

---

# Pershing®

AN AFFILIATE OF THE BANK OF NEW YORK MELLON

# DO NOT MAIL

*************AUTO**3-DIGIT 871
DAVID P ALVARADO

REMAN1

DAVID ALCARA

21 JUN 2023 PM 2

Administrator
c/o A.B, Data, LTD.
P.O. Box 173094
Milwaukee, WI
53217

53217-811194

Exclusion #2
Postmarked: 07/21/2023

To: Settlement Administrator
    c/o A.B. Data, Ltd
    P.O. Box 173094
    Milwaukee, WI 53217

Hi,
    I am requesting for to be excluded
from the, Settlement Class/Civil
Action, No. 1:19-CV-05272-MKV.
(08/22/2018):
    Buy Sprint Corp., Com., Ser. - (1) Share
@6.13, Quantity - 150, Amount: 974.45

There was no sale involving Sprint
common stock during the period of,
October 25, 2017 through November 1,
2019.

Sincerely,
Linda Mae Calloway
Linda Mae Calloway

*Sprint Securities Litigation*

## PROOF OF CLAIM

**Must be received by the Settlement Administrator postmarked no later than July 25, 2023.**

### C. CLAIMANT IDENTIFICATION

*Please Type or Print*

Beneficial Owner's Name *(as it appears on your brokerage statement)*

*Linda Mae Calloway*

Joint Beneficial Owner's Name *(as it appears on your brokerage statement)*

Record Owner's Name *(if different from beneficial owner listed above)*

Email Address (email address is not required, but if you provide it you authorize the Claims Administrator to use it in providing you with information relevant to this claim)

**Type of Beneficial Owner:**

**Specify one of the following:**

☒ Individual(s)   ☐ Corporation   ☐ UGMA Custodian   ☐ IRA   ☐ Partnership

☐ Estate   ☐ Trust   ☐ Other (describe): _____

QUESTIONS? CALL (877) 390-3469 OR VISIT WWW.SPRINTSECURITIESCLASSACTION.COM.                    PAGE 3 OF 7

**D. SCHEDULE OF TRANSACTIONS IN SPRINT COMMON STOCK**

1. State the total number of Sprint common stock held as of close of trading on October 24, 2017. If none, write "zero" or "0."

Total Shares Held

*Zero*

2. Separately list each and every **purchase** of Sprint common stock between October 25, 2017 **through** January 30, 2020, inclusive, and provide the following information *(must be documented)*:

| Trade Date (list chronologically) Month/Day/Year | Number of Shares Purchased | Purchase / Acquisition Price Per Share | Total Amount of Purchase (excluding commissions, taxes, and other fees) |
|---|---|---|---|
| 08/22/2018 | (150) | 6.13 | (974.45) |
| | | | |
| | | | |
| | | | |
| | | | |

3. Separately list each and every **sale** of Sprint common stock between October 25, 2017 through January 30, 2020, inclusive, and provide the following information *(must be documented)*:

| Trade Date (list chronologically) Month/Day/Year | Number of Shares Sold | Sale Price Per Share | Total Amount of Sale (excluding commissions, taxes, and other fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4. State the **total number** of Sprint common stock owned at the close of trading on January 30, 2020, long or short *(if none, enter "0"; if other than zero, must be documented)*:

Total Shares Held

*150*

**If you need additional space, attach the required information on separate, numbered sheets in the same format as above and print your name and last four digits of your Social Security or Taxpayer Identification Number at the top of each additional sheet.**

**YOU MUST ALSO READ THE RELEASE AND SIGN THE CERTIFICATION BELOW.**

*07/19/2023*

*I, (Linda Calloway), I'm not signing this, Settlement Class/ Civil Action form, because, I am requesting for to be excluded from this, Settlement Class/Civil Action, (No. 1:19-CV-05272-MKV). Thanks*


## Asset Details (as of Feb 28, 2020)    additional details at www.edwardjones.com/access

**Assets Held At Edward Jones**

| | | | | | Balance |
|---|---|---|---|---|---|
| Cash | | | | | $86.20 |
| Sprint Corp Com Ser 1 | 9.19 | 150 | 974.45 | 404.05 | **1,378.50** |

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss upon sale or other disposition of a security. It is not a measure of performance. The cost basis amounts on your statement should not be relied upon for tax preparation purposes. Cost basis information may be from outside sources and has not been verified for accuracy. Refer to your official tax documents for information about reporting cost basis. Consult a qualified tax advisor or an attorney regarding your situation. If you believe the cost basis information is inaccurate, contact Client Relations.

* Your approved credit is not a commitment to loan funds. It is based on the value of your investment account which could change daily. The amount you may be eligible to borrow may differ from your approved credit. Borrowing against securities has its risks and is not appropriate for everyone. If the value of your collateral declines, you may be required to deposit cash or additional securities, or the securities in your account may be sold to meet the margin call. A minimum account value is required if you have loan features on your account. Your interest will begin to accrue from the date of the loan and be charged to the account. Your interest rate will vary depending on the assets under care of your Edward Jones Pricing Group. For more information on how your interest rate is calculated, contact your financial advisor or please visit www.edwardjones.com/disclosures/marginloans



0022766BW

**Account Holder(s)** Linda Mae Calloway

# Edward Jones
## MAKING SENSE OF INVESTING

## Asset Details (as of Aug 31, 2018)            additional details at www.edwardjones.com/access

| | | | | | |
|---|---|---|---|---|---|
| Sprint Corp Com Ser 1 | 6.11 | 150 | 974.45 | -57.95 | **916.50** |

Cost basis is the amount of your investment for tax purposes and is used to calculate gain or loss upon sale or other disposition of a security. It is not a measure of performance. The cost basis amounts on your statement should not be relied upon for tax preparation purposes. Cost basis information may be from outside sources and has not been verified for accuracy. Refer to your official tax documents for information about reporting cost basis. Consult a qualified tax advisor or an attorney regarding your situation. If you believe the cost basis information is inaccurate, contact Client Relations.

| | | | |
|---|---|---|---|
| 8/22 | Buy Sprint Corp Com Ser 1 @ 6.13 | 150 | -974.45 |

Retail

U.S. POSTAGE PAID
FCM LETTER
LYNCHBURG, VA 24503
JUL 21, 2023
$4.35

UNITED STATES
POSTAL SERVICE®

53217

RDC 99

R2305M147342-06

Settlement Administrator
c/o A.B. Data, Ltd., P.O. Box 173094
Milwaukee, WI 53217

53217-811194