**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI <br><br> Defendants. | **Civil Action No. 1:19-cv-05272-MKV** <br><br> **PLAINTIFFS' MOTION FOR DISTRIBUTION OF SETTLEMENT FUND** |

Pursuant to the Court's Final Order and Judgment Approving the Class Action Settlement, dated August 14, 2023 ("Final Order") (ECF No. 98) and the Stipulation and Agreement of Settlement dated September 12, 2022, Lead Plaintiff Isaac Solomon and additional Plaintiff Francine Canion ("Plaintiffs"), hereby move for an order:

(i) approving the administrative determinations of the Settlement Administrator for accepting claims;

(ii) approving the administrative determinations of the Settlement Administrator for rejecting claims;

(iii) ordering that no claim received after November 3, 2023 may be accepted for any reason whatsoever;

(iv) authorizing the Settlement Administrator to make the distributions described in Plaintiffs' Memorandum of Law and the attached Nordskog Declaration;

(v) authorizing subsequent distribution, no earlier than nine (9) months from the date of the order approving initial distribution, of any unclaimed, residual balance in the Net Settlement Fund, to Authorized Claimants in an equitable and economic fashion. These redistributions shall be repeated until the balance remaining in the Net Settlement Fund is no longer economically reasonable, in Plaintiffs' Counsel's discretion, to distribute to Authorized Claimants;

(vi) ordering Plaintiffs' Counsel, in consultation with the Settlement Administrator, should it determine that further distribution of the funds remaining in the Net Settlement Fund to Authorized Claimants is not cost-effective, and if funds remain after payment of any unpaid administration fees or expenses, taxes and tax preparation costs, and escrow fees, to propose a plan to the Court regarding the use of such funds for contribution to non-sectarian, not-for-profit organization(s);

(vii)    ordering that the Settlement Administrator shall continue to receive, review and process any correspondence or information submitted by claimants with respect to already-filed Proofs of Claim.  Should there be any adjustments to any Proofs of Claim prior to distribution of the Net Settlement Fund, the Settlement Administrator shall update its claims database with the new information and report the updated total to Plaintiffs' Counsel prior to distribution;

(viii)   ordering that all persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the administration of claims filed in this Action, and all persons who were involved in the administration or taxation of the Net Settlement Fund, are released from liability for any and all claims arising out of such activities;

(ix)    authorizing payment to Lead Counsel of the remaining amount of attorneys' fees or 50% of the $1,249,999.99 figure approved by the Court in the Final Approval Order, together with interest thereon, upon submission by Lead Counsel of a letter attesting to the fact that checks and/or wire payments for the settlement have been distributed to valid claimants;

(x)     authorizing the amount of $43,175.20 payable to the Settlement Administrator for the remaining costs of administration;

(xi)    retaining jurisdiction over any further application or matter which may arise in connection with this Action; and

(xii)   granting such other and further relief as the Court deems appropriate.

In support of this motion, Plaintiffs submit herewith a Memorandum of Law of Plaintiffs' Motion for Distribution of Settlement Fund and the Declaration of Eric A. Nordskog in Support of Lead Plaintiff's Motion for Class Distribution Order.  Plaintiffs also rely on the Settlement Stipulation and all other pleadings, orders, and matters of record.

Lead Counsel have conferred with counsel for Defendants in this Action, who confirmed that Defendants take no position on the relief requested in this Motion.

Dated: November 13, 2023

/s/ Omar Jafri

**POMERANTZ LLP**

Patrick V. Dahlstrom
Omar Jafri
Brian P. O'Connell
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
E-mail: pdahlstrom@pomlaw.com
ojafri@pomlaw.com
boconnell@pomlaw.com

*-and-*

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
ahood@pomlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on November 13, 2023, I served a copy of this Motion to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on November 13, 2023.

/s/ *Omar Jafri*
Omar Jafri