**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>Defendants. | **Civil Action No. 1:19-cv-05272-MKV**<br><br>**DECLARATION OF OMAR JAFRI IN SUPPORT OF PLAINTIFFS' MOTION FOR DISTRIBUTION OF SETTLEMENT FUND** |

1.      I, Omar Jafri, am an attorney licensed to practice in the State of Illinois, and am admitted *pro hac vice* in this Action.  I am a partner at the firm of Pomerantz LLP, Lead Counsel in the above-captioned litigation, and have represented Plaintiffs throughout this litigation. I submit this declaration in support of Plaintiffs' Motion for Distribution of Settlement Fund.

2.      Attached hereto as Exhibit 1 is the Proposed Order Granting Plaintiffs' Motion for Distribution of Settlement Fund.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Supplemental Declaration of Eric Nordskog on Behalf of A.B. Data, Ltd. in Support of Plaintiffs' Motion for Authorization to Distribute Settlement Fund.

I declare that the foregoing is true and correct.

Executed on November 13, 2023

*/s/ Omar Jafri*

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 13, 2023, I served a copy of the foregoing to counsel of

record for Defendants using the CM/ECF system, which will send email notification of this filing

to all attorneys of record.

Executed on November 13, 2023.


/s/ *Omar Jafri*
Omar Jafri