**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 1:19-cv-05272-MKV** <br><br> **MOTION TO DISTRIBUTE THE FUNDS REMAINING IN THE NET SETTLEMENT FUND TO *CY PRES* RECIPIENT** |

Pursuant to the Court's Final Order and Judgment Approving the Class Action Settlement, dated August 14, 2023 ("Final Order") (ECF No. 98) and the Stipulation and Agreement of Settlement dated September 12, 2022, Lead Plaintiff Isaac Solomon and additional Plaintiff Francine Canion ("Plaintiffs"), hereby move for entry of the [Proposed] Order Granting Motion to Distribute the Funds Remaining in the Net Settlement Fund to *Cy Pres* Recipient. ("Motion"). Plaintiffs move for authorization to distribute the $6,054.81 remaining in the Net Settlement Fund to the Legal Aid Society of New York.

In support of this Motion, Plaintiffs submit the: Memorandum of Law in Support of Plaintiffs' Motion to Distribute the Funds Remaining in the Net Settlement Fund to *Cy Pres* Recipient; (2) the Declaration of Eric Nordskog on Behalf of A.B. Data, Ltd. Concerning the Remaining Funds for *Cy Pres*; and (3) a proposed order granting the Motion.

Plaintiffs have conferred with counsel for Defendants, who take no position as to this Motion.

Plaintiffs respectfully request that the Court decide the Motion on the papers and enter the accompanying proposed order.

Dated: December 17, 2024        */s/ Brian P. O'Connell*

**POMERANTZ LLP**

Patrick V. Dahlstrom
Omar Jafri
Brian P. O'Connell
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
E-mail:  pdahlstrom@pomlaw.com
         ojafri@pomlaw.com

boconnell@pomlaw.com

-and-

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
E-mail: jalieberman@pomlaw.com
ahood@pomlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 17, 2024, I served a copy of Plaintiffs' Motion to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on December 17, 2024.

/s/ *Brian P. O'Connell*
Brian P. O'Connell