**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI <br><br> Defendants. | **Civil Action No. 1:19-cv-05272-MKV** <br><br> **DECLARATION OF BRIAN P. O'CONNELL IN SUPPORT OF MOTION TO DISTRIBUTE THE FUNDS REMAINING IN THE NET SETTLEMENT FUND TO *CY PRES* RECIPIENT** |

1.      I, Brian P. O'Connell am an attorney licensed to practice in the States of Illinois and California and am admitted *pro hac vice* in this Action. I am employed at the firm of Pomerantz LLP, Lead Counsel in the above-captioned litigation, and have represented Plaintiffs in this litigation. I submit this Declaration in support of Plaintiffs' Motion to Distribute the Funds Remaining in the Net Settlement Fund to *Cy Pres* Recipient.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Eric Nordskog on Behalf of A.B. Data, Ltd. Concerning the Remaining Funds for *Cy Pres*.

3.      Attached hereto as Exhibit 2 is the Proposed Order Granting Plaintiffs' Motion to Distribute the Funds Remaining in the Net Settlement Fund to *Cy Pres* Recipient.

I declare that the foregoing is true and correct.

Executed on December 17, 2024

*/s/  Brian P. O'Connell*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on December 17, 2024, I served a copy of the foregoing to counsel of record for Defendants using the CM/ECF system, which will send email notification of this filing to all attorneys of record.

Executed on December 17, 2024.


<u>/s/ *Brian P. O'Connell*</u>
Brian P. O'Connell

2