# Exhibit 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>        Defendants. | **Civil Action No. 1:19-cv-05272-MKV**<br><br>**DECLARATION OF ERIC NORDSKOG ON BEHALF OF A.B. DATA, LTD. CONCERNING THE REMAINING FUNDS FOR *CY PRES*** |

I, Eric Nordskog, hereby declare as follows:

1. I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the above-captioned action (the "Action").[1] I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Pursuant to the Order Granting Motion for Distribution of Settlement Fund ("Distribution Order," ECF No. 103), the Court: (i) approved the proposed distribution plan; (ii) approved A.B. Data's administrative determinations; and (iii) directed that the balance of the Net Settlement Fund be distributed to the Authorized Claimants. *Id.*, ¶¶2-5.

3. Further, the Court directed that to the extent any monies remain in the Net Settlement Fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement dated September 12, 2022 (the "Stipulation"), ECF No. 87-1.

A.B. Data, determines it is cost-effective to do so, a re-distribution of the funds shall be performed, and at such time as Plaintiffs' Counsel and A.B. Data determine that no additional distribution is cost-effective, then Plaintiffs' Counsel shall apply to the Court to donate funds to a suitable non-profit organization. *Id.*, ¶¶6-7.

4.      By April 19, 2024, A.B. Data performed the distribution of 100% of the Net Settlement Fund. Eligible Settlement Class Members who filed valid claims have cashed $2,206,426.36 in settlement fund checks.

5.      As of December 16, 2024,  $6,054.81 remains in the Net Settlement Fund as a result of uncashed checks, which became void on August 17, 2024, after 120 days of issuance. A.B. Data has determined that an additional distribution of the $6,054.81 remaining in the Net Settlement Fund would not be cost-effective given the time and expense that a residual distribution would require and the relatively limited amount of money remaining in the Net Settlement Fund.

6.      Therefore, A.B. Data respectfully requests that the Court enter an Order directing that the balance of the Net Settlement Fund be distributed to the Legal Aid Society of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this, the 17th day of December 2024, in Milwaukee, Wisconsin.

_____
Eric A. Nordskog

2