# Exhibit 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ISAAC SOLOMON and FRANCINE CANION, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT CORPORATION, MICHEL COMBES, ANDREW DAVIES, MARCELO CLAURE and TAREK ROBBIATI<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 1:19-cv-05272-MKV**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISTRIBUTE THE FUNDS REMAINING IN THE NET SETTLEMENT FUND TO *CY PRES* RECIPIENT** |

Having considered all materials and arguments submitted in support of the Motion to Distribute the Funds Remaining in the Net Settlement Fund to *Cy Pres* Recipient (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Eric Nordskog on Behalf of A.B. Data, Ltd. Concerning the Remaining Funds for *Cy Pres*,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court approves payment of $6,054.81, and any interest accrued, the total amount of funds remaining in the Net Federal Settlement Fund, to the Legal Aid Society of New York from the Net Settlement Fund.

3. This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED

1

2

Dated: _____          _____
                                     Honorable Mary Kay Vyskocil
                                     United States District Judge
                                     Southern District of New York